Exhibit D

# EQUIFAX

## CREDIT FILE : September 11, 2018

**Confirmation # 8254062462**

**Please address all future correspondence to:**

www.investigate.equifax.com

Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

(866) 238-6559
M - F 9:00am to 5:00pm in your time zone.

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

Name On File: Thomas L Whittaker
Social Security #: [redacted]
Current Address: 2260 E 75th St, Indianapolis, IN 46240 Reported: 09/2018
Previous Address(es): 3600 W 42nd Ave, Kennewick, WA 99337 Reported: 09/2018
3742 Haverhill Dr, Indianapolis, IN 46240 (317) 849-4365 Reported: 09/2018
4531 Candletree Cir, Indianapolis, IN 46254 Reported: 11/2010
6128 Haverford Ave, Indianapolis, IN 46220 Reported: 11/2010

Last Reported Employment: ONCOLOGY And Hematology;
Previous Employment(s): IU Med Ctr;

**ALERT(s): File Blocked For Promotional Purposes**

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Paymnt - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Actvty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

| **Account History Status Code Descriptions** | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

**American Express** PO Box 981537 El Paso TX 79998-1537 : (800) 874-2717

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 08/20/1997 | $4,141 | $19,400 | | Monthly | 84 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/2018 | $938 | | | | $35 | | 09/2018 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card;

( Continued On Next Page )



82540624623PD-002708729- 642 - 1225 - ASD

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $1,830 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 07/18 | $852 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 06/18 | $1,508 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 05/18 | $799 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 04/18 | $1,200 | | | | $4,141 | $19,400 | | Credit Card | |
| 03/18 | $889 | | | | $4,141 | $19,400 | | Credit Card | |
| 02/18 | $1,097 | | | | $4,141 | $19,400 | | Credit Card | |
| 01/18 | $2,045 | | | | $4,141 | $19,400 | | Credit Card | |
| 12/17 | $1,542 | | | | $4,141 | $19,400 | | Credit Card | |
| 11/17 | $2,398 | | | | $4,141 | $19,400 | | Credit Card | |
| 10/17 | $2,208 | | | | $4,141 | $19,400 | | Credit Card | |
| 09/17 | $1,924 | | | | $4,141 | $19,400 | | Credit Card | |
| 08/17 | $1,625 | | | | $4,141 | $19,400 | | Credit Card | |
| 07/17 | $1,382 | | | | $4,141 | $19,400 | | Credit Card | |
| 06/17 | $757 | | | | $4,141 | $19,400 | | Credit Card | |
| 05/17 | $1,391 | | | | $4,141 | $19,400 | | Credit Card | |
| 04/17 | $1,754 | | | | $4,141 | $19,400 | | Credit Card | |
| 03/17 | $1,708 | | | | $4,141 | $19,400 | | Credit Card | |

( Continued On Next Page )





Exhibit D



Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/17 | $391 | | | | $4,141 | $19,400 | | Credit Card | |
| 01/17 | $1,048 | | | | $4,141 | $19,400 | | Credit Card | |
| 12/16 | $1,366 | | | | $4,141 | $19,400 | | Credit Card | |
| 11/16 | $1,088 | | | | $4,141 | $19,400 | | Credit Card | |
| 10/16 | $1,596 | | | | $4,141 | $19,400 | | Credit Card | |
| 09/16 | $1,222 | | | | $4,141 | $19,400 | | Credit Card | |

***Bank of America*** ***PO Box 982238 El Paso TX 79998-2238 : (800) 421-2110***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 01/30/2018 | $6,367 | $8,000 | | Monthly | 6 | Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/27/2018 | $1,720 | $173 | 03/2018 | | $54 | 06/2018 | | | | | | | 03/2018 |

Status - 90 - 119 Days Past Due; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Account Closed By Credit Grantor; ;

| Account History with Status Codes | 07/2018 | 06/2018 |
|---|---|---|
| | 2 | 1 |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | No Data Available | | | | | | | | |
| 07/18 | $1,682 | $54 | | 3/1/2018 | $6,367 | $8,000 | $119 | Flexible Spending Credit Card | Closed |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | | |
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $1,606 | $40 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | | |

( Continued On Next Page )





Exhibit D

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $1,581 | $25 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |

Additional Information: Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | $5,058 | $63 | | 3/1/2018 | $6,120 | $8,000 | | Flexible Spending Credit Card | Closed |

