Equifax Online Dispute                                                                                      Page 1 of 1

 Print this page

## Details for Confirmation #: 8264075021

| | | | | | |
|---|---|---|---|---|---|
| **Date of Dispute:** | September 21, 2018 | **Name:** | THOMAS WHITTAKER | **Address:** | 2260 E 75TH ST INDIANAPOLIS, IN, 46240 |
| **Time of Dispute:** | 15:52 PM EDT | **SSN:** | | | |
| **Your Confirmation #:** | 8264075021 | | | | |

### Next Steps

Please note your Dispute Confirmation Number printed at the top of this page. It will be required to check the status of your dispute.

In order to process your request to change your personal identification information, please send us a copy of the following documents.

1. Valid Driver's License
2. Social Security card or W-2 form
3. Utility Bill

Please print this page and fax or mail it with the required proof documents indicated above <u>within 24 hours.</u>
Please ensure that your 10-digit Confirmation Number is included with any documents you submit to us.
Submit to:   Fax: 1-888-826-0549   or
Mail:
Equifax Information Services LLC
P.O Box 740256
Atlanta, GA 30374

Your dispute verification process may take up to 30 days and we will keep you informed via email on the status of your dispute.

Please note, when you provide documents, including a letter, to Equifax as part of your dispute, the documents may be submitted to one or more companies which are subject to your dispute.

### Dispute Summary

| Type | Name/Account Details | Reason |
|---|---|---|
| Address | 3600 W 42ND AVE, KENNEWICK, WA  99337 | This is a fraudulent address. |
| Account | BANK OF AMERICA | This is a fraudulent account, account opened by someone who stole my identity. |
| Account | US BANK | This is a fraudulent account, account opened by someone who stole my identity. |
| Account | US BANK | This is a fraudulent account, account opened by someone who stole my identity. |

https://www.ai.equifax.com/CreditInvestigation/pretyPrintSubmittedDispute.action                  9/21/2018

# Exhibit E