## How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "**Verified as Reported**", the reporting company has certified it is reporting accurately.
* If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer information verified. Account information updated: **Information on your report has been updated.**

### The Results Of Our Reinvestigation

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by 1 )* *(This section includes open and closed accounts reported by credit grantors)*

| Account History Status Code Descriptions | |
|---|---|
| 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due |
| 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due |
| 3 : 90-119 Days Past Due | G : Collection Account |
| 4 : 120-149 Days Past Due | H : Foreclosure |

| J : Voluntary Surrender |
| K : Repossession |
| L : Charge Off |

>>> We have researched the credit account. **Account #** INFORMATION "ACCOUNT HISTORY. If you have additional questions about this item please contact: **US Bank, CB Disputes, PO Box 108, Saint Louis, MO 63166-0108** **The results are:** THE FOLLOWING FIELDS HAVE BEEN MODIFIED: "ADDITIONAL

**US Bank**   CB DISPUTES PO BOX 108 Saint Louis MO 63166-0108 : (866) 234-4750

| Account Number | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date Opened 10/01/2017 | High Credit | Credit Limit $3,600 | | Terms Duration | Date of 1st Delinquency 02/2018 | Terms Frequency | Date of Last Activity 02/2018 | Date Maj. Del. 1st Pad 08/2018 | Months Revd 11 | Charge Off Amount $3,145 | Activity Designator | Credit Classification | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |

| Items As of Date Reported 10/02/2018 | Balance Amount $4,094 | Amount Past Due $4,094 | Date of Last Payment 11/2017 | Actual Payment Amount $0 | Scheduled Payment Amount $0 | Whose Account Individual Account | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Status Charge Off | Type of Account Revolving | Type of Loan Flexible Spending Credit Card | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|

**ADDITIONAL IN FORMATION:**

Consumer Disputes - Reinvestigation in Process

**Charged Off Account**

Account History with Status Codes

| 09/2018 | 08/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|
| L | L | 4 | 3 | 2 | 1 |

( Continued On Next Page )

827202828QGZJ-002710258- 5561 - 11449 - ASD

Exhibit F



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $4,094 | | | | | $3,600 | $4,094 | Flexible Spending Credit Card | |
| 08/18 | $4,094 | | | 11/1/2017 | | $3,600 | $4,094 | Flexible Spending Credit Card | |

ADDITIONAL INFORMATION:

Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | No Data Available | | | | | | | | |
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $3,891 | $152 | | 11/1/2017 | $3,891 | $3,600 | $518 | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

120 Days Past Due

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $3,775 | $155 | | 11/1/2017 | $3,775 | $3,600 | $376 | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | $3,657 | $142 | | 11/1/2017 | $3,657 | $3,600 | $232 | Flexible Spending Credit Card | |
| 02/18 | $3,551 | $144 | | 11/1/2017 | $3,551 | $3,600 | $103 | Flexible Spending Credit Card | |
| 01/18 | $3,442 | $129 | | 11/1/2017 | $3,442 | $3,600 | | Flexible Spending Credit Card | |
| 12/17 | $3,347 | $103 | | 11/1/2017 | $3,299 | $12,500 | | Flexible Spending Credit Card | |
| 11/17 | $3,229 | $43 | $43 | 11/1/2017 | $3,224 | $12,500 | | Flexible Spending Credit Card | |
| 10/17 | $3,213 | | | 1/1/1800 | $0 | $12,500 | | Flexible Spending Credit Card | |

827202828QGZJ-002710258- 5561 - 11449 - ASD

Exhibit F

>>> *We have researched the credit account. Account # ▮▮▮▮* **The results are:** THE FOLLOWING FIELDS HAVE BEEN MODIFIED: "ACCOUNT HISTORY" "HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: If you have additional questions about this item please contact: *Bank of America, PO Box 982238, EL Paso, TX 79998-2238 Phone: (800) 421-2110*

**Bank of America**   PO Box 982238 El Paso TX 79998-2238 : (800) 421-2110

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Creditor Classification |
|---|---|---|---|---|---|---|---|
| ▮▮▮▮ | 01/30/2018 | $6,367 | $8,000 | | Monthly | 6 | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/2018 | $1,720 | $173 | 03/2018 | $0 | $54 | 06/2018 | 06/2018 | | $0 | | $0 | | 03/2018 |

| Status | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|
| 90 - 119 Days Past Due | Revolving   Flexible Spending Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:

Consumer Disputes - Reinvestigation in Process

Account History with Status Codes

| 09/2018 | 08/2018 | 07/2018 | 06/2018 |
|---|---|---|---|
| 4 | 3 | 2 | 1 |

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | No Data Available | | | | | | | | |
| 08/18 | $1,720 | $54 | | 3/1/2018 | $6,367 | $8,000 | $173 | *Flexible Spending Credit Card* | *Closed* |
| 07/18 | $1,682 | $54 | | 3/1/2018 | $6,367 | $8,000 | $119 | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $1,606 | $40 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $1,581 | $25 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

( Continued On Next Page )

8272028280GZJ-002710258- 5561 - 11449 - ASE

Exhibit F

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | $5,058 | $63 | | 3/1/2018 | $6,120 | $8,000 | | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:
Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/18 | $0 | | | 11/1/1800 | $0 | $8,000 | | Flexible Spending Credit Card | |

>>> **We have researched the credit account. Account # - ▉ The results are:** THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *ADDITIONAL INFORMATION *ACCOUNT HISTORY. If you have additional questions about this item please contact: **US Bank, PO Box 3447, Cra Management, OSHKOSH, WI 54903-3447 Phone: (844) 624-8230**

**US Bank**   PO Box 3447 Cra Management Oshkosh WI 54903-3447 : (844) 624-8230

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 10/12/2017 | $0 | $2,500 | | | 11 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/2018 | $2,887 | $2,887 | 11/1/2017 | $0 | $0 | 11/2017 | | | $2,495 | | $0 | 05/2018 |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Line of Credit | Line Of Credit | Individual Account | | |

