January 21, 2020

Equifax Information Services LLC
P.O. Box 105314
Atlanta, GA, 30348

Re:   Consumer Name: Thomas L. Whittaker
      Home Address: 2260 E. 75th St. Indianapolis, IN 46240
      SSN:
      My Date of Birth:
      Credit Report No./OR Date of Credit Report: 00070112272 dated 01/07/2020

To Whom It May Concern:

Your company provided me with a consumer credit report with the above number. I identified several derogatory items which were being misreported and that are harming my credit rating. Some of the items are not correct. Please immediately review the following incorrect account information, make the requested corrections, and then **send me a copy of the corrected consumer credit report including the pay history for each entry.**

**Incorrect furnisher account information**

1) **Furnisher Name/Address**: Bank of America
   **Furnisher Acct. No.:**
   **Opened: 01/30/2018**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This identity theft has been reported to the Indianapolis Metropolitan Police Department. I previously disputed this exact information on September 21, 2018 (Confirmation # 8264075021). **Please delete this tradeline immediately**.

2) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.:**
   **Opened: 10/12/2017**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This identity theft has been reported to the Indianapolis Metropolitan Police Department. I previously disputed this exact information on September 21, 2018 (Confirmation # 8264075021). This account was also disputed to US Bank directly. **Please delete this tradeline immediately**.

Exhibit G

**Inaccurate Personal Information**

1) The following address is incorrect—I have never lived at this address. I have never lived in Washington State. I previously disputed this exact information on September 21, 2018 (Confirmation # 8264075021). **Please remove this address from my credit report.**

   3600 W. 42nd St.,
   Kennewick, WA 99337

2) The following personal information is incorrect—my "Last Reported Employment" is showing as "Oncology and Hematol." However, this is not my employer. My employer is Indiana University Health. **Please change the "Last Reported Employment" to show <u>Indiana University Health</u>.**

Thank you and I look forward to your immediate reply.

Sincerely,

*Thomas L Whittaker*

Thomas L. Whittaker

Exhibit G