### How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

- If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
- If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
- If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

---

### The Results Of Our Reinvestigation

>>> *We have reviewed the former address. The results are:* The disputed address has been deleted. **3600 W 42nd Ave Kennewick WA 99337 Residence Since: 01/2018   Fraud**

>>> *We have reviewed the employment information. The results are:* The disputed EMP has been deleted from your Equifax credit file The current employment information has been added/updated. **Indiana University Health**

---

### Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *) (This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | | | |
|---|---|---|---|
| | 1 : 30-59 Days Past Due | 5 : 150-179 Days Past Due | J : Voluntary Surrender |
| | 2 : 60-89 Days Past Due | 6 : 180 or More Days Past Due | K : Repossession |
| | 3 : 90-119 Days Past Due | G : Collection Account | L : Charge Off |
| | 4 : 120-149 Days Past Due | H : Foreclosure | |

>>> *We have researched the credit account. Account #* ▉▉▉▉▉▉▉ *The results are:* We verified that this item belongs to you. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *HISTORICAL ACCOUNT INFORMATION. If you have additional questions about this item please contact: **US Bank, PO Box 3447, OSHKOSH, WI 54903-3447  Phone: (844) 624-8230**

Exhibit H



**US Bank**   PO Box 3447 Oshkosh WI 54903-3447 : (844) 624-8230

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| | 10/12/2017 | $0 | $2,500 | | | 26 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Pay Date | Date Closed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/2020 | $2,887 | $2,887 | 11/2017 | $0 | $0 | 11/2017 | | 05/2018 | $2,495 | | $0 | | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Line of Credit | Line Of Credit | Individual Account | | |

ADDITIONAL INFORMATION:
Charged Off Account

Line of Credit

**Account History with Status Codes**

12/2019 11/2019 10/2019 09/2019 08/2019 07/2019 06/2019 05/2019 04/2019 03/2019 02/2019 01/2019 12/2018 11/2018 10/2018 09/2018 08/2018 07/2018
L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L

**Historical Account Information**

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/20 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
**Charged Off Account**

| 12/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Charged Off Account

| 11/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Charged Off Account

| 10/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Charged Off Account

| 09/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
|---|---|---|---|---|---|---|---|---|---|

ADDITIONAL INFORMATION:
Charged Off Account

Exhibit H

| Historical Account Information | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 08/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 06/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 05/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 03/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

Exhibit H

( Continued On Next Page )



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | No Data Available | | | | | | | | |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $2,887 | $0 | $0 | 11/1/2017 | | $0 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| 08/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | No Data Available | | | | | | | | |
| 06/18 | No Data Available | | | | | | | | |
| 05/18 | $0 | $88 | | 11/1/2017 | | $2,500 | | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

Fixed Rate

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 04/18 | $2,852 | $89 | | 11/1/2017 | $2,495 | $2,500 | $389 | Line Of Credit | |

ADDITIONAL INFORMATION:
150 Days Past Due

Fixed Rate

( Continued On Next Page )    Page 7 of 36    0031102007JRQ-002749861- 1200 - 10284 - ASD

Exhibit H

### Historical Account Information

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 03/18 $2,788 | $86 | | 11/1/2017 | $2,495 | $2,500 | $0 | Line Of Credit | |

ADDITIONAL INFORMATION:

120 Days Past Due

Fixed Rate

| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|
| 02/18 $2,721 | $92 | | 11/1/2017 | $2,495 | $2,500 | $0 | Line Of Credit | |

ADDITIONAL INFORMATION:

Fixed Rate

---

>>> **We have researched the credit account. Account # -** ▇▇▇▇▇▇ **The results are:** We verified that this item belongs to you. THE FOLLOWING FIELDS HAVE BEEN MODIFIED: *DATE OF MAJOR DELINQUENCY 1ST REPORTED *CLOSED DATE *ACTIVITY DESIGNATOR *ADDITIONAL INFORMATION. If you have additional questions about this item please contact: **Bank of America, PO Box 982238, EL Paso, TX 79998-2238 Phone: (800) 421-2110**

**Bank of America**   PO Box 982238 El Paso TX 79998-2238 : (800) 421-2110

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| ▇▇▇▇▇▇ | 01/30/2018 | $0 | $8,000 | | Monthly | 23 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Date Pay DateClosed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 02/19/2020 | $1,796 | $1,796 | 03/2018 | $0 | $0 | 06/2018 | | *06/2018* | $1,796 | | $0 | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor
**Credit Card**

Account History with Status Codes

| 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| L | L | L | L | L | L | L | L | L | L | L | L | L | 6 | 5 | 4 | 3 | 2 | 1 |

Exhibit H



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 01/20 | No Data Available | | | | | | | | |
| 12/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

Exhibit H

| Historical Account Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 07/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 06/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 05/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 04/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 03/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

Exhibit H

( Continued On Next Page )

Page 10 of 36

0031102007JRQ-002749861- 1200 - 10284 - ASD



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/18 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/18 | $1,796 | $25 | | 3/1/2018 | $6,367 | $8,000 | $337 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Account Closed By Credit Grantor

180 Days or More Past Due

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $1,796 | $55 | | 3/1/2018 | $6,367 | $8,000 | $282 | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:
Account Closed By Credit Grantor

150 Days Past Due

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | No Data Available | | | | | | | | |
| 08/18 | $1,720 | $54 | | 3/1/2018 | $6,367 | $8,000 | $173 | Flexible Spending Credit Card | Closed |

Exhibit H


Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | $1,682 | $54 | | 3/1/2018 | $6,367 | $8,000 | $119 | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:
Account Closed By Credit Grantor

| 06/18 | No Data Available |

| 05/18 | $1,606 | $40 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:
Account Closed By Credit Grantor

| 04/18 | $1,581 | $25 | | 3/1/2018 | $6,367 | $8,000 | | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:
Account Closed By Credit Grantor

| 03/18 | $5,058 | $63 | | 3/1/2018 | $6,120 | $8,000 | | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:
Account Closed By Credit Grantor

| 02/18 | $0 | | | 1/1/1800 | $0 | $8,000 | | Flexible Spending Credit Card | |

Exhibit H