April 3, 2020

Equifax Information Services LLC
P.O. Box 105314
Atlanta, GA, 30348

Re:     Consumer Name: Thomas L. Whittaker
        Home Address: 2260 E. 75th St. Indianapolis, IN 46240
        SSN:
        My Date of Birth:
        Credit Report No./OR Date of Credit Report: 0031102007 dated 02/19/2020

To Whom It May Concern:

Please immediately review the following incorrect account information, make the requested corrections, and then send me a copy of the corrected consumer credit report including the pay history for each entry. I am the victim of identity theft. **This has been reported to Officer Tony Valdez and the Kennewick Washington Police Department (Case No. 20-12656) (Ph. (509) 585 – 4208). This has also been reported to the FTC (Ref. No. 117200750).**

**Incorrect furnisher account information**

1) **Furnisher Name/Address**: Bank of America
   **Furnisher Acct. No.**:
   **Opened: 01/30/2018**

   This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. I previously disputed this exact information on September 21, 2018 (Confirmation # 8264075021) and January 21, 2020. **Please delete this tradeline immediately**.

2) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.**:
   **Opened: 10/12/2017**

   This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. I previously disputed this exact information on September 21, 2018 (Confirmation # 8264075021).I previously disputed this information on January 21, 2020. This account was also disputed to US Bank directly. **Please delete this tradeline immediately**.

Thank you and I look forward to your immediate reply.

Sincerely,

*Thomas L Whittaker*

Thomas L. Whittaker

Exhibit I