### How should I read my dispute results?

To better assist you with understanding the results of your dispute, please review the information below:

* If an item states "**Deleted**", we have removed it from your credit report and taken steps so it does not reappear.
* If an item states "**Verified as Reported**", the reporting company has certifed it is reporting accurately.
* If an item states "**Updated**", we have updated one or more fields on the item based on information received from the reporting company.

Updated disputed account information only: **The information you disputed has been updated.**

Updated disputed account information. Additional account information was also updated: **The information you disputed has been updated as well as other information on this item.**

Disputed information accurate. Updated account information unrelated to the dispute: **The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated.**

Consumer's dispute not specific. Consumer Information verified. Account information updated: **Information on your report has been updated.**

### The Results Of Our Reinvestigation

>>> The disputed item is not currently reporting on the Equifax credit file.  *3600:W 42nd:Ave Kennewick WA 99337*

>>> The disputed item is not currently reporting on the Equifax credit file.  *(509) 209-8643*

>>> The disputed item is not currently reporting on the Equifax credit file.  *(509) 396-1366*

### Credit Account Information
(For your security, the last 4 digits of account number(s) have been replaced by *)  (This section includes open and closed accounts reported by credit grantors)

| Account History Status Code Descriptions | 1 : 30-59 Days Past Due<br>2 : 60-89 Days Past Due<br>3 : 90-119 Days Past Due<br>4 : 120-149 Days Past Due | 5 : 150-179 Days Past Due<br>6 : 180 or More Days Past Due<br>G : Collection Account<br>H : Foreclosure | J : Voluntary Surrender<br>K : Repossession<br>L : Charge Off |
|---|---|---|---|

>>> **We have researched the credit account.  Account # -**████████  **The results are:** We verified that this item belongs to you. THE FOLLOWING FIELDS HAVE BEEN MODIFIED:  *DATE OF MAJOR DELINQUENCY 1ST REPORTED  *CLOSED DATE  *ACTIVITY DESIGNATOR  *ADDITIONAL INFORMATION  *ACCOUNT HISTORY. If you have additional questions about this item please contact:  **Bank of America, PO Box 982238, El Paso, TX 79998-2238**  Phone: (800) 421-2110

Exhibit L



**Bank of America**  PO Box 982238 El Paso TX 79998-2238 : (800) 421-2110

| Account Number | Date Opened | High Credit | Credit Limit | Terms Duration | Terms Frequency | Months Revd | Activity Designator | Creditor Classification |
|---|---|---|---|---|---|---|---|---|
| [redacted] | 01/30/2018 | $0 | $8,000 | | Monthly | 26 | | |

| Items As of Date Reported | Balance Amount | Amount Past Due | Date of Last Payment | Actual Payment Amount | Scheduled Payment Amount | Date of 1st Delinquency | Date of Last Activity | Date Maj. Del. 1st Rptd | Charge Off Amount | Deferred Pay Start Date | Balloon Pay Amount | Balloon Date Pay DateClosed |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 06/10/2020 | $1,796 | $1,796 | 03/2018 | $0 | $0 | 06/2018 | | 06/2018 | $1,796 | | $0 | |

| Status | Type of Account | Type of Loan | Whose Account | Portfolio Indicator | Portfolio Status |
|---|---|---|---|---|---|
| Charge Off | Revolving | Credit Card | Individual Account | | |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

**Credit Card**

### Account History with Status Codes

```
05/2020 04/2020 03/2020 02/2020 01/2020 12/2019 11/2019 10/2019 09/2019 08/2019 07/2019 06/2019 05/2019 04/2019 03/2019 02/2019 01/2019 12/2018 11/2018 10/2018 09/2018
   L      L      L      L      L      L      L      L      L      L      L      L      L      L      L      L      L      L      6      5      4      3
08/2018 07/2018
   2      1
```

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/20 | No Data Available | | | | | | | | |
| 04/20 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |
| 03/20 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| 02/20 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| 01/20 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | |

