07/16/2020

Equifax Information Services, LLC
P.O. Box 105314
Atlanta, GA 30348

Re:   Consumer Name: Thomas L. Whittaker
      Home Address: 2260 E. 75th St. Indianapolis, IN 46240
      SSN:
      My Date of Birth:
      Report No./ Date of Report: 0031102007 dated February 19, 2020

Sent Via Certified Mail No.: 7019 2280 0000 1171 4649

## REQUEST TO BLOCK CREDIT REPORTING INFORMATION
## PURSUANT TO SECTION 605B OF THE FAIR CREDIT REPORTING ACT

To Whom It May Concern:

   Your company provided me with consumer credit reports containing fraudulent information. I identified the specific information that is not mine and is harming my credit rating. I am a victim of identity theft. I have disputed this information to you three times to no avail, even after providing an official police report, an FTC Report reference number, and an affidavit of fraud filed with the Marion County, Indiana Superior Court. In your most recent responsive correspondence, dated May 25, 2020, you failed to address my dispute, apparently interpreting it as an attempt to block the information although I was not at that time, and stated that you would send investigation results within 30 days.

   I am now, however, explicitly requesting that you BLOCK the below-indicated information immediately pursuant to Section 605B of the Fair Credit Reporting Act as it resulted from identity theft. In support thereof, I am including (1) the police report from the Kennewick, Washington Police Department (under the Fair Credit Reporting Act, this report qualifies as an "identity theft report"); (2) an affidavit of fraud submitted to the Marion County, Indiana Superior Court; (3) a copy of my driver's license; (4) a utility bill issued to me at my current address; and (5) a list of the addresses that I have lived at within the last three years. **Please BLOCK the below-indicated information immediately.**

**Incorrect Furnisher Account Information**
   1) **Furnisher Name:** Bank of America
      **Furnisher Acct. No.:**
      **Opened:** January 30, 2018

Exhibit M

2) **Furnisher Name:** US Bank
   **Furnisher Acct. No.:** ▮
   **Opened:** 10/12/2017

**Inaccurate Personal Information**

1) I have never lived at this address. I have never lived in Washington State.

   3600 W. 42nd St.,
   Kennewick, WA 99337

       This request to BLOCK the above-indicated information is not being made in error as evidenced by four prior disputes. This request to BLOCK the above-indicated information is not being made on the basis of any misrepresentation of fact relevant to the request to block as evidenced by the identity theft report (official police report), notarized affidavit provided to the Marion County, Indiana Superior Court, and the FTC Report (Reference No. 20-12656). And, I have not obtained possession of goods, services, or money as a result of the transactions which I am requesting be BLOCKED.

Thank you and I look forward to your immediate reply.

                                           Sincerely,

                                      /s/Thomas L. Whittaker

Exhibit M

# Incident/Investigation Report

**Agency:** KPD  **Case Number:** ▇▇▇▇  **Date:** 05/04/2020 12:22:52

## Incident Information

| Date/Time Reported | Occ From Date/Time | Date/Time Found | Officer |
|---|---|---|---|
| 04/01/2020 11:12 | 04/01/2020 11:12 | 04/01/2020 11:12 | (1130) VALDEZ, TONY |

**Incident Location:** 3600 W 42ND AVE, KENNEWICK, WA

## Charges

**1**

| Charge Type | Description | Statute | UCR | Att / Com |
|---|---|---|---|---|
| State | IDENTITY THEFT | 9.35.000 | 26F | ☐ Att / ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol ☐ Drugs ☐ Computers | RESIDENCE / HOME / APT / | | ☐ Yes ☑ No | 1. 2. 3. |

| Entry | Exit | Criminal Activity | |
|---|---|---|---|

| Bias Motivation | Bias Target | Bias Circumstances | Hate Group |
|---|---|---|---|

## Victims

**Seq. # 1**

| Type | Injuries | Residency Status | Ethnicity |
|---|---|---|---|
| INDIVIDUAL | None | | Non-Hispanic |

| Name (Last, First, M) | Race | Sex | DOB | Age |
|---|---|---|---|---|
| WHITTIAKER, THOMAS LEE | W | M | ▇▇▇▇ | 60 |

