072806709-FLT  
Thomas L Whittaker  
2260 75th St  
Indianapolis IN 46240-3102

July 28, 2020

Dear Thomas L Whittaker:

We have received your request concerning blocking of certain information on your Equifax credit file.

Please be advised that Equifax, at this time and pursuant to Section 605B(c) of the Fair Credit Reporting Act, is not blocking the information subject to the submitted Identity Theft Report and/or Police Report you provided as part of your dispute. We are contacting each source directly to verify the information on your behalf. We will also forward a copy of the documents you have provided to each creditor for their review. You should receive the results of the investigation, which may include blocking of the disputed information, within 30 days.

If you disagree with the investigation results you receive, you have several options including:
* Contacting the source, such as a bank, directly and follow their fraud procedures;
* Filing a complaint with the CFPB, your state attorney general or the BBB;
* Providing Equifax with any additional, relevant information to support your claims, especially documentation from creditors showing an account does not belong to you.

As a reminder, it may take up to 30 days to complete your dispute.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

CFL6709-IOA-072806709- 2690 - 14205 A N

Exhibit N