072904996-FLT
THOMAS L WHITTAKER
2260 E 75TH ST
INDIANAPOLIS IN 46240-3102

July 29, 2020

Dear Consumer:

As you requested, we successfully added an extended fraud alert on your Equifax credit file. This alert will remain on your Equifax credit file for seven years. In addition, your name has been removed from promotional credit offers for five years.

To eliminate the need for you to also contact Experian and TransUnion, we are forwarding your extended fraud alert request to them on your behalf. If you do not receive notification from Experian and TransUnion confirming receipt of the request, please use the information below to contact them directly:

* TransUnion LLC, P.O. Box 2000, Chester, PA 19016, (800) 680-7289 or www.transunion.com
* Experian, P.O. Box 9554, Allen, TX 75013, (888) 397-3742 or www.experian.com

We recognize that fraud issues can be unsettling, so having as much detailed information as possible about your credit file is important. Since you have placed an extended fraud alert with us, you may request **two free copies** of your Equifax credit file during the 12-month period beginning with the date of this letter. Contact us by either visiting www.equifax.com/fcra, calling **1-800-685-1111** and using the automated ordering system, or **submitting your request in writing to**:

Equifax Information Services LLC
P.O. Box 740241
Atlanta, GA 30374

Note these free copies of your credit file are in addition to any other free requests you are entitled to, including your annual free credit report.

Thank you for the opportunity to assist you.

Equifax Information Services LLC

FLT004996-IVR-072904996- 3219 - 3461 A S

Exhibit O