January 21, 2020

Experian
NCAC
P.O. Box 2002
Allen, Texas 75013

Re:   Consumer Name: Thomas L. Whittaker
      Home Address: 2260 E. 75th St. Indianapolis, IN 46240
      SSN:
      My Date of Birth:
      Credit Report No./OR Date of Credit Report: 3025-0551-80 dated 09/23/2018

To Whom It May Concern:

Your company provided me with a consumer credit report with the above number. I identified several derogatory items which were being misreported and that are harming my credit rating. Some of the items are not correct. Please immediately review the following incorrect account information, make the requested corrections, and then **send me a copy of the corrected consumer credit report including the pay history for each entry.**

**Incorrect Furnisher Account Information**

1) **Furnisher Name/Address**: Bank of America
   **Furnisher Acct. No.:**
   **Opened: Jan. 2018**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This identity theft has been reported to the Indianapolis Metropolitan Police Department.   **Please delete this tradeline immediately**.

2) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.:**
   **Opened: Oct. 2017**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This identity theft has been reported to the Indianapolis Metropolitan Police Department. This account was also disputed to US Bank directly.   **Please delete this tradeline immediately**.

3) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.:**
   **Opened: Oct. 2017**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This identity

Exhibit P

theft has been reported to the Indianapolis Metropolitan Police Department.  This account was also disputed to US Bank directly.  **Please delete this tradeline immediately**.

**Incorrect Inquiries Shared With Others**

1) **Entity Requesting Inquiry:** Bank of America
   **Requested On:** 01/30/2018
   **Reason:** Unspecified

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department.  **Please remove this inquiry from my credit report immediately.**

**Incorrect Inquiries Shared Only With Me**

1) **Entity Requesting Inquiry:** Bank of America
   **Requested On:** 09/05/2018

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department.  **Please remove this inquiry from my credit report immediately.**

2) **Entity Requesting Inquiry:** Credit One Bank
   **Requested On:** 08/28/2018; 08/01/2018; 06/26/2018

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department.  **Please remove this inquiry from my credit report immediately.**

3) **Entity Requesting Inquiry:** All Tran Financial LP
   **Requested On:** 08/09/2018

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department.  **Please remove this inquiry from my credit report immediately.**

4) **Entity Requesting Inquiry:** US Bank – Recovery
   **Requested On:** 07/24/2018

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department.  **Please remove this inquiry from my credit report immediately.**

Exhibit P

5) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 03/22/2018**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

6) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 03/22/2018** (There were two requests on this date)

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

7) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 01/30/2018**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

8) **Entity Requesting Inquiry:** CIC Experian Consumer SE
   **Requested On: 09/08/2017**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

**Inaccurate Personal Information**

1) The following address is incorrect—I have never lived at this address. I have never lived in Washington State. **Please remove this address from my credit report.**

   3600 W. 42nd Ave.
   Kennewick, WA 99337-2628

2) The following name information is incorrect—the attending name identification numbers are not affiliated with me or my personal information in any way. **Please remove the following names and name identification numbers from my credit report.**

   Thomas L Whittaker (Name identification number: 7425)

   Thomas Whittaker (Name identification number: 2569

Exhibit P

3) The following telephone numbers are incorrect—these numbers do not belong to me and they have never belonged to me before. **Please remove these telephone numbers from my credit report.**

>  509 209 8643 (Residential)
>  509 396 1366 (Cellular)

4) The following former or current employers are incorrect—I do not work for these employers and I have never worked for these employers before. **Please remove these employers from my credit report. Please update my information to show my current employer, <u>Indiana University Health</u>.**

>  Kennewick General Hospital
>  Cary School District

Thank you and I look forward to your immediate reply.

>  Sincerely,
>
>  *Thomas L. Whittaker*
>
>  Thomas L. Whittaker

Exhibit P