

# THOMAS L WHITTAKER
## Your Credit Report
Report # **0108-3877-55** for **02/02/20**

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record.

We were notified by one or more of the nationwide consumer credit reporting companies that you recently reported to them that you believe information in your credit report is inaccurate due to fraud.

To assist you in protecting your privacy, we have added a temporary Initial Security Alert to your Experian credit file (or updated your alert if you had already added one). The alert, which will expire after 12 months from 02/02/2020, notifies credit grantors to verify your identification in case someone is attempting to use your information without your consent. To further protect your credit information, we removed your name from prescreened offer mailing lists for six months.

Please take some time to review your credit report. Look for:

- Account information
- Names and addresses
- Requests for your credit history
- Or any other information that may appear on your report as a result of fraudulent activity

Be sure to notify us that the information is not yours due to fraud if you believe it appears on your report as a result of suspected identity theft activity.

The fastest and easiest way to dispute most information that you disagree with is by creating your member login at experian.com/disputes. Keep track of any changes and dispute notifications online. You can also call with disputes or questions at 800 509 8495, M - F 9am - 5pm in your time zone, or submit your dispute in writing by mailing to Experian, Consumer Fraud Assistance, P.O. Box 9554, Allen TX 75013. Be advised that written information or documents you provide with respect to your disputes may be shared with all creditors with which you are disputing.

## Payment History Legend

| Code | Meaning | Code | Meaning | Code | Meaning | Code | Meaning |
|---|---|---|---|---|---|---|---|
| OK | Current | 150 | Account 150 days past due | VS | Voluntarily surrendered | D | Defaulted on contract |
| 30 | Account 30 days past due | 180 | Account 180 days past due | R | Repossession | C | Collection |
| 60 | Account 60 days past due | CRD | Creditor received deed | PBC | Paid by creditor | CO | Charge off |
| 90 | Account 90 days past due | FS | Foreclosure proceedings started | EC | Insurance claim | CLS | Closed |
| 120 | Account 120 days past due | F | Foreclosed | G | Claim filed with government | ND | No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information
By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

Exhibit Q

**THOMAS L WHITTAKER** | Report # 0108-3877-55 for 02/02/20



### Personal statements you've asked us to include
You've given us the following statement to include every time a company asks us for your credit report:

"FILE FROZEN DUE TO FEDERAL LEGISLATION."

### Your accounts that may be considered negative
The most common items in this section are late payments, accounts that have been charged off or sent to collection, and bankruptcies. It also may contain items that are not necessarily negative, but that a potential creditor might want to review more closely, such as an account that has been settled or transferred. This information is generally removed seven years from the initial missed payment that led to the delinquency. Missed payments may remain on the credit report for up to seven years. Chapters 7, 11 and 12 bankruptcies may remain on the credit report for up to 10 years. Transferred accounts that have not been past due remain up to 10 years after the date the account was transferred.

## Credit items

**BANK OF AMERICA** Partial Acct # [REDACTED]   PO BOX 982238 EL PASO TX 79998 (800) 421-2110

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Jan 2018 | Feb 2018 | $1,796 as of Jan 2020 | |
| **Address ID #** | **Terms** | **Status** | |
| 0098281099 | Not reported | Account charged off. | |
| **Type** | **Monthly payment** | $1,796 written off. $1,796 | |
| Credit card | Not reported | past due as of Jan 2020. | |
| **Responsibility** | **Credit limit or original amount** | This account is scheduled to continue on record until Mar 2025. | |
| Individual | $8,000 | | |
| | **High balance** | **Comment** | |
| | $6,367 | Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act). | |
| | | **Comment:** Account closed at credit grantor's request. | |
| | | **Date of Status** Dec 2018 | |

Payment history:
- 2020: Jan CO
- 2019: Jan CO, Feb CO, Mar CO, Apr CO, May CO, Jun CO, Jul CO, Aug CO, Sep CO, Oct CO, Nov CO, Dec CO
- 2018: Feb OK, Mar OK, Apr OK, May OK, Jun 30, Jul 60, Aug 90, Sep 120, Oct 150, Nov 180, Dec CO

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 | 1,796 |
| DPR | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 25 | 55 |

| | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 1,758 | 1,720 | 1,682 | 1,644 | 1,606 | 1,581 | 5,058 | 0 |
| DPR | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar29 | Mar21 | ND |
| SPA ($) | 55 | 54 | 54 | 54 | 40 | 25 | 63 | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

Between Feb 2018 and Dec 2019, your credit limit/high balance was $8,000.

