April 3, 2020

Experian
NCAC
P.O. Box 2002
Allen, Texas 75013

Re:     Consumer Name: Thomas L. Whittaker
        Home Address:  2260 E. 75th St. Indianapolis, IN 46240
        SSN: █████████
        My Date of Birth: ████████
        Credit Report No./OR Date of Credit Report: 0108-3877055 dated 02/02/2020

To Whom It May Concern:

Please immediately review the following incorrect account information, make the requested corrections, and then send me a copy of the corrected consumer credit report including the pay history for each entry. I am the victim of identity theft. **This has been reported to Officer Tony Valdez and the Kennewick Washington Police Department (Case No. 20-12656) (Ph. (509) 585 – 4208). This has also been reported to the FTC (Ref. No. 117200750).**

**Incorrect Furnisher Account Information**

1) **Furnisher Name/Address**: Bank of America
   **Furnisher Acct. No.**: ████████████
   **Opened: Jan. 2018**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. **Please delete this tradeline immediately**.

2) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.**: ████████████
   **Opened: Oct. 2017**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This account was also disputed to US Bank directly. **Please delete this tradeline immediately**.

3) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.**: █████████
   **Opened: Oct. 2017**

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This account was also disputed to US Bank directly. **Please delete this tradeline immediately**.

Exhibit R

**Incorrect Inquiries Shared With Others**

1) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 01/30/2018**
   **Reason:** Unspecified

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

**Incorrect Inquiries Shared Only With Me**

1) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 09/05/2018**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries.. **Please remove this inquiry from my credit report immediately.**

2) **Entity Requesting Inquiry:** Credit One Bank
   **Requested On: 08/28/2018; 08/01/2018; 06/26/2018**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

3) **Entity Requesting Inquiry:** All Tran Financial LP
   **Requested On: 08/09/2018**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

4) **Entity Requesting Inquiry:** US Bank – Recovery
   **Requested On: 07/24/2018**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

5) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 03/22/2018**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

6) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 03/22/2018** (There were two requests on this date)

Exhibit R

This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

7) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 01/30/2018**

This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

8) **Entity Requesting Inquiry:** CIC Experian Consumer SE
   **Requested On: 09/08/2017**

This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

**Inaccurate Personal Information**

1) The following address is incorrect—I have never lived at this address. I have never lived in Washington State. **Please remove this address from my credit report.**

   > 3600 W. 42nd Ave.
   > Kennewick, WA 99337-2628

2) The following name information is incorrect—the attending name identification numbers are not affiliated with me or my personal information in any way. **Please remove the following names and name identification numbers from my credit report.**

   > Thomas L Whittaker (Name identification number: 

   > Thomas Whittaker (Name identification number: 

3) The following telephone numbers are incorrect—these numbers do not belong to me and they have never belonged to me before. **Please remove these telephone numbers from my credit report.**

   > 509 209 8643 (Residential)
   > 509 396 1366 (Cellular)

4) The following former or current employers are incorrect—I do not work for these employers and I have never worked for these employers before. **Please remove these employers from my credit report. Please update my information to show my current employer, <u>Indiana University Health</u>.**

   > Kennewick General Hospital

Exhibit R

Cary School District

Thank you and I look forward to your immediate reply.

Sincerely,

Thomas L. Whittaker

Thomas L. Whittaker

Exhibit R