PO Box 9701
Allen, TX 75013



0009831  01 MB 0.436  **AUTO  T6 0 7183 46240-310260  -C01-P09840-I
THOMAS LEE WHITTAKER
2260 E 75TH ST
INDIANAPOLIS IN  46240-3102



## THOMAS LEE WHITTAKER
### Dispute Results

Report # 0661-5997-51 for 07/31/20

Our reinvestigation of the dispute(s) and/or other request(s) you recently submitted is now complete. If an item you disputed is not in the list of results below, it was either not appearing in your credit file or it already reflected the requested status at the time of our reinvestigation.

OTHER ITEMS DISPUTED ARE NOT CURRENTLY DISPLAYING ON YOUR PERSONAL CREDIT REPORT:-

By federal law, your personal credit report must list all organizations that have requested your credit history. In accordance with the Fair Credit Reporting Act, entities who have certified to Experian that they have a permissible purpose may inquire about credit information. For example, organizations that have granted you credit or with whom you have applied for credit, or entities collecting on transactions that you initiated or on judgments rendered against you, are permitted to make inquiries on your credit report. Requests for your credit history remain on the personal credit report for at least two years.

Inquiries from credit grantors who request your credit information as part of your application for credit will display under the heading "Inquiries shared with others" on your personal credit report. These inquiries display on your credit report when it is accessed by others with a permissible purpose. These inquiries may affect your credit score.

Other inquiries for your credit information are considered "soft" inquiries and do not affect your credit score. Some examples are: your current creditors to monitor your accounts; other creditors who want to offer you preapproved credit; an employer who wishes to extend an offer of employment; a potential investor assessing the risk of a current credit obligation; an end user to complete your mortgage loan application; and insurance underwriting (auto or home). These inquiries appear under the heading "Inquiries shared only with you" on your personal credit report and are not seen by anyone but you (except insurance companies may be able to see other insurance company inquiries).

In response to your recent request, we are sending you this credit report. Before contacting us, please review this report carefully. If you disagree with an item, you may dispute it. We will process disputes generally by sending your dispute to the furnisher of the information or to the vendor who collected the information from a public record. If we were able to make changes to your credit report based on information you provided, or if you requested the addition of a statement, we have done so. Otherwise, we have contacted the company reporting the information you disputed, supplied them all relevant information and any documents you gave us with your dispute, and instructed them to: review all information we provide them about your dispute; verify the accuracy of the information; provide us a response to your dispute; and update their records and systems as necessary.

**How to read your results**

**Deleted** - This item was removed from your credit report. **Remains** - The company that reported the information has certified to Experian that the information is accurate. This item was not changed as a result of our processing of your dispute. **Updated** (Your results will indicate which one of the following applies.) – a) The information you disputed has been updated. Please review your report for the details. b) The item you disputed has been updated, which may include an update to the disputed information. Please review your report for the details. c) The information you disputed has been verified as accurate, however, information unrelated to your dispute has been updated. Please review your report for the details. d) Information on this item has been updated. Please review your report for the details. **Processed** - This item was either updated or deleted; Please review your report for the details.

If our reinvestigation has not resolved your dispute, you have several options:

0006900503

Exhibit U

**THOMAS LEE WHITTAKER** | Report # **0661-5997-51** for **07/31/20**

You may add a statement of up to 100 words to your report. If you provide a consumer statement that contains medical information related to service providers or medical procedures, then you expressly consent to Experian including this information in every credit report we issue about you. You may contact the company that reports the information to us and dispute it directly with them. If you wish to obtain documentation or written verification concerning your accounts, please contact your creditors directly. You may provide us additional information or documents about your dispute to help us resolve it by visiting www.experian.com/upload. You may also mail your information to Experian, P.O. Box 9701, Allen, Texas 75013. You may file a complaint about Experian or the company reporting the item, with the Consumer Financial Protection Bureau or your State Attorney General's office. If there has been a change to your credit history resulting from our reinvestigation, or if you add a consumer statement, you may request that Experian send an updated report to those who received your report within the last two years for employment purposes, or within the last six months for any other purpose (the past 12 months for residents of Colorado, Maryland or New York), or within the last year for any non-employment purpose under the California Investigative Consumer Reporting Agencies Act. If you send a request to have your results sent to past recipients of your credit report, please designate the organization's name and address. In the event an organization is not specifically designated, we will generally default to sending only to companies that have requested your credit information as a result of an action you took, such as applying for credit, insurance, employment or apartment rental. If you request to have your results sent to past recipients of your investigative consumer report, you have the right to designate which entities you wish to receive the updated report and which entities you do not wish to receive the update. If interested, you may also request a description of how the reinvestigation was conducted along with the business name, address and telephone number (if reasonably available) of the furnisher of information. Thank you for helping ensure the accuracy of your credit information. For frequently asked questions about your credit report, please visit experian.com/consumerfaqs.