Additional Information: Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/18 | $0 | | | | $0 | $8,000 | | Flexible Spending Credit Card | |

***Capital One Bank USA Na*** ***PO Box 85015 Richmond VA 23285-5015 : (800) 955-7070***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| 414709985566* | 03/17/2012 | $24,256 | $45,000 | | Monthly | 76 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/13/2018 | $5,100 | | 08/2018 | | $51 | | 08/2018 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Authorized User; ADDITIONAL INFORMATION - ;

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $5,100 | $51 | | 8/1/2018 | $24,256 | $45,000 | | Flexible Spending Credit Card | |
| 07/18 | $5,761 | $57 | | 6/1/2018 | $24,256 | $45,000 | | Flexible Spending Credit Card | |
| 06/18 | $20,234 | $202 | | 6/1/2018 | $24,256 | $45,000 | | Flexible Spending Credit Card | |
| 05/18 | $13,416 | $134 | | 4/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 04/18 | $9,225 | $92 | | 3/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 03/18 | $4,402 | $44 | | 2/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 02/18 | $4,161 | $41 | | 1/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 01/18 | $12,839 | $128 | | 1/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 12/17 | $8,765 | $87 | | 11/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |

( Continued On Next Page )





Exhibit D



Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/17 | $8,788 | $87 | | 10/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 10/17 | $18,655 | $186 | | 9/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 09/17 | $13,602 | $136 | | 8/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 08/17 | $11,080 | $110 | | 8/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 07/17 | $5,693 | $56 | | 6/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 06/17 | $5,164 | $51 | | 6/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 05/17 | $4,927 | $49 | | 4/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 04/17 | $13,631 | $136 | | 3/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 03/17 | $7,614 | $79 | | 3/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 02/17 | $4,936 | $49 | | 1/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 01/17 | $7,563 | $75 | | 1/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 12/16 | $20,053 | $200 | | 11/1/2016 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 11/16 | $9,913 | $99 | | 10/1/2016 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 10/16 | $8,704 | $87 | | 9/1/2016 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 09/16 | $12,362 | $123 | | 8/1/2016 | $20,360 | $25,000 | | Flexible Spending Credit Card | |

***Chase Card*** ***PO Box 15298 Wilmington DE 19850-5298 : (800) 432-3117***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 02/01/1995 | $20,810 | $48,700 | | Monthly | 99 | Paid and Closed | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/2014 | $0 | | 04/2014 | | | | 04/2014 | | | | | | 03/2014 |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Joint Account; ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance; ;

( Continued On Next Page )



82540624623PD-002708729- 642 - 1225 - ASD

Exhibit D

**Macy's/Dsnb** **PO Box 8218 Mason OH 45040-8218 : (800) 697-2909**

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 01/18/2015 | $321 | $100 | | Monthly | 43 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/25/2018 | $0 | | 12/2017 | | | | 12/2017 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | No Data Available | | | | | | | | |
| 07/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 06/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 05/18 | No Data Available | | | | | | | | |
| 04/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 03/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 02/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 01/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 12/17 | No Data Available | | | | | | | | |
| 11/17 | $153 | $27 | | 11/1/2017 | $321 | $1,200 | | Charge Account | |
| 10/17 | $244 | $27 | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 09/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 08/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 07/17 | No Data Available | | | | | | | | |
| 06/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |

( Continued On Next Page )





Exhibit D



Exhibit D

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 04/17 | No Data Available | | | | | | | | |
| 03/17 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |
| 02/17 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |
| 01/17 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |
| 12/16 | No Data Available | | | | | | | | |
| 11/16 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |
| 10/16 | No Data Available | | | | | | | | |
| 09/16 | $0 | | | 11/1/2015 | $306 | $1,200 | | Charge Account | |

**Nordstrom/TD Bank** *13531 E Caley Ave Englewood CO 80111-6504 : (800) 964-0006*

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 07/17/2017 | $128 | $7,500 | | Monthly | 13 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/21/2018 | $0 | | 08/2017 | | | | 08/2017 | | | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card;

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 07/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 06/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 05/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |

( Continued On Next Page )

Exhibit D

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 03/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 02/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 01/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 12/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 11/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 10/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 09/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 08/17 | $0 | | $128 | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 07/17 | $128 | $38 | | | $128 | $7,500 | | Credit Card | |