ADDITIONAL INFORMATION:
Consumer Disputes - Reinvestigation in Process
**Charged Off Account**

Account History with Status Codes

| | 09/2018 | 08/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|---|
| | L | L | 5 | 4 | 3 | 2 |
| | 6 | 5 | 4 | 3 | 2 | |

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| 08/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | |
|---|---|
| 07/18 | No Data Available |

( Continued On Next Page )

82720282B0GZJ-00271025B-5561 - 11449 - ASD

Exhibit F

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $0 | $88 | | 11/1/2017 | | $2,500 | | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account
Fixed Rate

| 04/18 | $2,852 | $89 | | 11/1/2017 | $2,495 | $2,500 | $389 | Line Of Credit | |

ADDITIONAL INFORMATION:
150 Days Past Due
Fixed Rate

| 03/18 | $2,788 | $86 | | 11/1/2017 | $2,495 | $2,500 | $302 | Line Of Credit | |

ADDITIONAL INFORMATION:
120 Days Past Due
Fixed Rate

| 02/18 | $2,721 | $92 | | 11/1/2017 | $2,495 | $2,500 | $209 | Line Of Credit | |

ADDITIONAL INFORMATION:
Fixed Rate

| 01/18 | $2,659 | $89 | | 11/1/2017 | $2,495 | $2,500 | $119 | Line Of Credit | |

ADDITIONAL INFORMATION:
Fixed Rate

| 12/17 | $2,593 | $92 | | 11/1/2017 | $2,495 | $2,500 | | Line Of Credit | |

ADDITIONAL INFORMATION:
Fixed Rate

( Continued On Next Page )

82720282B0GZJ-002710258- 5561 - 11449 - ASD

Exhibit F

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 11/17 | $2,526 | $59 | $3 | 11/1/2017 | $2,495 | $2,500 | | Line Of Credit | |

ADDITIONAL INFORMATION:

Fixed Rate

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/17 | $2,514 | | | 1/1/1800 | $2,495 | $2,500 | | Line Of Credit | |

ADDITIONAL INFORMATION:

Fixed Rate

( Continued On Next Page )

Exhibit F

For an added convenience, use one of the below options to start an investigation or check the status of your dispute.

Visit us at **www.equifax.com/CreditReportAssistance** or Call us at  866-349-5186.

Exhibit F

## State of Indiana - Notice to Consumers

### CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

To place, temporarily lift or permanently remove the security freeze on your Equifax credit report, you can:

* Go to www.equifax.com;

* Call us at (800) 685-1111;

* Or mail your request to:    Equifax Information Services LLC
                               P.O. Box 105788
                               Atlanta, GA 30348

If you are contacting us by phone, please have the following information ready. If you are contacting us by mail, please be sure to include:

| All of these items in your letter | A copy of one (1) item in this column to validate your identity | A copy of one (1) item in this column to validate your address |
|---|---|---|
| Your complete name, including any suffix (Jr., Sr., etc.) | Valid driver's license or state ID (can be used to validate identity and address) | Valid driver's license or state ID (can be used to validate identity and address) |
| Your complete address | Social Security card | Utility bill with correct address (gas, water, cable) |
| Your Social Security number | Pay stub (can be used to validate identiy and address) | Cell phone or residential phone bill |
| Your date of birth | W2 or 1099 form (can be used to validate identity and address) | Pay stub (can be used to validate identity and address) |
|  | Birth certificate | W2 or 1099 form (can be used to validate identity and address) |
|  | Passport | Rental lease agreement or house deed |
|  | State or military ID | Mortgage or bank statement |

If you provide a copy of either a valid driver's license, state ID card, paystub, W2, or 1099 form to validate both your identity and address, then you do not need to provide additional documents.

Exhibit F

When you place a security freeze on your Equifax credit report, you will be provided a 10-digit personal identification number (PIN) to use if you choose to temporarily lift or permanently remove the security freeze from your credit report. To make either request, you can contact Equifax by phone or mail and provide all the following:

1. Proper identification.

2. The unique PIN provided by Equifax when you placed the security freeze.

3. If requesting a temporary lift, specify the period of time for which the credit report is to be available (for example, from March 15, 2018 to March 21, 2018).

You can also create or sign into your account on www.equifax.com to authorize the temporary lift or permanent removal of your security freeze from your Equifax credit report.

Equifax will authorize the release of your credit report within one hour after receiving the above information if the request is by phone or electronic means or no later than three business days when a written request is submitted.

Placing, lifting, and removing a security freeze on your Equifax credit report is free.

## Notice to Consumers

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

Exhibit F

# EQUIFAX

**CREDIT FILE : October 2, 2018**

Confirmation # 8272028280

**Personal Identification Information** *(This section includes your name, current and previous addresses, and any other identifying information reported by your creditors.)*

| | |
|---|---|
| Name On File: | Thomas L Whittaker |
| Social Security # | |
| Current Address: | 2260 E 75th St, Indianapolis, IN 46240  Reported: 10/2018 |
| Previous Address(es): | 3600 W 42nd Ave, Kennewick, WA 99337  Reported: 10/2018 |
| | 3742 Haverhill Dr, Indianapolis, IN 46240  Reported: 10/2018 |
| | 4531 Candletree Cir, Indianapolis, IN  46254  Reported: 11/2010 |
| | 6128 Haverford Ave, Indianapolis, IN 46220  Reported: 11/2010 |

Last Reported Employment:   ONCOLOGY And Hematology;
Previous Employment(s):   IU Med Ctr;

**ALERT(s):   Fraud Alert**
          **File Blocked For Promotional Purposes**

Contact Information:  Expiration Date: 12/31/2018 ; Date Reported: 10/02/2018 ;

**Credit Account Information**
*(For your security, the last 4 digits of account number(s) have been replaced by 3. This section includes open and closed accounts reported by credit grantors)*