Exhibit L

( Continued On Next Page )    Page 5 of 38    0146044024GZG-002758490-3806 - 6826 - ASD

| Historical Account Information | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
| 12/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 11/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 09/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 08/19 $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

Exhibit L



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| 06/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| 05/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| 04/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor

| 03/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:
Charged Off Account

Account Closed By Credit Grantor



Exhibit L

Exhibit L

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 02/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| 01/19 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| 12/18 | $1,796 | | | 3/1/2018 | | $8,000 | $1,796 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Charged Off Account

Account Closed By Credit Grantor

| 11/18 | $1,796 | $25 | | 3/1/2018 | $6,367 | $8,000 | $337 | Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

180 Days or More Past Due

| 10/18 | $1,796 | $55 | | 3/1/2018 | $6,367 | $8,000 | $282 | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

150 Days Past Due

| 09/18 | No Data Available | | | | | | | | |
| 08/18 | $1,720 | $54 | | 3/1/2018 | $6,367 | $8,000 | $173 | Flexible Spending Credit Card | Closed |

( Continued On Next Page )



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/18 | $1,682 | $54 | | 3/1/2018 | $6,367 | $8,000 | $119 | Flexible Spending Credit Card | Closed |

ADDITIONAL INFORMATION:

Account Closed By Credit Grantor

---

>>> **We have researched the credit account. Account #** - ▓▓▓▓▓ **The results are:** We verified that this item belongs to you. If you have additional questions about this item please contact: **US Bank, PO Box 3447, OSHKOSH, WI 54903-3447  Phone: (844) 624-8230**

**US Bank**   PO Box 3447  Oshkosh WI 54903-3447 ; (844) 624-8230

| Account Number | | Date Opened 10/12/2017 | High Credit $0 | Credit Limit $2,500 | Terms Duration | Terms Frequency | Months Revd 29 | Activity Designator | | Creditor Classification | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Items As of Date Reported 06/10/2020 | Balance Amount $2,887 | Amount Past Due $2,887 | Date of Last Payment 11/2017 | Actual Payment Amount $0 | Scheduled Payment Amount $0 | Date of 1st Delinquency 11/2017 | Date of Last Activity | Date Maj. Del. 1st Rptd 05/2018 | Charge Off Amount $2,495 | Deferred Pay Start Date | Balloon Pay Amount $0 | Balloon Pay Date | Date Closed |
| Status Charge Off | | Type of Account Line of Credit | | Type of Loan Line Of Credit | | Whose Account Individual Account | | Portfolio Indicator | | Portfolio Status | |

ADDITIONAL INFORMATION:

Charged Off Account

Line of Credit

### Account History with Status Codes

```
04/2020 03/2020 02/2020 01/2020 12/2019 11/2019 10/2019 09/2019 08/2019 07/2019 06/2019 05/2019 04/2019 03/2019 02/2019 01/2019 12/2018 11/2018 10/2018 09/2018 08/2018
   L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L       L
07/2018
   L
```

### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 05/20 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| 04/20 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:

Charged Off Account

Exhibit L

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 03/20 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 02/20 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 01/20 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 12/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 10/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 08/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:
Charged Off Account

Exhibit L



### Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 07/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 06/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 05/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 04/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 03/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 02/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 01/19 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 12/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| ADDITIONAL INFORMATION: Charged Off Account ||||||||||
| 11/18 | No Data Available ||||||||||

Exhibit L

Historical Account Information

| | Balance | Scheduled Payment Amount | Actual Payment Amount | Date of Last Payment | High Credit | Credit Limit | Amount Past Due | Type of Loan | Activity Designator |
|---|---|---|---|---|---|---|---|---|---|
| 10/18 | $2,887 | $0 | $0 | 11/1/2017 | | $0 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:

Charged Off Account

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 09/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |
| 08/18 | $2,887 | | | 11/1/2017 | | $2,500 | $2,887 | Line Of Credit | |

ADDITIONAL INFORMATION:

Charged Off Account

Exhibit L