**Address:** 2260 E 75TH ST, INDIANAPOLIS, IN 46240

**Home Phone:** ▇▇▇▇

**Employer Name/Address:**

**Business Phone:**

**Victim of Crimes:** 1

**Cell Phone:**

Exhibit M

## Incident/Investigation Report

**Agency:** KPD **Case Number:** ▓▓▓▓▓▓ **Date:** 05/04/2020 12:22:52

### Property

| Seq. # | Description | | Serial Number | Make/Model |
|---|---|---|---|---|
| 1 | IDENTITY NAME | | | |

| Owner | | License / State | Color |
|---|---|---|---|
| WHITTIAKER, THOMAS LEE | | | |

| Status | Status Officer | Quantity | Units of Measure | Value |
|---|---|---|---|---|
| STOLEN | (1130) VALDEZ, TONY | 1.00 | | $1.00 |

| Gun Type | Caliber | Finish | Grip | Gun Stock |
|---|---|---|---|---|

| Condition | Gun Test  Test Type ☐ Yes ☑ No | Sight Test  Sight Type ☐ Yes ☑ No |
|---|---|---|

**Property Notes**
Name of: WHITTIAKER, THOMAS LEE

Property Code changed from 66 to 77 by User TVALDEZ 04/01/2020

Exhibit M

# Incident/Investigation Report

**Agency:** KPD   **Case Number:** ▮   **Date:** 05/04/2020 12:22:52

## Notes/Narrative

20-12656
Identity Theft - Report
3600 W 42nd Ave - Residence
Officer Tony Valdez, K37 (1130)
Report Date/Time: 04/01/2020 11:12 Hrs.

Synopsis:
On the reported date and time, the victim called police to report his identity was stolen and three (3) credit cards were open in his name. At this time there are no suspect(s) or leads.

Report:
On Wednesday, April 1, 2020 at 11:12 hours, I was on routine uniformed patrol for the City of Kennewick Police Department which is in Benton County when I was dispatched to an identity theft report by phone.

I called the reporting party and victim, Thomas Whittiaker, who advised that someone had stolen his identity and used his personal information to open at least three credit cards in his name using the address of 3600 W 42nd Ave, Kennewick, WA 99337-2628 and using the phone numbers of (509) 209-8643 for the home and (509) 396-1366 for the cell phone.

Mr. Whittiaker advised he has never lived in Kennedwick, WA and lives in Indiana. Mr. Whittiaker gave me his listed information for this report and advised he did not open these credit cards.

I checked the address of 3600 W 42nd Ave and discovered it was a physical address and two story home in the City of Kennewick and in a newer subdivision.

I searched I/Leads for the phone number of (509) 209-8643 and found no one associated with that number. I completed two unreliable internet searches of this phone number and both times it came back to a phone in Spokane, WA with no other information.

I then searched I/Leads for the phone number of (509) 396-1366 and found no one associated with that number. I also completed two unreliable internet searches of this phone number and both times it came back to a phone in Kennewick, WA with no other information.

At this time, Mr. Whittiaker advised that he did not have any information on the credit cards except one had made an on-line purchase at Fred Meyer Store at https://www.fredmeyer.com/. Mr. Whittiaker advised that he would forward any further documents or information for this report to include any location where the credit cards were used within the City of Kennewick. He would also give this report`s case number to the credit agencies and his attorney.

I contacted the homeowner of 3900 W 42nd Ave and updated them on this case and that their address was used. They did not know anything about the victim or anything strange by mail at their home. He did say that he was a realtor and people have access to his address and last year he was also a victim of credit card identity theft.

Disposition: At this time, there are no suspect(s) or leads. Case Closed pending further information.

Complete.

Officer Tony Valdez, K37 (1130)

_____

Exhibit M

# Incident/Investigation Report

**Agency:** KPD   **Case Number:** ▇▇▇▇▇▇   **Date:** 05/04/2020 12:22:52

OCCURED IN 2017 AND 2018
CALL RP
\*\* LOI search completed at 04/01/20 11:12:02
\*\* Case number KPD2012656 has been assigned for KPD:KPD

Exhibit M

STATE OF INDIANA        )         MARION COUNTY SUPERIOR COURT
                        )ss:
COUNTY OF MARION        )         CASE NO. [redacted]

Re: Your former U.S. Bank National Association account with Absolute Resolutions Investments LLC
Account Number *************9606

## AFFIDAVIT OF FRAUD

I, Thomas Whittaker, being duly sworn, deposes and says:

1. My mailing address is 2260 E 75th St, Indianapolis IN 46240-3102. My primary telephone number is [redacted].

2. The account, account number *************9606, ("the Account") was issued by U.S. Bank National Association in my name.