**US BANK** Partial Acct # [REDACTED]   425 WALNUT ST FL 7 CINCINNATI OH 45202 (844) 624-8230

| Date opened | First reported | Recent balance | Payment history |
|---|---|---|---|
| Oct 2017 | Jul 2018 | $2,887 as of Jan 2020 | |
| **Address ID #** | **Terms** | **Status** | |
| 0098281098 | Not reported | Account charged off. | |
| **Type** | **Monthly payment** | $2,495 written off. $2,887 | |
| Line of Credit | Not reported | past due as of Jan 2020. | |
| **Responsibility** | **Credit limit or original amount** | This account is scheduled to continue on record until Aug 2024. | |
| Individual | Not reported | | |
| | **High balance** | **Date of Status** | |
| | $2,887 | Jul 2018 | |

Payment history:
- 2020: Jan CO
- 2019: Jan CO, Feb CO, Mar CO, Apr CO, May CO, Jun CO, Jul CO, Aug CO, Sep CO, Oct CO, Nov CO, Dec CO
- 2018: Jul CO, Aug CO, Sep CO, Oct CO, Nov CO, Dec CO

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 | 2,887 |
| DPR | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 |
| SPA ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | 0 |

| | Sep18 | Aug18 | May18 | Apr18 | Mar18 | Feb18 |
|---|---|---|---|---|---|---|
| AB ($) | 2,887 | 2,887 | ND | 2,852 | 2,788 | 2,721 |
| DPR | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 | Nov30 |

0006900503

Exhibit Q

**THOMAS L WHITTAKER** | Report # 0108-3877-55 for 02/02/20

| | | | | | | |
|---|---|---|---|---|---|---|
| SPA ($) | ND | ND | ND | 89 | 66 | 92 |
| AAP ($) | ND | ND | ND | ND | ND | ND |

Between Oct 2018 and Dec 2019, your credit limit/high balance was $0     Between Feb 2018 and Sep 2018, your credit limit/high balance was $2,500

## Your accounts in good standing
These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

### AMERICAN EXPRESS Partial Acct # ███████████ PO BOX 981537 EL PASO TX 79998 (800) 874-2717

| | | | |
|---|---|---|---|
| **Date opened** Aug 1997 | **Responsibility** Individual | **Monthly payment** $39 | **Recent balance** $1,180 as of Jan 2020 |
| **Address ID #** 0098281098 | **First reported** Jun 2011 | **Credit limit or original amount** $19,400 | **Status** Open/Never late. |
| **Type** Credit card | **Terms** Not reported | **High balance** $4,141 | **Date of Status** Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 217 | 1,682 | 560 | 2,068 | 1,024 | 1,726 | 1,968 | 1,181 | 1,014 | 1,604 | 985 | 1,287 | 938 | 2,717 | 2,834 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | 39 | 39 | 39 | 69 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 938 | 1,830 | 852 | 1,508 | 799 | 1,200 | 889 | 1,097 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | 35 | 35 | ND | ND | ND | ND | ND | ND |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