## Your Updated Credit Report

### Payment History Legend

| | | | | | |
|---|---|---|---|---|---|
| **OK** Current | **150** Account 150 days past due | **VS** Voluntarily surrendered | **D** Defaulted on contract |
| **30** Account 30 days past due | **180** Account 180 days past due | **R** Repossession | **C** Collection |
| **60** Account 60 days past due | **CRD** Creditor received deed | **PBC** Paid by creditor | **CO** Charge off |
| **90** Account 90 days past due | **FS** Foreclosure proceedings started | **EC** Insurance claim | **CLS** Closed |
| **120** Account 120 days past due | **F** Foreclosed | **G** Claim filed with government | **ND** No data for this time period |

*If your creditor reported your account balances to us, we list them in this section as additional information about your account.

### Medical Information

By law, we cannot disclose certain medical information (relating to physical, mental, or behavioral health or condition). Although we do not generally collect such information, it could appear in the name of a data furnisher (i.e. "Cancer Center") that reports your payment history to us. If so, those names display on your report, but on reports to others, they display only as MEDICAL PAYMENT DATA. Consumer statements included on your report at your request that contain medical information are disclosed to others.

*Personal statements you've asked us to include* You've given us the following statement to include every time a company asks us for your credit report:

"ID FRAUD VICTIM ALERT FRAUDULENT APPLICATIONS MAY BE SUBMITTED IN MY NAME OR MY IDENTITY MAY HAVE BEEN USED WITHOUT MY CONSENT TO FRAUDULENTLY OBTAIN GOODS OR SERVICES. DO NOT EXTEND CREDIT WITHOUT FIRST CONTACTING ME PERSONALLY AND VERIFYING ALL APPLICATION INFORMATION AT DAY 317-626-0517 OR EVENING 317-626-0517 . THIS VICTIM ALERT WILL BE MAINTAINED FOR SEVEN YEARS BEGINNING 07-29-20."

"FILE FROZEN DUE TO FEDERAL LEGISLATION."

### Your accounts in good standing

These items may stay on your credit report for as long as they are open. Once an account is closed or paid off it may continue to appear on your report for up to ten years. Each of the items in this section has a positive payment history, meaning that no delinquencies or derogatory statuses are reported in the displayable payment history.

### Credit items

**AMERICAN EXPRESS** Partial Acct █████████████ PO BOX 981537 EL PASO TX 79998 (800) 874 2717

| | | | |
|---|---|---|---|
| **Date opened** Aug 1997 | **Responsibility** Individual | **Monthly payment** $39 | **Recent balance** $649 as of Jul 2020 |
| **Address ID #** 0098281098 | **First reported** Jun 2011 | **Credit limit or original amount** $19,400 | **Status** Open/Never late. |
| **Type** Credit card | **Terms** Not reported | **High balance** $4,141 | **Date of Status** Jul 2020 |

0006900503

page 2 of 4

Exhibit U

**THOMAS LEE WHITTAKER** | Report # **0661-5997-51** for **07/31/20**

### Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 269 | 212 | 290 | 1,655 | 619 | 1,180 | 217 | 1,682 | 560 | 2,068 | 1,024 | 1,726 | 1,968 | 1,181 | 1,014 |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| SPA ($) | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 39 | 69 | 35 | 35 | 35 | 35 | 35 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | | | | | | |
| AB ($) | 1,604 | 985 | 1,287 | 938 | 2,717 | 2,834 | 938 | 1,830 | 852 | | | | | | |
| DPR | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |
| SPA ($) | 35 | 35 | 35 | 35 | 35 | 35 | 35 | 35 | ND | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |

Between Jul 2018 and Jun 2020, your credit limit/high balance was $19,400

**CAPITAL ONE** Partial Acct # [REDACTED]   PO BOX 30285 SALT LAKE CITY UT 84130 (800) 227-4825

| | | | |
|---|---|---|---|
| **Date opened**<br>Mar 2012<br>**Address ID #**<br>0098281098<br>**Type**<br>Credit Card | **Responsibility**<br>Authorized user<br>**First reported**<br>May 2012<br>**Terms**<br>Not reported | **Monthly payment**<br>$157<br>**Credit limit or original amount**<br>$45,000<br>**High balance**<br>$44,929 | **Recent balance**<br>$15,774 as of Jul 2020<br>**Status**<br>Open/Never late.<br>**Date of Status**<br>Jul 2020 |

### Account History * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 41,993 | 27,293 | 18,709 | 12,017 | 9,654 | 18,185 | 10,781 | 14,836 | 13,674 | 11,339 | 12,593 | 5,413 | 16,217 | 8,698 | 19,115 |
| DPR | Jun08 | May08 | Apr09 | Mar06 | Jan25 | Jan04 | Nov20 | Nov07 | Oct04 | Sep05 | Aug07 | Jul09 | Jun06 | May03 | Mar20 |
| SPA ($) | 419 | 156 | 187 | 120 | 96 | 181 | 107 | 148 | 136 | 113 | 125 | 54 | 162 | 86 | 191 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |
| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 | | | | | | |
| AB ($) | 13,812 | 8,079 | 11,619 | 12,221 | 6,708 | 11,441 | 15,057 | 5,100 | 5,761 | | | | | | |
| DPR | Feb21 | Jan26 | Jan02 | Nov17 | Oct18 | Sep25 | Aug16 | Aug02 | Jun20 | | | | | | |
| SPA ($) | 138 | 80 | 116 | 122 | 67 | 114 | 150 | 51 | 57 | | | | | | |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | | | | | | |

Between Jul 2018 and Jun 2020, your credit limit/high balance was $45,000

**JPMCB CARD** Partial Acct # [REDACTED]   PO BOX 15369 WILMINGTON DE 19850 (800) 945-2000

| | | | |
|---|---|---|---|
| **Date opened**<br>Feb 1995<br>**Address ID #**<br>0098283339<br>**Type**<br>Credit Card | **Responsibility**<br>Joint with<br>ANN D ZERR<br>**First reported**<br>Jul 2000<br>**Terms**<br>Not reported | **Monthly payment**<br>Not reported<br>**Credit limit or original amount**<br>$48,700<br>**High balance**<br>$20,810 | **Recent balance**<br>Not reported<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Aug 2024.<br>**Comment**<br>Account closed at consumer's request.<br>**Date of Status**<br>Aug 2014 |

**MACYS/DSNB** Partial Acct # [REDACTED]   PO BOX 8218 MASON OH 45040 (800) 243-6552

| | | | |
|---|---|---|---|
| **Date opened**<br>Jan 2015<br>**Address ID #**<br>0098281098<br>**Type**<br>Charge Card | **Responsibility**<br>Individual<br>**First reported**<br>Jan 2015<br>**Terms**<br>Not reported | **Monthly payment**<br>Not reported<br>**Credit limit or original amount**<br>$100<br>**High balance**<br>$321 | **Recent balance**<br>Not reported<br>**Status**<br>Paid, Closed/Never late.<br>This account is scheduled to continue on record until Jun 2030.<br>**Comment:**<br>Account closed at credit grantor's request.<br>**Date of Status**<br>Jun 2020 |