***US Bank*** ***PO Box 3447 Cra Management Oshkosh WI 54903-3447 : (844) 624-8230***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 10/12/2017 | | $2,500 | | | 11 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/2018 | $2,887 | $2,887 | 11/2017 | | | 11/2017 | | 05/2018 | $2,495 | | | | |

Status - Charge Off; Type of Account - Line of Credit; Type of Loan - Line Of Credit; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; Line of Credit;

| **Account History with Status Codes** | 08/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|
| | L | 5 | 4 | 3 | 2 |

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

Additional Information: Charged Off Account

( Continued On Next Page )



Exhibit D

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | No Data Available | | | | | | | | |
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $0 | $88 | | 11/1/2017 | | $2,500 | | Line Of Credit | |
| Additional Information: Charged Off Account; Fixed Rate | | | | | | | | | |
| 04/18 | $2,852 | $89 | | 11/1/2017 | $2,495 | $2,500 | $389 | Line Of Credit | |
| Additional Information: 150 Days Past Due; Fixed Rate | | | | | | | | | |
| 03/18 | $2,788 | $86 | | 11/1/2017 | $2,495 | $2,500 | $302 | Line Of Credit | |
| Additional Information: 120 Days Past Due; Fixed Rate | | | | | | | | | |
| 02/18 | $2,721 | $92 | | 11/1/2017 | $2,495 | $2,500 | $209 | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 01/18 | $2,659 | $89 | | 11/1/2017 | $2,495 | $2,500 | $119 | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 12/17 | $2,593 | $92 | | 11/1/2017 | $2,495 | $2,500 | | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 11/17 | $2,526 | $59 | $3 | 11/1/2017 | $2,495 | $2,500 | | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 10/17 | $2,514 | | | | $2,495 | $2,500 | | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |

**US Bank** ***CB DISPUTES PO BOX 108 Saint Louis MO 63166-0108 : (866) 234-4750***

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 10/01/2017 | | $3,600 | | | 11 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/02/2018 | $4,094 | $4,094 | 11/2017 | | | 02/2018 | | 08/2018 | $3,145 | | | | |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charged Off Account; ;

| Account History with Status Codes | 08/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|
| | L | 4 | 3 | 2 | 1 |

( Continued On Next Page )

Exhibit D

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $4,094 | | | 11/1/2017 | | $3,600 | $4,094 | Flexible Spending Credit Card | |
| Additional Information: Charged Off Account | | | | | | | | | |
| 07/18 | No Data Available | | | | | | | | |
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $3,891 | $152 | | 11/1/2017 | $3,891 | $3,600 | $518 | Flexible Spending Credit Card | Closed |
| Additional Information: Account Closed By Credit Grantor; 120 Days Past Due | | | | | | | | | |
| 04/18 | $3,775 | $155 | | 11/1/2017 | $3,775 | $3,600 | $376 | Flexible Spending Credit Card | Closed |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | | |
| 03/18 | $3,657 | $142 | | 11/1/2017 | $3,657 | $3,600 | $232 | Flexible Spending Credit Card | |
| 02/18 | $3,551 | $144 | | 11/1/2017 | $3,551 | $3,600 | $103 | Flexible Spending Credit Card | |
| 01/18 | $3,442 | $129 | | 11/1/2017 | $3,442 | $3,600 | | Flexible Spending Credit Card | |
| 12/17 | $3,347 | $103 | | 11/1/2017 | $3,299 | $12,500 | | Flexible Spending Credit Card | |
| 11/17 | $3,229 | $43 | $43 | 11/1/2017 | $3,224 | $12,500 | | Flexible Spending Credit Card | |
| 10/17 | $3,213 | | | | $0 | $12,500 | | Flexible Spending Credit Card | |

***A request for your credit history is called an inquiry. There are two types of inquiries - those that may impact your credit rating/score and those that do not.***

( Continued On Next Page )



### *Inquiries that do not impact your credit rating/score.*

***These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own requests to check your credit file. They may remain on your file for up to 2 years.***

***Company Information - Prefix Descriptions:***

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.
CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.
COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.
CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.
DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.
EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.
EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.
FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.
INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.
MEDICAL - Inquiries with this prefix are from medical service providers.
ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.
ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.
NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.
PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.
PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.
PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.
PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.
PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.
PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.
PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.
PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.
PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.
PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.
PRM - Inquires with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.
REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.
SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.
UTILSERV - Inquiries with this prefix are used when requesting utility services.

| *Company Information* | *Inquiry Date(s)* |
|---|---|
| Equifax<br>*PO Box 740250 Atlanta, GA 30374-0250 Phone: (800) 685-1111* | 09/11/2018 |
| AR-Macys/Dsnb<br>*PO Box 8218 Mason, OH 45040-8218 Phone: (800) 241-0488* | 08/28/2018 |

**** End of Credit File ****





Exhibit D

***Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.***

### *A Summary of Your Rights Under the Fair Credit Reporting Act*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.
- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:
  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.
- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.
- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.
- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.
- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.