**Account Column Title Descriptions:**

Account Number - The Account number reported by credit grantor
Date Acct. Opened - The Date that the credit grantor opened the account
High Credit - The Highest Amount Charged
Credit Limit - The Highest Amount Permitted
Terms Duration - The Number of Installments or Payments
Terms Frequency - The Scheduled Time Between Payments
Months Reviewed - The Number of Months Reviewed
Activity Designator - The Most Recent Account Activity
Creditor Class - The Type of Company Reporting The Account
Date Reported - Date of Last Reported Update
Balance Amount - The Total Amount Owed as of the Date Reported
Status - Condition of Account When Last Updated by Creditor
            or Otherwise

Amount Past Due - The Amount Past Due as of the Date Reported
Date of Last Payment - The Date of Last Payment
Actual Pay Amt - The Actual Amount of Last Payment
Sched Pay Amt - The Requested Amount of Last Payment
Date of 1st Delinquency - The Date of First Delinquency
Date of Last Activty - The Date of the Last Account Activity
Date Maj Delq Rptd - The Date the 1st Major Delinquency Was Reported
Date Charge Off Amt - The Amount Charged Off by Creditor
Deferred Pay Date - The 1st Payment Due Date for Deferred Loans
Balloon Pay Amt - The Amount of Final(Balloon) Payment
Balloon Pay Date - The Date of Final(Balloon) Payment
Date Closed - The Date the Account was Closed

**Activity Designator**
J : Voluntary Surrender
K : Repossession
L : Charge Off

| Account History | |
|---|---|
| **Status Code** | 1 : 30-59 Days Past Due |
| **Descriptions** | 2 : 60-89 Days Past Due |
| | 3 : 90-119 Days Past Due |
| | 4 : 120-149 Days Past Due |

5 : 150-179 Days Past Due
6 : 180 or More Days Past Due
G : Collection Account
H : Foreclosure

**American Express**
Account Number

PO Box 981537 El Paso TX 79998-1537 : (800) 874-2717

| Items As of Date Period | Balance Amount | Date Opened | High Credit | Credit Limit | Actual Paymnt Amount | Scheduled Paymnt Amount | Terms Duration | Terms Frequency | Date of 1st Delinquency | Date of Last Activity | Months Revd | Date Maj. Del. 1st Paid | Charge Off Amount | Activity Designator | Creditor Classification | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 09/07/2018 | $938 | 08/20/1997 | $4,141 | $19,400 | | $35 | | Monthly | | 09/2018 | 84 | | | | ADDITIONAL INFORMATION - Credit Card; | | | | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account;

( Continued On Next Page )

8272028280GZJ-002710259- 5561 - 11449 - ASD

Please address all future correspondence to:

www.investigate.equifax.com
Equifax Information Services LLC
P. O. Box 105069
Atlanta, GA 30348

Phone: (877) 528-6481
M - F 9:00am to 5:00pm in your time zone.

Exhibit F

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $938 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 08/18 | $1,630 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 07/18 | $852 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 06/18 | $1,508 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 05/18 | $799 | $35 | | | $4,141 | $19,400 | | Credit Card | |
| 04/18 | $1,200 | | | | $4,141 | $19,400 | | Credit Card | |
| 03/18 | $889 | | | | $4,141 | $19,400 | | Credit Card | |
| 02/18 | $1,097 | | | | $4,141 | $19,400 | | Credit Card | |
| 01/18 | $2,045 | | | | $4,141 | $19,400 | | Credit Card | |
| 12/17 | $1,542 | | | | $4,141 | $19,400 | | Credit Card | |
| 11/17 | $2,398 | | | | $4,141 | $19,400 | | Credit Card | |
| 10/17 | $2,208 | | | | $4,141 | $19,400 | | Credit Card | |
| 09/17 | $1,924 | | | | $4,141 | $19,400 | | Credit Card | |
| 08/17 | $1,625 | | | | $4,141 | $19,400 | | Credit Card | |
| 07/17 | $1,382 | | | | $4,141 | $19,400 | | Credit Card | |
| 06/17 | $757 | | | | $4,141 | $19,400 | | Credit Card | |
| 05/17 | $1,391 | | | | $4,141 | $19,400 | | Credit Card | |
| 04/17 | $1,754 | | | | $4,141 | $19,400 | | Credit Card | |

( Continued On Next Page )

Page 14 of 32

8272028280GZJ-002710258- 5561 - 11449 - ASD

Exhibit F

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 03/17 $1,708 | | | | $4,141 | $19,400 | | Credit Card | |
| 02/17 $391 | | | | $4,141 | $19,400 | | Credit Card | |
| 01/17 $1,048 | | | | $4,141 | $19,400 | | Credit Card | |
| 12/16 $1,366 | | | | $4,141 | $19,400 | | Credit Card | |
| 11/16 $1,088 | | | | $4,141 | $19,400 | | Credit Card | |
| 10/16 $1,596 | | | | $4,141 | $19,400 | | Credit Card | |

### Bank of America

PO Box 982238 El Paso TX 79998-2238 : (800) 421-2110

| Account Number | Date Opened 01/30/2018 | High Credit $6,367 | Credit Limit $8,000 | Terms Duration | Terms Frequency Monthly | Months Revd 6 | Activity Designator | Creditor Classification | Date Closed 03/2018 |
|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 10/02/2018 | Balance Amount $1,720 | Amount Past Due $173 | Date of Last Payment 03/2018 | Date of 1st Delinquency 06/2018 | Date of Last Activity | Date Maj. Del. 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount |
|---|---|---|---|---|---|---|---|---|---|

Status: 90 - 119 Days Past Due; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION -
Consumer Disputes - Reinvestigation in Process;

Account History     09/2018  08/2018  07/2018  06/2018
with Status Codes         4        3        2        1

## Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 09/18 No Data Available | | | | | | | | |
| 08/18 $1,720 | $54 | | 3/1/2018 | $6,367 | $8,000 | $173 | Flexible Spending Credit Card | Closed |
| 07/18 $1,682 | $54 | | 3/1/2018 | $6,367 | $8,000 | $119 | Flexible Spending Credit Card | Closed |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | |
| 06/18 No Data Available | | | | | | | | |
| 05/18 $1,606 | $40 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |
| Additional Information: Account Closed By Credit Grantor | | | | | | | | |