3. The Account was / ~~was not~~ requested by me (circle one).

4. The following persons had their names listed as users of the Account:

| Name | Address | Telephone number | |
|---|---|---|---|
| Thomas L Whittaker | 3600 W 42nd Ave, Kennewick, WA 99337-2628 | [redacted] | Residential |
| | | [redacted] | Cell |

5. To the best of my knowledge, the funds, items, and/or services provided on the Account or in case of a credit card account, the credit card was/were (Check one):

   ☐  Lost .......................... approximately _____ (Month/Day/Year)

   ☐  Stolen ..................... approximately _____ (Month/Day/Year)

   ☐  Never received

   ☒  Other: _Account established fraudulently_

6. I learned that the Account had been used or opened fraudulently on approximately 09/01/2018 (Month/Day/Year). I reported the fraud on 09/21/2018 (Month/Day/Year) to the issuer and to law enforcement authorities on 04/01/2020 (Month/Day/Year). (Attach copy of Police Report).

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit M

7. The transactions made on this Account were (**check the box next to each true statement**):

    ☑ not made, nor authorized, by me;
    ☐ to the best of my knowledge, not made by any person who was authorized to act on my behalf;

8. I did not receive any benefit from the transactions made on this Account.

9. I do ☐ do not ☑ (**check one**) have any knowledge of the identity of the person(s) responsible for fraudulently making charges on the Account (*If you have such knowledge, please provide this information in the section provided on the last page*).

10. I believe the balance I owe to be $ -0- _____ (*please complete this question if you believe that a part of the balance is due to fraud, but that you remain responsible for part of the balance*)

11. I give my consent to Absolute Resolutions Investments LLC and its successors-in-interests to release any information regarding the Account to any federal, state or local law enforcement agency so that the information maybe used in the investigation and/or prosecution of any person(s) who may be responsible for fraud involving the Account.

---

**PLEASE SIGN BELOW BEFORE A NOTARY PUBLIC AND PROVIDE ADDITIONAL SIGNATURE SAMPLES**

---

Signature: _Thomas L. Whotler_ Date: 04-24-2020

Signature (Second Party, if applicable): DA _____ Date: _____

Subscribed and sworn to before me on this 24 day of April, 2020

_Julie M. Spicer_ (seal) Notary Public

My commission expires: June 26, 2024

JULIE M SPICER
Seal
Notary Public - State of Indiana
Marion County
My Commission Expires Jun 26, 2024

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit M

Please provide five (5) examples of you signature below:

| Signature | Signature (Second Party, if applicable) |
|---|---|
| *Thomas L. Whitaker* | _____ |
| *Thomas L. Whitaker* | _____ |
| *Thomas L. Whitaker* | _____ |
| *Thomas L. Whitaker* | _____ |
| *Thomas L. Whitaker* | _____ |

If you have any knowledge of the identity of the person(s) who fraudulently used the account, please provide any information you have in the space below. If you have filed a police report, please attach a copy of the report, or provide the name of the police station, the phone number, and the case number (if you were given one).

Kennewick, Washington Police Department
Officer Tony Valdez
509-585-4208
Case # ███████████

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit M

# STENGER & STENGER, P.C.

| | | |
|---|---|---|
| PHILLIP S. STENGER<br>ADMITTED IN MI, KY, MN, GA, CO & OH<br>KAY GRIFFITH HAMMOND<br>ADMITTED IN MI<br>JOSEPH M. JAMMAL<br>ADMITTED IN MI, MN, WI, TN & OH<br>AARON S. MURRAY<br>ADMITTED IN IN<br>ANTHONY J. HUSPASKA<br>ADMITTED IN OH<br>KEITH A. SPARKS<br>ADMITTED IN MI, IN, NJ, KY & CO<br>M. KYLE FLOYD<br>ADMITTED IN GA<br>PRESTON U. NATE<br>ADMITTED IN MI<br>ROBERT L. HENGGE<br>ADMITTED IN KY, IN & OH | 2618 EAST PARIS AVE SE<br>GRAND RAPIDS, MICHIGAN 49546<br><br>TOLL FREE (888) 305-7775<br>TELEPHONE (616) 954-2300<br>FACSIMILE (616) 942-9657<br>TTY: 888-520-0466<br><br>OFFICE HOURS:<br>MONDAY-FRIDAY 8:00 AM - 6:00 PM EST | R. GARY MARSCHHAUSEN<br>ADMITTED IN CO<br>PHILLIP A. LAMERE<br>ADMITTED IN IN<br>CHRISTY L ZEPEDA<br>ADMITTED IN TN<br>DAVID B. BOKOR<br>ADMITTED IN OH<br>BRIAN L. GROEN<br>ADMITTED IN MI<br>CRAIG T. FAYE<br>ADMITTED IN MI, NJ, NY, FL<br>THOMAS B. BARBOUR<br>ADMITTED IN IN<br>OF COUNSEL:<br>DENISE M. HALLETT<br>ADMITTED IN IN & IL |