Between Feb 2018 and Dec 2019, your credit limit/high balance was $19,400

### CAPITAL ONE Partial Acct # ███████████ PO BOX 30285 SALT LAKE CITY UT 84130 (800) 227-4825

| | | | |
|---|---|---|---|
| **Date opened** Mar 2012 | **Responsibility** Authorized user | **Monthly payment** $181 | **Recent balance** $18,185 as of Jan 2020 |
| **Address ID #** 0098281098 | **First reported** May 2012 | **Credit limit or original amount** $45,000 | **Status** Open/Never late. |
| **Type** Credit Card | **Terms** Not reported | **High balance** $24,710 | **Date of Status** Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 10,781 | 14,836 | 13,674 | 11,339 | 12,593 | 5,413 | 16,217 | 8,698 | 19,115 | 13,812 | 8,079 | 11,619 | 12,221 | 6,708 | 11,441 |
| DPR | Nov20 | Nov07 | Oct04 | Sep05 | Aug07 | Jul09 | Jun06 | May03 | Mar20 | Feb21 | Jan26 | Jan02 | Nov17 | Oct18 | Sep25 |
| SPA ($) | 107 | 148 | 136 | 113 | 125 | 54 | 162 | 86 | 191 | 138 | 80 | 116 | 122 | 67 | 114 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Sep18 | Aug18 | Jul18 | Jun18 | May18 | Apr18 | Mar18 | Feb18 |
|---|---|---|---|---|---|---|---|---|
| AB ($) | 15,057 | 5,100 | 5,761 | 20,234 | 13,416 | 9,225 | 4,402 | 4,161 |
| DPR | Aug16 | Aug02 | Jun20 | Jun05 | Apr17 | Mar20 | Feb21 | Jan26 |
| SPA ($) | 150 | 51 | 57 | 202 | 134 | 92 | 44 | 41 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND |

Between Feb 2018 and Dec 2019, your credit limit/high balance was $45,000

### JPMCB CARD Partial Acct # ███████████ PO BOX 15369 WILMINGTON DE 19850 (800) 945-2000

| | | | |
|---|---|---|---|
| **Date opened** Feb 1995 | **Responsibility** Joint with ANN D ZERR | **Monthly payment** Not reported | **Recent balance** Not reported |
| **Address ID #** 0098283339 | **First reported** Jul 2000 | **Credit limit or original amount** $48,700 | **Status** Paid, Closed/Never late. This account is scheduled to continue on record until Aug 2024. |
| **Type** Credit Card | **Terms** Not reported | **High balance** $20,810 | **Comment** Account closed at consumer's request. **Date of Status** Aug 2014 |

### MACYS/DSNB Partial Acct # ███████████ PO BOX 8218 MASON OH 45040 (800) 243-6552

| | | | |
|---|---|---|---|
| **Date opened** Jan 2015 | **Responsibility** Individual | **Monthly payment** $27 | **Recent balance** $0 /paid as of Jan 2020 |
| **Address ID #** 0098281098 | **First reported** Jan 2015 | **Credit limit or original amount** $100 | **Status** Open/Never late. |
| **Type** Charge Card | **Terms** Not reported | **High balance** $321 | **Date of Status** Jan 2020 |

### NORDSTROM/TD BANK USA Partial Acct # ███████████ 13531 E CALEY AVE ENGLEWOOD CO 80111 No phone # available

Exhibit Q

**THOMAS L WHITTAKER** | Report # 0108-3877-55 for 02/02/20

| Date opened | Responsibility | Monthly payment | Recent balance |
|---|---|---|---|
| Jul 2017 | Individual | $38 | $0 /paid as of Jan 2020 |
| **Address ID #** | **First reported** | **Credit limit or original amount** | **Status** |
| 0098281098 | Jul 2017 | $1,000 | Open/Never late. |
| **Type** | **Terms** | **High balance** | **Date of Status** |
| Credit card | Not reported | $128 | Jan 2020 |

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 |
| SPA ($) | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | **Sep18** | **Aug18** | **Jul18** | **Jun18** | **May18** | **Apr18** | **Mar18** | **Feb18** | | | | | | | |
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | | | | | | |
| DPR | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | | | | | | | |
| SPA ($) | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | | |

Between Jun 2019 and Dec 2019, your credit limit/high balance was $1,000    Between Feb 2018 and May 2019, your credit limit/high balance was $7,500

## Record of requests for your credit history

We make your credit history available to your current and prospective creditors and employers as allowed by law. Experian may list these inquiries for up to two years.