**NORDSTROM/TD BANK USA** Partial Acct # [REDACTED]   13531 E CALEY AVE ENGLEWOOD CO 80111  No phone # available

| | | | |
|---|---|---|---|
| **Date opened**<br>Jul 2017<br>**Address ID #**<br>0098281098<br>**Type**<br>Credit card | **Responsibility**<br>Individual<br>**First reported**<br>Jul 2017<br>**Terms**<br>Not reported | **Monthly payment**<br>Not reported<br>**Credit limit or original amount**<br>$1,000<br>**High balance**<br>$128 | **Recent balance**<br>$0 /paid as of Jul 2020<br>**Status**<br>Open/Never late.<br>**Date of Status**<br>Jul 2020 |

**THOMAS LEE WHITTAKER** | Report # **0661-5997-51** for **07/31/20**

**Account History** * (AB = Account Balance, DPR = Date Payment Received, SPA = Scheduled Payment Amount, AAP = Actual Amount Paid)

| | Jun20 | May20 | Apr20 | Mar20 | Feb20 | Jan20 | Dec19 | Nov19 | Oct19 | Sep19 | Aug19 | Jul19 | Jun19 | May19 | Apr19 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 |
| SPA ($) | 0 | 0 | 0 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND | ND |

| | Mar19 | Feb19 | Jan19 | Dec18 | Nov18 | Oct18 | Sep18 | Aug18 | Jul18 |
|---|---|---|---|---|---|---|---|---|---|
| AB ($) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DPR | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 | Aug04 |
| SPA ($) | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 | 38 |
| AAP ($) | ND | ND | ND | ND | ND | ND | ND | ND | ND |

*Between Jun 2019 and Jun 2020, your credit limit/high balance was $1,000*    *Between Jul 2018 and May 2019, your credit limit/high balance was $7,500*

**SYNCB/LOWES** Partial Acct #                    PO BOX 965005 ORLANDO FL 32896 (800) 444 1408

**Date opened**
Feb 2020
**Address ID #**
0098281098
**Type**
Charge Card

**Responsibility**
Individual
**First reported**
Feb 2020
**Terms**
Not reported
**Recent payment**
$24

**Monthly payment**
$28
**Credit limit or original amount**
$500
**High balance**
$500

**Recent balance**
$276 as of Jul 2020
**Status**
Open/Never late.
**Date of Status**
Jul 2020

Exhibit U

PO Box 9701
Allen, TX 75013



THOMAS LEE WHITTAKER
Important Information
Report # 0661-5997-51 for 07/31/20

Pursuant to Section 611(a)(3)(A) of the Fair Credit Reporting Act, **we were unable to honor your request or a portion of it** based on the limited amount of information regarding your dispute. If you believe that an item on your personal credit report is inaccurate or incomplete, please provide specific information. Be sure to indicate the specific item you are disputing and explain why you believe the information is inaccurate, for example: "not mine," "paid in full," "never late," "included in bankruptcy," "incorrect name," etc.

If the status, a date, an amount, a balance, personal information such as name or address, or any other specific information is inaccurate you should also indicate what the correct information should be. Once we receive this information, we will process your dispute.

You may also log on to **experian.com/disputes**, or call us at 1 (800) 509-8495 for faster service.

The dispute process may take up to 30 days (or up to 45 days for a dispute of information in an annual free credit report). We will send you the results once completed. If you write to us, please provide the following:

- **One copy of a government issued identification card, such as a driver's license, state ID card, etc.**
- **One copy of a utility bill, bank or insurance statement, etc.**

Please also include the following identification information:

- Your full name including middle initial (and generation - JR, SR, II, III)
- Social Security number
- Date of birth
- Complete addresses for the past two years

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents. You may also submit your request or documents supporting your claim electronically at experian.com/upload.

We received the copy of the identity theft report that you provided; however, in order to process your request to block information in your personal credit report due to identity theft, we need additional information.

Please send:

- all pages of the identity theft report, including validation that the report was filed with a federal, state or local law enforcement agency

To verify your identity, please include the following:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth
- One copy of a government issued identification card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

continued >

0006900503

Exhibit U

**THOMAS LEE WHITTAKER** | Report # **0661-5997-51** for **07/31/20**

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents. You may also submit your request or documents supporting your claim electronically at experian.com/upload. Be sure to enclose a copy of the identity theft report that alleges this crime.