Exhibit D

- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to to www.consumerfinance.gov/learnmore.

- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).



- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

- **Identity theft victims and active duty military personnel have additional rights.** For more information, visit to www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Bureau of Consumer Financial Protection<br>1700 G Street NW<br>Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB | b. Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency<br>Customer Assistance Group<br>1301 McKinney Street, Suite 3450<br>Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center<br>P. O. Box 1200<br>Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center<br>1100 Walnut Street, Box #11<br>Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration<br>Office of Consumer Protection (OCP)<br>Division of Consumer Compliance and Outreach (DCCO)<br>1775 Duke Street<br>Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings<br>Aviation Consumer Protection Division<br>Department of Transportation<br>1200 New Jersey Avenue, SE<br>Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board<br>Department of Transportation<br>395 E Street, SW<br>Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access<br>United States Small Business Administration<br>409 Third Street, SW, 8th Floor<br>Washington, DC 20416 |





Exhibit D

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |



Exhibit D

## *Commonly Asked Questions About Credit Files*

***Q. How can I correct a mistake in my credit file ?***

**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

***Q. If I do have credit problems, is there someplace where I can get advice and assistance ?***

**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

## *Facts You Should Know*

- The length of time an account or record remains in your credit file is shown below:

  Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

  Credit or Other Reported Accounts: Accounts paid as agreed remain for up to 10 years from the Date Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

  Public Records: Remain for up to 7 years from the date filed, except:
  Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
  Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
  Unpaid tax liens remain for up to 10 years from the date filed.
  Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

  New York State Residents Only: Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

  Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

  This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

  The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

  Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

- Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

### *Additional Notice to Consumer:*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.









Exhibit D

## RESEARCH REQUEST FORM

**You may initiate an investigation request via the internet at www.investigate.equifax.com. To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.**

Or, mail this document to the following address:

Equifax Information Services LLC
P.O. Box 105314
Atlanta GA 30348

Dispute Conf # 8264075021 Submitted 9/21/

**Email Address** (please print clearly): twhittak@iuhealth.org

Would you like Equifax to hide the first 5 digits of your social security number on our response to you? **Circle:** (Yes) No

**Confirmation Number: 8254062462**

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** Thomas L Whittaker **SS#:** [redacted] **DOB** [redacted]

**Current Address:** 2260 E 75th St, Indianapolis, IN 46240

**Previous Address(es):** 3600 W 42nd Ave, Kennewick, WA 99337
3742 Haverhill Dr, Indianapolis, IN 46240

**Daytime Phone Number** 317-626-0517 **Evening Phone Number** 317 626 0517

**List other names which you have used for credit in the past**

**Credit Account Information**

**Company Name** Bank of America **Account Number** [redacted]
Reason for investigation: ☒ Not Mine ☐ Paid in Full ☐ Current/Previous Payment Status Incorrect ☐ Account Closed
☐ Other (Please explain)

**Company Name** US Bank **Account Number** [redacted]
Reason for investigation: ☒ Not Mine ☐ Paid in Full ☐ Current/Previous Payment Status Incorrect ☐ Account Closed
☐ Other (Please explain)

**Company Name** US Bank **Account Number** [redacted]
Reason for investigation: ☒ Not Mine ☐ Paid in Full ☐ Current/Previous Payment Status Incorrect ☐ Account Closed
☐ Other (Please explain)

**Company Name** **Account Number**
Reason for investigation: ☐ Not Mine ☐ Paid in Full ☐ Current/Previous Payment Status Incorrect ☐ Account Closed
☐ Other (Please explain)

**Company Name** **Account Number**
Reason for investigation: ☐ Not Mine ☐ Paid in Full ☐ Current/Previous Payment Status Incorrect ☐ Account Closed
☐ Other (Please explain)

**Company Name** **Account Number**
Reason for investigation: ☐ Not Mine ☐ Paid in Full ☐ Current/Previous Payment Status Incorrect ☐ Account Closed
☐ Other (Please explain)



Exhibit D