82720282B0GZJ-002710258- 5561 - 11449 - ASD

( Continued On Next Page )

Exhibit F

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $1,581 | $25 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |

Additional Information: Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | $5,058 | $63 | | 3/1/2018 | $6,120 | $8,000 | | Flexible Spending Credit Card | Closed |

Additional Information: Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/18 | $0 | | | | $0 | $8,000 | | Flexible Spending Credit Card | |

**Capital One Bank USA Na**   PO Box 85015 Richmond VA 29285-5015 : (800) 955-7070

Account Number

| Date Opened 03/17/2012 | High Credit $24,256 | Credit Limit $45,000 | Terms Duration | Terms Frequency Monthly |
|---|---|---|---|---|

| Items As of Date Reported 09/13/2018 | Balance Amount $15,057 | Amount Past Due | Date of Last Payment 08/2018 | Actual Payment Amount | Scheduled Payment Amount $150 | Date of 1st Delinquency 09/2018 | Months Revd 77 | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|
| | | | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed | |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Authorized User; ADDITIONAL INFORMATION - ;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $15,057 | $150 | | 8/1/2018 | $24,256 | $45,000 | | Flexible Spending Credit Card | |
| 08/18 | $5,100 | $51 | | 8/1/2018 | $24,256 | $45,000 | | Flexible Spending Credit Card | |
| 07/18 | $5,761 | $57 | | 6/1/2018 | $24,256 | $45,000 | | Flexible Spending Credit Card | |
| 06/18 | $20,234 | $202 | | 6/1/2018 | $24,256 | $45,000 | | Flexible Spending Credit Card | |
| 05/18 | $13,416 | $134 | | 4/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 04/18 | $9,225 | $92 | | 3/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 03/18 | $4,402 | $44 | | 2/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 02/18 | $4,161 | $41 | | 1/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |
| 01/18 | $12,839 | $128 | | 1/1/2018 | $20,360 | $45,000 | | Flexible Spending Credit Card | |

( Continued On Next Page )

82720282e0GZJ-002710258- 5561 - 11449 - ASD

Exhibit F

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/17 | $8,765 | $87 | | 11/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 11/17 | $8,788 | $87 | | 10/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 10/17 | $18,655 | $186 | | 9/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 09/17 | $13,602 | $136 | | 8/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 08/17 | $11,080 | $110 | | 8/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 07/17 | $5,693 | $56 | | 6/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 06/17 | $5,164 | $51 | | 6/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 05/17 | $4,927 | $49 | | 4/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 04/17 | $13,631 | $136 | | 3/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 03/17 | $7,614 | $79 | | 3/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 02/17 | $4,936 | $49 | | 1/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 01/17 | $7,563 | $75 | | 1/1/2017 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 12/16 | $20,053 | $200 | | 11/1/2016 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 11/16 | $9,913 | $99 | | 10/1/2016 | $20,360 | $25,000 | | Flexible Spending Credit Card | |
| 10/16 | $8,704 | $87 | | 9/1/2016 | $20,360 | $25,000 | | Flexible Spending Credit Card | |

**Chase Card**  PO Box 15298 Wilmington DE 19850-5298 ; (800) 432-3117

| Account Number | | Date Opened 02/01/1995 | High Credit $20,810 | Credit Limit $48,700 | | | | | |
|---|---|---|---|---|---|---|---|---|---|

| Items As of Date Reported 08/21/2014 | Balance Amount $0 | Amount Past Due | Date of Last Payment 04/2014 | Actual Payment Amount | Scheduled Payment Amount | Date of Last Activity 04/2014 | Terms Duration | Date of 1st Delinquency | Terms Frequency Monthly |
|---|---|---|---|---|---|---|---|---|---|

Months Revd 99   Activity Designator **Paid and Closed**   Creditor Classification

| Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed 03/2014 |
|---|---|---|---|---|---|

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Joint Account;   ADDITIONAL INFORMATION - Account Closed At Consumers Request; Closed or Paid Account/Zero Balance;;

(Continued On Next Page )

8272028280GZJ-002710258- 5561 - 11449 - ASD

Exhibit F

**Macy's/Dsnb**   PO Box 8218 Mason OH 45040-8218 : (800) 897-2909

| Account Number | Item Filed As Of Date Reported 09/24/2018 | Balance Amount $0 | Amount Past Due | Date Opened 01/18/2015 | High Credit $321 | Date of Last Payment 12/2017 | Actual Payment Amount | Credit Limit $100 | Scheduled Payment Amount | Terms Duration | Date of 1st Delinquency | Terms Frequency Monthly | Date of Last Activity 12/2017 | Date Maj. Del. 1st Rptd | Months Revd 44 | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed | Activity Designator |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Charge Account; Whose Account - Individual Account; ADDITIONAL INFORMATION - Charge;

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $0 | | | 12/1/2017 | $321 | $100 | | Charge Account | |
| 08/18 | No Data Available | | | | | | | | |
| 07/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 06/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 05/18 | No Data Available | | | | | | | | |
| 04/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 03/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 02/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 01/18 | $0 | | | 12/1/2017 | $321 | $1,200 | | Charge Account | |
| 12/17 | No Data Available | | | | | | | | |
| 11/17 | $153 | $27 | | 11/1/2017 | $321 | $1,200 | | Charge Account | |
| 10/17 | $244 | $27 | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 09/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 08/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 07/17 | No Data Available | | | | | | | | |

( Continued On Next Page )

8272028280GZJ-0027102S8-5561-11449-ASD

Exhibit F

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 06/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 05/17 | $0 | | | 5/1/2017 | $321 | $1,200 | | Charge Account | |
| 04/17 | No Data Available | | | | | | | | |
| 03/17 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |
| 02/17 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |
| 01/17 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |
| 12/16 | No Data Available | | | | | | | | |
| 11/16 | $0 | | | 11/1/2016 | $321 | $1,200 | | Charge Account | |