**PLEASE REFER TO OUR FILE NO.** RZ066569

April 13, 2020

Quentin J. Collins
Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian St.
Indianapolis, IN 46204

Re:   Your client's former U.S. Bank National Association/FRED MEYER REWARD account number ************9606
       Current Creditor: Absolute Resolutions Investments LLC
       Name on Account: Thomas Whittaker

Dear Quentin J. Collins:

  Enclosed please find an Affidavit of Fraud that we will need to be completed. In addition, please supply us with a police report that was filed with the local police department.

  Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

**STENGER & STENGER P.C.**

Enclosures

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit M

Page 1

QUENTIN J. COLLINS
CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP
320 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit M



| | |
|---|---|
| Indianapolis Power & Light Company | Account Number |
| P.O. Box 110 Indianapolis, IN 46206-0110 | Due Date: 06/23/2020 |
| IPLpower.com | Amount Due: $14.41 |
| | Page 1 of 1 |

THOMAS L WHITTAKER
2260 E 75TH ST
INDIANAPOLIS IN  46240-3102

### Monthly Account Summary — Billing Date: 06/01/2020

| | |
|---|---:|
| Previous Balance | $23.64 |
| 05/13/2020 Payment - Thank You | -23.64 |
| Metered Electric and Other Services | 13.47 |
| State Tax | 0.94 |
| **Total Account Balance** | **$14.41** |

### Message Center

### Metered Electric and Other Services

Service Address: 5350 N CAPITOL AVE INDIANAPOLIS IN 46208-2605
Service ID: 82662     Next Reading Date: 07/01/20     Rate: RS - Resident/1 Family

#### Meter Reading Detail

| Meter Number | Meter Use | Billing Period From | Billing Period To | Billing Days | Previous | Current | Difference | Multiplier | Usage |
|---|---|---|---|---|---|---|---|---|---|
| 1174500 | P | 04/30/20 | 06/01/20 | 32 | 04840 | 04849 | 00009 | 1 | 9 |

#### Service Charges Summary

| | |
|---|---:|
| Customer Charge | 12.50 |
| Metered Electric Charge | 0.97 |
| State Tax | 0.94 |
| Subtotal | 14.41 |

Emergency "Lights Out" (24/7/365)
317.261.8111

Online Anytime
IPLpower.com

Customer Service
Residential 317.261.8222
Business 317.261.8444

See reverse side for Customer Service hours & telephone numbers, payment options, and electric rate definitions.
▲ Please detach and return only this portion with your check made payable to Indianapolis Power & Light Company. ▲     IPIP_IPL_06022020.txt-16695-000005288



Indianapolis Power & Light Company
P.O. Box 110 Indianapolis, IN 46206-0110
IPLpower.com

| | |
|---|---:|
| Account Number | |
| Amount to be paid by  06/23/2020 | $14.41 |
| Amount to be paid after  06/23/2020 | $15.02 |
| Amount Enclosed | $ _____ |

008348  000005288

THOMAS L WHITTAKER
2260 E 75TH ST
INDIANAPOLIS IN 46240-3102

P.O. Box 110
Indianapolis, IN 46206-0110


2

018  0000019911007  0000015021  0000014415  0000000000  00

**Exhibit M**

Thomas Lee Whittaker

Addresses for past 3+ years:

3742 Haverhill Drive

Indianapolis, IN 46240

February 1994 to June 30, 2017

11821 W Grandview Drive

Columbus, IN 47201

July 1, 2017 to August 10, 2017

Our owned lake house – interim residence after sale of the Haverhill house and awaiting completion of the new home on 75th Street in Indianapolis.

2260 E 75th Street

Indianapolis, IN 46240

August 11, 2017 to present

Exhibit M