### CREDIT APPLICATIONS/HARD INQUIRIES

Hard inquiries are requests for your consumer information based on an action or process initiated by you generally related to a credit or other monetary obligation, such as when you apply for credit, rental property, or utility service, or default on a loan causing it to be sent to a collection agency. Hard inquiries are displayed to companies that receive your consumer report and may stay on your report at least two years.

**BK OF AMER** PO BOX 982238 EL PASO TX 79998 (800) 432 1000 **Address ID #:** 0205551623 **Date** 01/30/18 **Reason** Unspecified. This inquiry is scheduled to continue on record until Feb 2020.

### CONSUMER REPORT VIEWS/SOFT INQUIRIES

Soft inquiries are usually initiated by others, like companies making promotional offers of credit or your lender conducting periodic reviews of your existing credit accounts. Soft inquiries do not impact your credit score.

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 252 8809 **Date:** 01/24/20; 01/10/20; 12/27/19; 12/13/19; 11/29/19; 11/15/19; 11/01/19; 10/18/19; 10/04/19; 09/20/19; 09/06/19; 08/23/19; 08/09/19; 07/26/19; 07/12/19; 06/28/19; 06/14/19; 05/31/19; 05/17/19; 05/03/19; 04/19/19; 04/05/19

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **Date:** 01/16/20; 12/16/19; 12/10/19; 11/16/19; 11/12/19; 10/24/19; 10/13/19; 09/16/19; 09/08/19; 08/16/19; 07/17/19; 06/22/19; 06/16/19; 05/19/19; 05/01/19; 04/17/19; 03/16/19; 02/16/19; 12/29/18; 12/16/18; 12/10/18; 11/16/18; 10/30/18; 10/21/18; 10/13/18; 09/29/18; 09/23/18; 09/17/18; 08/29/18; 07/29/18; 07/03/18; 06/30/18; 06/16/18; 06/05/18; 05/16/18; 05/08/18; 05/02/18; 04/19/18; 04/05/18; 04/03/18; 03/29/18; 03/05/18; 03/04/18; 03/02/18; 02/10/18; 02/09/18

**AMERICAN EXPRESS 2** PO BOX 981537 EL PASO TX 79998 (800) 874 2717 **Date:** 01/12/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **Date:** 01/06/20; 01/05/20

**NORDSTROM INC** 13531 E CALEY AVE ENGLEWOOD CO 80111 (800) 964 1800 **Date:** 01/06/20; 10/01/18

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 673 0140 **Date:** 01/05/20

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **Date:** 01/05/20

**TD BANK USA NA/NORDSTROM** 13531 E CALEY AVE CENTENNIAL CO 80111 (856) 751 2739 **Date:** 12/30/19

**THROUGH COUNTRY DOOR/DMS** 1112 7TH AVE MONROE WI 53566 (800) 341 9477 **Date:** 12/13/19

**BK OF AMER** PO BOX 982238 EL PASO TX 79998 (800) 421 2110 **Date:** 11/18/19

**LEXISNEXIS/INS/P&C** 1000 ALDERMAN DR ALPHARETTA GA 30005 (866) 323 0932 On behalf of AMERICAN MODERN INSURANC for Insurance underwriting **Date:** 10/28/19; 04/12/18

**CITI COMMERCE SOLUTIONS** 541 SID MARTIN RD GRAY TN 37615 (800) 331 3703 **Date:** 09/11/19

**EXPERIAN CREDITMATCH** 475 ANTON BLVD COSTA MESA CA 92626 No phone # available **Date:** 08/17/19; 01/16/19

**EXPERIAN** 475 ANTON BLVD COSTA MESA CA 92626 (866) 431 3471 **Date:** 03/24/19; 03/10/19; 02/24/19; 02/10/19; 01/27/19; 01/16/19; 01/13/19; 12/30/18; 12/16/18; 12/02/18; 11/18/18; 11/04/18; 10/21/18; 10/07/18; 09/23/18; 09/09/18; 08/26/18; 08/12/18; 07/29/18; 07/15/18; 07/01/18; 06/17/18; 06/03/18; 06/02/18; 05/19/18; 05/05/18; 04/21/18; 04/07/18; 03/24/18; 03/10/18; 02/23/18; 02/09/18; 01/26/18; 01/12/18