If you do not provide Experian with the required information specified above, you will not have submitted a valid request to block information in your personal credit report due to an identity theft and no information will be blocked.

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

0006900503

page 2 of 2

Exhibit U

PO Box 9701
Allen, TX 75013



THOMAS LEE WHITTAKER
Important Information
Report # 0661-5997-51 for 07/31/20

Pursuant to Section 611(a)(3)(A) of the Fair Credit Reporting Act, **we were unable to honor your request or a portion of it** based on the limited amount of information regarding your dispute. If you believe that an item on your personal credit report is inaccurate or incomplete, please provide specific information. Be sure to indicate the specific item you are disputing and explain why you believe the information is inaccurate, for example: "not mine," "paid in full," "never late," "included in bankruptcy," "incorrect name," etc.

If the status, a date, an amount, a balance, personal information such as name or address, or any other specific information is inaccurate you should also indicate what the correct information should be. Once we receive this information, we will process your dispute.

You may also log on to **experian.com/disputes**, or call us at 1 (800) 509-8495 for faster service.

The dispute process may take up to 30 days (or up to 45 days for a dispute of information in an annual free credit report). We will send you the results once completed. If you write to us, please provide the following:

- **One copy of a government issued identification card, such as a driver's license, state ID card, etc.**
- **One copy of a utility bill, bank or insurance statement, etc.**

Please also include the following identification information:

- Your full name including middle initial (and generation - JR, SR, II, III)
- Social Security number
- Date of birth
- Complete addresses for the past two years

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents. You may also submit your request or documents supporting your claim electronically at experian.com/upload.

We received the copy of the identity theft report that you provided; however, in order to process your request to block information in your personal credit report due to identity theft, we need additional information.

Please send:

- all pages of the identity theft report, including validation that the report was filed with a federal, state or local law enforcement agency

To verify your identity, please include the following:

- Your full name including middle initial (and generation such as JR, SR, II, III)
- Social Security number
- Complete addresses for the past two years
- Date of birth
- One copy of a government issued identification card, such as a driver's license, state ID card, etc.
- One copy of a utility bill, bank or insurance statement, etc.

continued >

0006900503

7183-01-00-00059831-0004-0022/13

page 1 of 2

Exhibit U

**THOMAS LEE WHITTAKER** | Report # **0661-5997-51** for **07/31/20**

Make sure that each copy is legible and displays your name and current mailing address and the date of issue (statement dates must be recent). We are unable to accept credit card statements, voided checks, lease agreements, magazine subscriptions or postal service forwarding orders as proof.

To protect your personal identification information, Experian does not return correspondence sent to us. Send **copies** of any documents you wish to provide to us and always retain your original documents. You may also submit your request or documents supporting your claim electronically at experian.com/upload. Be sure to enclose a copy of the identity theft report that alleges this crime.

If you do not provide Experian with the required information specified above, you will not have submitted a valid request to block information in your personal credit report due to an identity theft and no information will be blocked.

According to the Fair Credit Reporting Act, our role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the furnisher of the information or the vendor that collected the information from a public record source, and notifying them of the dispute and disclosing all relevant information regarding your dispute. When we contact the furnisher or vendor, we ask that they verify all of the information regarding the item you disputed and report back within 30 days of the date that we received your request (21 days for Maine residents). To help resolve the dispute, we will review all relevant documents submitted with the dispute and will forward them to the furnisher if we are unable to resolve the issue.

We review and consider the furnisher's or vendor's response to determine whether to accept it, reject it, or follow up for additional information. If, after processing, we find that the disputed information is inaccurate, incomplete or cannot be verified, we then delete or modify that information, as appropriate. If we do not receive a response from the furnisher or the vendor within the required period, we update the item as you have requested or delete the information, and send you the results.

In some instances we are able to determine whether the disputed information should be changed or deleted without having to contact the furnisher or the vendor. After we complete our processing, we send you the results. If you question the results of our dispute process, you may also contact the furnisher of information directly. Please refer to your credit report for the furnisher or public records office name, address, and phone number (if available). For more details, please visit Experian.com/disputeprocess.

Exhibit U