### Nordstrom/TD Bank

18591 E Carley Ave Englewood CO 80111-6504 : (800) 964-0006

| Date Opened 07/17/2017 | High Credit $128 | Credit Limit $7,500 | | | | |
|---|---|---|---|---|---|---|
| Amount Past Due | Actual Payment Amount | Date of Last Payment 08/2017 | Scheduled Payment Amount | Date of 1st Delinquency | Terms Duration | Terms Frequency Monthly |

| Items As of Date Reported 09/20/2018 | Balance Amount $0 | Date of Last Activity 08/2017 | Months Revd 14 | Date Maj Del, 1st Paid | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Creditor Classification | Balloon Pay Date | Date Closed |

Status - Pays As Agreed; Type of Account - Revolving; Type of Loan - Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Credit Card;

## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 08/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 07/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 06/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 05/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |

Page 19 of 32

( Continued On Next Page )

Exhibit F

82720282B0GZJ-002710258- 5561 - 11449 - ASD

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 03/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 02/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 01/18 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 12/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 11/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 10/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 09/17 | $0 | | | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 08/17 | $0 | | $128 | 8/1/2017 | $128 | $7,500 | | Credit Card | |
| 07/17 | $128 | $38 | | | $128 | $7,500 | | Credit Card | |

**US Bank**   PO Box 3447 Cm Management Oshkosh WI 54903-3447 : (844) 624-8230

| Account Number | Balance | Amount Past Due | Date Opened | High Credit | Credit Limit | Date of 1st Delinquency | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported: 10/02/2018 | $2,887 | $2,887 | 10/12/2017 | $2,500 | $2,500 | 11/2017 | | | 11 | | |

| Date Maj Del 1st Pptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Date | Balloon Pay Amount | Date of Last Activity |
|---|---|---|---|---|---|
| 05/2018 | $2,495 | | | | 11/2017 |

Status - Charge Off; Type of Account - Line of Credit; Type of Loan - Line Of Credit; Whose Account - Individual Account;  ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Charged Off Account;

**Account History with Status Codes:**

| 09/2018 | 08/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 |
|---|---|---|---|---|---|
| L | L | L | 4 | 3 | 2 |
| L | L | 5 | 4 | 3 | 2 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

( Continued On Next Page )

827202882GZJ-002710258-5561-11449-ASI

Exhibit F



## Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| Additional Information: Charged Off Account | | | | | | | | | |
| 07/18 | No Data Available | | | | | | | | |
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $0 | $88 | | 11/1/2017 | | $2,500 | | Line Of Credit | |
| Additional Information: Charged Off Account; Fixed Rate | | | | | | | | | |
| 04/18 | $2,852 | $89 | | 11/1/2017 | $2,495 | $2,500 | $389 | Line Of Credit | |
| Additional Information: 150 Days Past Due; Fixed Rate | | | | | | | | | |
| 03/18 | $2,788 | $86 | | 11/1/2017 | $2,495 | $2,500 | $302 | Line Of Credit | |
| Additional Information: 120 Days Past Due; Fixed Rate | | | | | | | | | |
| 02/18 | $2,721 | $92 | | 11/1/2017 | $2,495 | $2,500 | $209 | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 01/18 | $2,659 | $89 | | 11/1/2017 | $2,495 | $2,500 | $119 | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 12/17 | $2,593 | $92 | | 11/1/2017 | $2,495 | $2,500 | | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 11/17 | $2,526 | $59 | $3 | 11/1/2017 | $2,495 | $2,500 | | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |
| 10/17 | $2,514 | | | | $2,495 | $2,500 | | Line Of Credit | |
| Additional Information: Fixed Rate | | | | | | | | | |

(Continued On Next Page )

82720282800GZJ-002710258- 5561 - 11449 - ASD

Exhibit F

**US Bank**   CB DISPUTES PO BOX 108 Saint Louis MO 63166-0108 ; (866) 234-4750

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
|  | 10/01/2017 |  | $3,600 |  |  | 11 |  |  |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Paymnt | Actual Paymnt Amount | Scheduled Paymnt Amount | Date of 1st Delinquency | Date of Last Activity | Date Mjr. Delnq. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/02/2018 | $4,094 | $4,094 | 11/2017 |  |  | 02/2018 |  | 08/2018 | $3,145 |  |  |  |  |

Status - Charge Off; Type of Account - Revolving; Type of Loan - Flexible Spending Credit Card; Whose Account - Individual Account; ADDITIONAL INFORMATION - Consumer Disputes - Reinvestigation in Process; Charged Off Account;

Account History with Status Codes:

| 09/2018 | 08/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 |
|---|---|---|---|---|---|
| L | L | L | L | L | L |
|  |  | 4 | 3 | 2 | 1 |

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $4,094 | | | | | | | | |
| 08/18 | $4,094 | | | 11/1/2017 | | | $4,094 | Flexible Spending Credit Card | |

Additional Information: Charged Off Account

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | No Data Available | | | | | | | | |
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $3,891 | $152 | | 11/1/2017 | $3,891 | $3,600 | $518 | Flexible Spending Credit Card | Closed |

Additional Information: Account Closed By Credit Grantor; 120 Days Past Due

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $3,775 | $155 | | 11/1/2017 | $3,775 | $3,600 | $376 | Flexible Spending Credit Card | Closed |

Additional Information: Account Closed By Credit Grantor

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/18 | $3,657 | $142 | | 11/1/2017 | $3,657 | $3,600 | $232 | Flexible Spending Credit Card | |
| 02/18 | $3,551 | $144 | | 11/1/2017 | $3,551 | $3,600 | $103 | Flexible Spending Credit Card | |
| 01/18 | $3,442 | $129 | | 11/1/2017 | $3,442 | $3,600 | | Flexible Spending Credit Card | |
| 12/17 | $3,347 | $103 | | 11/1/2017 | $3,299 | $12,500 | | Flexible Spending Credit Card | |
| 11/17 | $3,229 | $43 | $43 | 11/1/2017 | $3,224 | $12,500 | | Flexible Spending Credit Card | |
| 10/17 | $3,213 | | | | $0 | $12,500 | | Flexible Spending Credit Card | |

8272028280GZJ-002710259-5561 - 11449 - ASD

( Continued On Next Page )

Exhibit F



A request for your credit history is called an inquiry.  There are two types of inquiries - those that may impact your credit rating/score and those that do not.