**EXPERIAN** PO BOX 2002 ALLEN TX 75013 (888) 397 3742 **Date:** 09/23/18

**CREDIT ONE BANK** PO BOX 98875 LAS VEGAS NV 89193 (877) 825 3242 **Date:** 08/28/18; 08/01/18; 06/26/18

**CAPITAL ONE** PO BOX 30281 SALT LAKE CITY UT 84130 (804) 967 1000 **Date:** 08/25/18; 08/18/18; 08/14/18; 08/04/18; 07/28/18; 07/24/18; 07/14/18; 07/07/18

**ALLTRAN FINANCIAL LP** 5800 N COURSE DR HOUSTON TX 77072 No phone # available **Date:** 08/09/18

**US BANK - RECOVERY** 9321 OLIVE BLVD SAINT LOUIS MO 63132 (314) 996 0560 **Date:** 07/24/18

**CAPITAL ONE** PO BOX 30281 SALT LAKE CITY UT 84130 (804) 967 1000 **Date:** 07/07/18

**BK OF AMER** 9000 SOUTHSIDE BLVD BLDG 600 JACKSONVILLE FL 32256 (904) 475 4927 **Date:** 03/26/18

**BK OF AMER** 1000 SAMOSET DR NEWARK DE 19713 No phone # available **Date:** 03/22/18

0006900503                                                                                                                                                              page 6 of 10



Exhibit Q

**THOMAS L WHITTAKER** | Report # **0108-3877-55** for **02/02/20**

| | |
|---|---|
| BK OF AMER PO BOX 25118 TAMPA FL 33622 (800) 432 1000 | Date: 03/22/18 |
| US BANK CARD SERVICES PO BOX 108 SAINT LOUIS MO 63166 No phone # available | Date: 03/08/18 |
| DISCOVER FINANCIAL SVCS PO BOX 15157 WILMINGTON DE 19850 (800) 347 2683 | Date: 02/23/18; 02/09/18 |
| CITI CARDS PO BOX 6241 SIOUX FALLS SD 57117 (800) 950 5114 | Date: 02/09/18 |
| DISCOVER FINANCIAL SVCS PO BOX 15157 WILMINGTON DE 19850 (800) 347 2683 | Date: 02/09/18 |
| BANK OF AMERICA PO BOX 982238 EL PASO TX 79998 (800) 421 2110 | Date: 01/30/18 |
| BK OF AMER PO BOX 982238 EL PASO TX 79998 (800) 421 2110 | Date: 01/30/18 |

### Personal information

The following information is reported to us by you, your creditors and/or other sources. Each source may report your personal information differently, which may result in variations of your name, address, Social Security number, etc. As part of our fraud protection efforts, a notice with additional information may appear. These listings do not affect your credit score. Only the last four digits of each reported SSN variation are displayed.

### Names

THOMAS L WHITTAKER Name ID #: 7425
THOMAS LEE WHITTAKER Name ID #: 31393
THOMAS WHITTAKER Name ID #: 2569

### Addresses

2260 E 75TH ST INDIANAPOLIS IN 46240-3102 Type: Single family Geo Code: 0-32060010-97-3480 Address ID #: 0098281098
2270 E 75TH ST INDIANAPOLIS IN 46240-3102 Type: Single family Geo Code: 0-32060010-97-3480 Address ID #: 0098281099
3600 W 42ND AVE KENNEWICK WA 99337-2628 Type: Single family Geo Code: 0-1150230- 5-6740 Address ID #: 0205551623
3742 HAVERHILL DR INDIANAPOLIS IN 46240-3680 Type: Single family Geo Code: 0-32030110-97-3480 Address ID #: 0098283339
6128 HAVERFORD AVE INDIANAPOLIS IN 46220-2010 Type: Single family Geo Code: 0-32130030-97-3480 Address ID #: 0098004877
4531 CANDLETREE CIR INDIANAPOLIS IN 46254-5413 Type: Multifamily Geo Code: 0-31030410-97-3480 Address ID #: 0098344710

### Social Security number variations None

### Year of birth ▮▮▮▮

### Telephone numbers 317 948 1900 Residential; 509 209 8643 Residential; 509 396 1366 Cellular

### Former or current employers KENNEWICK GENERAL HOSPITAL; ONCOLOGY HEMATOLOG INDIANAPOLIS IN; CARY SCHL DIST

### Notices This address has pertained to a business: 2260 E 75TH ST INDIANAPOLIS IN 46240.; GENERAL BUILDING CONTRACTOR: 2260 E 75TH ST, INDIANAPOLIS, IN, 46240.