**Inquiries that do not impact your credit rating/score.**
These are inquiries, for example, from companies making promotional offers of credit, periodic account reviews by an existing creditor or your own request to check your credit file. They may remain on your file for up to 2 years.

**Company Information - Prefix Descriptions:**

AM OR AR - Inquiries with these prefixes indicate a periodic review of your credit history by one of your creditors.
CAR RENT - Inquiries with this prefix are from rental car companies regarding debit card payment acceptance.
COLLECT - Inquiries with this prefix are for collection purposes and may be from the lender, a party collecting on the lender's behalf, or a company that purchased your debt.
CONS RPT - Inquiries with this prefix are from your requests for your own report or requests you have authorized as part of a service or product.
DDA - Inquiries with this prefix relate to a review of your consumer report for the opening of a deposit account.
EMPL OR ND EMPL - Inquiries with this prefix indicate an employment inquiry.
EQUIFAX OR EFX - Inquiries with these prefixes indicate Equifax's activity in response to your contact with us for a copy or your credit file or a research request.
FIN PLAN - Inquiries with this prefix relate to a review of your consumer report for financial counseling or planning.
INS - Inquiries with this prefix are from insurance companies regarding a review of your consumer report for insurance underwriting purposes.
MEDICAL - Inquiries with this prefix are from medical service providers.
ND - Inquiries with this prefix are general inquiries that do not display to creditor grantors.
ND MR - Inquiries with this prefix indicate the reissue of a mortgage credit report containing information from your Equifax credit file to another company in connection with a mortgage loan.
NON APPL - Inquiries with this prefix are used when companies review the consumer report of a spouse who is not a co-applicant.
PR - Inquiries with this prefix indicate that a creditor reviewed your account as part of a portfolio they are purchasing.
PREQAUTO - Inquiries with this prefix are used when you have provided consent to be prequalified for an auto loan or lease.
PREQCARD - Inquiries with this prefix are used when you have provided consent to be prequalified for a credit card.
PREQCOMM - Inquiries with this prefix are used when you have provided consent to be prequalified for telecommunications products or services.
PREQHE - Inquiries with this prefix are used when you have provided consent to be prequalified for a home equity loan or line of credit.
PREQIL - Inquiries with this prefix are used when you have provided consent to be prequalified for an installment loan other than auto, mortgage or home equity.
PREQINS - Inquiries with this prefix are used when you have provided consent to be prequalified for an insurance quote.
PREQMTG - Inquiries with this prefix are used when you have provided consent to be prequalified for a mortgage loan.
PREQOD - Inquiries with this prefix are used when you have provided consent to be prequalified for an overdraft line of credit.
PREQ - Inquiries with this prefix are used when you have provided consent to be prequalified for credit or services, not specific to auto, credit card, telecommunications, home equity, installment loan, insurance, mortgage or overdraft services.
PRM - Inquiries with this prefix indicate that only your name and address were given to a credit grantor so they can provide you a firm offer of credit of insurance.
REFRESH - Inquiries with this prefix relate to the use of a consumer report in the period of time between underwriting and closing of a mortgage loan to ensure no new debt is identified.
SUPPORT - Inquiries with this prefix are used by a social service agency related to a government benefit or child support.
UTILSERV - Inquiries with this prefix are used when requesting utility services.

**Company Information**

| | Inquiry Date(s) | | | |
|---|---|---|---|---|
| Equifax<br>PO Box 740250 Atlanta, GA 30374-0250 Phone: (800) 685-1111 | 10/02/2018 | 09/28/2018 | 09/21/2018 | 09/11/2018 |
| AR-Macys/Dsnb<br>PO Box 8218 Mason, OH 45040-8218 Phone: (800) 241-0468 | 08/28/2018 | | | |

**** End of Credit File ****

Page 23 of 32

827202828QGZJ-002710258- 5561 - 11449 - ASD

Exhibit F

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

## A Summary of Your Rights Under the Fair Credit Reporting Act

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if:

  - a person has taken adverse action against you because of information in your credit report;
  - you are the victim of identity theft and place a fraud alert in your file;
  - your file contains inaccurate information as a result of fraud;
  - you are on public assistance;
  - you are unemployed but expect to apply for employment within 60 days.

  In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your credit-worthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.

- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.

Exhibit F



° **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to to www.consumerfinance.gov/learnmore.

° **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1-888-5-OPTOUT (1-888-567-8688).

° **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.

° **Identity theft victims and active duty military personnel have additional rights.** For more information, visit to www.consumerfinance.gov/learnmore.

**States may enforce the FCRA, and many states have their own consumer reporting laws. In some cases, you may have more rights under state law. For more information, contact your state or local consumer protection agency or your state Attorney General. For information about your federal rights, contact:**

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates. | a. Bureau of Consumer Financial Protection 1700 G Street NW Washington, DC 20552 |
| b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB | b. Federal Trade Commission: Consumer Response Center - FCRA Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above: a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney Street, Suite 3450 Houston, TX 77010-9050 |
| b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and insured state branches of foreign banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act | b. Federal Reserve Consumer Help Center P. O. Box 1200 Minneapolis, MN 55480 |
| c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations | c. FDIC Consumer Response Center 1100 Walnut Street, Box #11 Kansas City, MO 64106 |
| d. Federal Credit Unions | d. National Credit Union Administration Office of Consumer Protection (OCP) Division of Consumer Compliance and Outreach (DCCO) 1775 Duke Street Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division Department of Transportation 1200 New Jersey Avenue, SE Washington, DC 20590 |
| 4. Creditors Subject to Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E Street, SW Washington, DC 20423 |
| 5. Creditors Subject to Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |
| 6. Small Business Investment Companies | Associate Deputy Administrator for Capital Access United States Small Business Administration 409 Third Street, SW, 8th Floor Washington, DC 20416 |