## A Summary of Your Rights under the Fair Credit Reporting Act

*Para informacion en espanol, visite www.consumerfinance.gov/learnmore o escribe a la Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.*

The federal Fair Credit Reporting Act (FCRA) promotes the accuracy, fairness, and privacy of information in the files of consumer reporting agencies. There are many types of consumer reporting agencies, including credit bureaus and specialty agencies (such as agencies that sell information about check writing histories, medical records, and rental history records). Here is a summary of your major rights under the FCRA. **For more information, including information about additional rights, go to www.consumerfinance.gov/learnmore or write to: Consumer Financial Protection Bureau, 1700 G Street N.W., Washington, D.C. 20552.**

- **You must be told if information in your file has been used against you.** Anyone who uses a credit report or another type of consumer report to deny your application for credit, insurance, or employment - or to take another adverse action against you - must tell you, and must give you the name, address, and phone number of the agency that provided the information.

- **You have the right to know what is in your file.** You may request and obtain all the information about you in the files of a consumer reporting agency (your "file disclosure"). You will be required to provide proper identification, which may include your Social Security number. In many cases, the disclosure will be free. You are entitled to a free file disclosure if: a person has taken adverse action against you because of information in your credit report, you are the victim of identity theft and place a fraud alert in your file, your file contains inaccurate information as a result of fraud, you are on public assistance, you are unemployed but expect to apply for employment within 60 days. In addition, all consumers are entitled to one free disclosure every 12 months upon request from each nationwide credit bureau and from nationwide specialty consumer reporting agencies. See www.consumerfinance.gov/learnmore for additional information.

- **You have the right to ask for a credit score.** Credit scores are numerical summaries of your creditworthiness based on information from credit bureaus. You may request a credit score from consumer reporting agencies that create scores or distribute scores used in residential real property loans, but you will have to pay for it. In some mortgage transactions, you will receive credit score information for free from the mortgage lender.

- **You have the right to dispute incomplete or inaccurate information.** If you identify information in your file that is incomplete or inaccurate, and report it to the consumer reporting agency, the agency must investigate unless your dispute is frivolous. See www.consumerfinance.gov/learnmore for an explanation of dispute procedures.

- **Consumer reporting agencies must correct or delete inaccurate, incomplete, or unverifiable information.** Inaccurate, incomplete or unverifiable information must be removed or corrected, usually within 30 days. However, a consumer reporting agency may continue to

Exhibit Q

**THOMAS L WHITTAKER** | Report # 0108-3877-55 for 02/02/20

report information it has verified as accurate.

- **Consumer reporting agencies may not report outdated negative information.** In most cases, a consumer reporting agency may not report negative information that is more than seven years old, or bankruptcies that are more than 10 years old.
- **Access to your file is limited.** A consumer reporting agency may provide information about you only to people with a valid need -- usually to consider an application with a creditor, insurer, employer, landlord, or other business. The FCRA specifies those with a valid need for access.
- **You must give your consent for reports to be provided to employers.** A consumer reporting agency may not give out information about you to your employer, or a potential employer, without your written consent given to the employer. Written consent generally is not required in the trucking industry. For more information, go to www.consumerfinance.gov/learnmore.
- **You may limit "prescreened" offers of credit and insurance you get based on information in your credit report.** Unsolicited "prescreened" offers for credit and insurance must include a toll-free phone number you can call if you choose to remove your name and address from the lists these offers are based on. You may opt-out with the nationwide credit bureaus at 1 888 5OPTOUT (1 888 567 8688).
- **The following FCRA right applies with respect to nationwide consumer reporting agencies:**