Exhibit F

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 7. Brokers and Dealers | Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |
| 8. Federal Land Banks, Federal Land Bank Associations, Federal Intermediate Credit Banks, and Production Credit Associations | Farm Credit Administration<br>1501 Farm Credit Drive<br>McLean, VA 22102-5090 |
| 9. Retailers, Finance Companies, and All Other Creditors Not Listed Above | FTC Regional Office for region in which the creditor operates or Federal Trade Commission: Consumer Response Center - FCRA<br>Washington, DC 20580<br>(877) 382-4357 |

Exhibit F

*Para infomacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.*

### Remedying the Effects of Identity Theft



You are receiving this information because you have notified a consumer reporting agency that you believe that you are a victim of identity theft. Identity theft occurs when someone uses your name, Social Security number, date of birth, or other identifying information, without authority, to commit fraud. For example, someone may have committed identity theft by using your personal information to open a credit card account or get a loan in your name. For more information, visit www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, DC 20552.

The Fair Credit Reporting Act (FCRA) gives you specific rights when you are, or believe that you are, the victim of identity theft. Here is a brief summary of the rights designed to help you recover from identity theft.

1. **You have the right to ask that nationwide consumer reporting agencies place "fraud alerts" in your file** to let potential creditors and others know that you may be a victim of identity theft. A fraud alert can make it more difficult for someone to get credit in your name because it tells creditors to follow certain procedures to protect you. It also may delay your ability to obtain credit. You may place a fraud alert in your file by calling just one of the three nationwide consumer reporting agencies. As soon as that agency processes your fraud alert, it will notify the other two, which then also must place fraud alerts in your file.

   * Equifax:     1-800-525-6285     www.equifax.com
   * Experian:    1-888-397-3742     www.experian.com
   * TransUnion:  1-800-680-7289     www.transunion.com

   An initial fraud alert stays in your file for at least one year. An extended alert stays in your file for seven years. To place either of these alerts, a consumer reporting agency will require you to provide appropriate proof of your identity, which may include your Social Security number. If you ask for an extended alert, you will have to provide an *identity theft report*. An *identity theft report* includes a copy of a report you have filed with a federal, state, or local law enforcement agency, and additional information a consumer reporting agency may require you to submit. For more detailed information about the *identity theft report*, visit www.consumerfinance.gov/learnmore.

2. **You have the right to free copies of the information in your file (your "file disclosure").** An initial fraud alert entitles you to a copy of all the information in your file at each of the three nationwide agencies, and an extended alert entitles you to two free file disclosures in a 12-month period following the placing of the alert. These additional disclosures may help you detect signs of fraud, for example, whether fraudulent accounts have been opened in your name or whether someone has reported a change in your address. Once a year, you also have the right to a free copy of the information in your file at any consumer reporting agency, if you believe it has inaccurate information due to fraud, such as identity theft. You also have the ability to obtain additional free file disclosures under other provisions of the FCRA. See www.consumerfinance.gov/learnmore.

3. **You have the right to obtain documents relating to fraudulent transactions made or accounts opened using your personal information.** A creditor or other business must give you copies of applications and other business records relating to transactions and accounts that resulted from the theft of your identity, if you ask for them in writing. A business may ask you for proof of your identity, a police report, and an affidavit before giving you the documents. It also may specify an address for you to send your request. Under certain circumstances, a business can refuse to provide you with these documents. See www.consumerfinance.gov/learnmore.

8272028280GZJ-002710258- 5561 - 11449 - ASC

Exhibit F

4. **You have the right to obtain information from a debt collector.** If you ask, a debt collector must provide you with certain information about the debt you believe was incurred in your name by an identity thief - like the name of the creditor and the amount of the debt.

5. *If you believe information in your file results from identity theft, you have the right to ask that a consumer reporting agency block that information from your file.* An identity thief may run up bills in your name and not pay them. Information about the unpaid bills may appear on your consumer report. Should you decide to ask a consumer reporting agency to block the reporting of this information, you must identify the information to block, and provide the consumer reporting agency with proof of your identity and a copy of your *identity theft report*. The consumer reporting agency can refuse or cancel your request for a block if, for example, you don't provide the necessary documentation, or where the block results from an error or a material misrepresentation of fact made by you. If the agency declines or rescinds the block, it must notify you. Once a debt resulting from identity theft has been blocked, a person or business with notice of the block may not sell, transfer, or place the debt for collection.

6. **You also may prevent businesses from reporting information about you to consumer reporting agencies if you believe the information is a result of identity theft.** To do so, you must send your request to the address specified by the business that reports the information to the consumer reporting agency. The business will expect you to identify what information you do not want reported and to provide an *identity theft report*.

To learn more about identity theft and how to deal with its consequences, visit www.consumerfinance.gov/learnmore, or write to the Consumer Financial Protection Bureau. You may have additional rights under state law. For more information, contact your local consumer protection agency or your state Attorney General.

In addition to the new rights and procedures to help consumers deal with the effects of identity theft, the FCRA has many other important consumer protections. They are described in more detail at www.consumerfinance.gov/learnmore.

Exhibit F

## Commonly Asked Questions About Credit Files

**Q.** *How can I correct a mistake in my credit file ?*
**A.** Complete the Research Request form and give details of the information you believe is incorrect. We will then check with the credit grantor, collection agency or public record source to see if any error has been reported. Information that cannot be verified will be removed from your file. If you and a credit grantor disagree on any information, you will need to resolve the dispute directly with the credit grantor who is the source of the information in question.

**Q.** *If I do have credit problems, is there someplace where I can get advice and assistance ?*
**A.** Yes, there are a number of organizations that offer assistance. For example, the Consumer Credit Counseling Service (CCCS) is a non-profit organization that offers free or low-cost financial counseling to help people solve their financial problems. CCCS can help you analyze your situation and work with you to develop solutions. There are more than 600 CCCS offices throughout the country. Call 1 (800) 388-2227 for the telephone number of the office nearest you.