CONSUMERS HAVE THE RIGHT TO OBTAIN A SECURITY FREEZE

You have a right to place a 'security freeze' on your credit report, which will prohibit a consumer reporting agency from releasing information in your credit report without your express authorization. The security freeze is designed to prevent credit, loans, and services from being approved in your name without your consent. However, you should be aware that using a security freeze to take control over who gets access to the personal and financial information in your credit report may delay, interfere with, or prohibit the timely approval of any subsequent request or application you make regarding a new loan, credit, mortgage, or any other account involving the extension of credit.

As an alternative to a security freeze, you have the right to place an initial or extended fraud alert on your credit file at no cost. An initial fraud alert is a 1-year alert that is placed on a consumer's credit file. Upon seeing a fraud alert display on a consumer's credit file, a business is required to take steps to verify the consumer's identity before extending new credit. If you are a victim of identity theft, you are entitled to an extended fraud alert, which is a fraud alert lasting 7 years.

A security freeze does not apply to a person or entity, or its affiliates, or collection agencies acting on behalf of the person or entity, with which you have an existing account that requests information in your credit report for the purposes of reviewing or collecting the account. Reviewing the account includes activities related to account maintenance, monitoring, credit line increases, and account upgrades and enhancements.

- **You may seek damages from violators.** If a consumer reporting agency, or, in some cases, a user of consumer reports or a furnisher of information to a consumer reporting agency violates the FCRA, you may be able to sue in state or federal court.
- **Identity theft victims and active duty military personnel have additional rights.** For more Information, visit www.consumerfinance.gov/learnmore.

| TYPE OF BUSINESS: | CONTACT: |
|---|---|
| 1.a. Banks, savings associations, and credit unions with total assets of over $10 billion and their affiliates<br>b. Such affiliates that are not banks, savings associations, or credit unions also should list, in addition to the CFPB: | a. Consumer Financial Protection Bureau 1700 G St, NW Washington, DC 20552<br>b. Federal Trade Commission Consumer Response Center 600 Pennsylvania Ave, NW Washington, DC 20580 (877) 382-4357 |
| 2. To the extent not included in item 1 above:<br>a. National banks, federal savings associations, and federal branches and federal agencies of foreign banks<br>b. State member banks, branches and agencies of foreign banks (other than federal branches, federal agencies, and Insured State Branches of Foreign Banks), commercial lending companies owned or controlled by foreign banks, and organizations operating under section 25 or 25A of the Federal Reserve Act.<br>c. Nonmember Insured Banks, Insured State Branches of Foreign Banks, and insured state savings associations<br>d. Federal Credit Unions | a. Office of the Comptroller of the Currency Customer Assistance Group 1301 McKinney St, Suite 3450 Houston, TX 77010-9050<br>b. Federal Reserve Consumer Help Center P.O. Box 1200 Minneapolis, MN 55480<br>c. FDIC Consumer Response Center 1100 Walnut St, Box #11 Kansas City, MO 64106<br>d. National Credit Union Administration Office of Consumer Financial Protection (OCFP) Division of Consumer Compliance Policy and Outreach 1775 Duke St. Alexandria, VA 22314 |
| 3. Air carriers | Asst. General Counsel for Aviation Enforcement & Proceedings Aviation Consumer Protection Division, Department of Transportation 1200 New Jersey Ave, SE Washington, DC 20590 |
| 4. Creditors Subject to the Surface Transportation Board | Office of Proceedings, Surface Transportation Board Department of Transportation 395 E St, S.W. Washington, DC 20423 |
| 5. Creditors Subject to the Packers and Stockyards Act, 1921 | Nearest Packers and Stockyards Administration area supervisor |

0006900503

page 8 of 10


Exhibit Q

Exhibit Q

THOMAS L WHITTAKER | Report # **0108-3877-55** for **02/02/20**



THIS PAGE INTENTIONALLY LEFT BLANK

0006900503

page 10 of 10

Exhibit Q