**Q.** *Once the fraud alert is added to my credit file, who will contact me to verify if an application is legitimate ?*
**A.** When the credit grantor accesses your credit file, they should contact you as a part of their credit application approval process.

## Facts You Should Know

○ The length of time an account or record remains in your credit file is shown below:

Collection Agency Accounts: Remain for up to 7 years from the Date of 1st Delinquency.

Credit or Other Reported Accounts: Accounts paid as agreed remain for up to 10 years from the Date Reported. Accounts not paid as agreed (i.e. delinquent, charge off, accounts placed for collection) remain for up to 7 years from the Date of 1st Delinquency.

Public Records: Remain for up to 7 years from the date filed, except:
Bankruptcy - Chapter 7 and 11 remain for up to 10 years from the date filed.
Bankruptcy - Chapter 13 dismissed or no disposition rendered remain for up to 10 years from the date filed.
Unpaid tax liens remain for up to 7 years from the date filed.
Paid tax liens remain for up to 7 years from the date released or up to 10 years from the date filed, whichever is earlier.

New York State Residents Only: Satisfied judgments remain for up to 5 years from the date filed; paid collections remain for up to 5 years from the Date of 1st Delinquency.

Payment history and Historical Account Information for an account on your credit file, if any, is found at the bottom of an account under the title "Account History with Status Codes" or "Historical Account Information" respectively.

This payment history reflects the month, year and late payment status, and is generally supplied by credit grantors or other furnishers of information to Equifax with whom you have a relationship. This history is included on both open accounts and accounts that have already been closed.

The historical account information reflects a broader view of your credit behavior over a 24 month period. This history is also included on both open accounts and closed accounts.

Payment in full does not remove your payment history or historical account information. If you have always paid an account as agreed, the account should not have payment history status information. Specific payment history typically remains on your credit file for up to 7 years from the date shown for it.

○ Name, address, and Social Security Number information may be provided to businesses that have a legitimate need to locate or identify a consumer.

○ To protect your information from misuse, you should monitor any change in mail receipt patterns. Ensure that documents containing personal data or account numbers are destroyed or made illegible before disposing of them. Do not preprint checks or other documents with unique identifiers such as your driver's license or social security number. Never give out your account number or identifying information on phone calls in which you did not initiate the contact.

○ To have a fraud alert removed from your credit file, identification information, such as, a copy of your driver's license or utility bill reflecting your current address along with a copy of your social security card must be provided.

Exhibit F

*Additional Notice to Consumer:*

You may request a description of the procedure used to determine the accuracy and completeness of the information, including the business name and address of the furnisher of information contacted, and if reasonably available the telephone number.

If the reinvestigation does not resolve your dispute, you have the right to add a statement to your credit file disputing the accuracy or completeness of the information; the statement should be brief and may be limited to not more than one hundred words (two hundred words for Maine residents) explaining the nature of your dispute.

If the reinvestigation results in the deletion of disputed information, or you submit a statement in accordance with the preceding paragraph, you have the right to request that we send your revised credit file to any company specifically designated by you that received your credit report in the past six months (twelve months for California, Colorado, Maryland, New Jersey and New York residents) for any purpose or in the past two years for employment purposes.

Exhibit F

## RESEARCH REQUEST FORM

**You may initiate an investigation** request via the internet at www.investigate.equifax.com. To initiate your request or if you elect below to have the results of your investigation posted on a secured website, you will need the below confirmation number, email address you provided, and ID information.

Or, mail this document to the following address:

Equifax Information Services LLC
P. O. Box 105069
Atlanta, GA 30348

(877) 528-6481



**Email Address** (please print clearly): _____

Would you like Equifax to hide the first 5 digits of your social security number on our response to you?  **Circle:**  Yes  No

**Confirmation Number: 8272028280**

Intentionally making any false statements to a consumer reporting agency for the purpose of having it placed on a consumer report is punishable by law in some states. To ensure that your request is processed accurately, please enlarge photocopies of any items that contain small print (i.e. driver's license, W2 Forms, etc.). Photocopies that are not legible or contain highlighting may cause us to request that you resubmit your request for clarity.

If your identity information differs from the information listed on this form, please fill in the correct information in the space provided for each item. Please provide a photocopy of your driver's license, social security card, or recent utility bill that reflects the correct information.

**Name:** Thomas L Whittaker

**Current Address:** 2260 E 75th St, Indianapolis, IN  46240

**Previous Address(es):** 3600 W 42nd Ave, Kennewick, WA  99337
3742 Haverhill Dr, Indianapolis, IN  46240

**Daytime Phone Number** _____     **Evening Phone Number** _____

**List other names which you have used for credit in the past** _____

## Fraud Account Information

**Company Name** _____     **Account Number** _____

Reason for investigation:  ☐ Fraudulent account was established using personal identification without my authorization.
☐ Fraudulent/unauthorized charges made on the account I established.

☐ Other (Please explain) _____

If you have notified this creditor of the fraudulent information, please provide the following:

Contact Name _____ Department Name _____ Phone # ( ____ ) ____ - ____

**Company Name** _____     **Account Number** _____

Reason for investigation:  ☐ Fraudulent account was established using personal identification without my authorization.
☐ Fraudulent/unauthorized charges made on the account I established.

☐ Other (Please explain) _____

If you have notified this creditor of the fraudulent information, please provide the following:

Contact Name _____ Department Name _____ Phone # ( ____ ) ____ - ____

**Company Name** _____     **Account Number** _____

Reason for investigation:  ☐ Fraudulent account was established using personal identification without my authorization.
☐ Fraudulent/unauthorized charges made on the account I established.

☐ Other (Please explain) _____

If you have notified this creditor of the fraudulent information, please provide the following:

Contact Name _____ Department Name _____ Phone # ( ____ ) ____ - ____

8272028280GZJ-002710258- 5561 - 11449 - ASC

October 2, 2018

Exhibit F

8272028280GZJ-002710258- 5561 - 11449 - ASD

Exhibit F