January 21, 2020

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re:    Consumer Name: Thomas L. Whittaker
        Home Address: 2260 E. 75th St. Indianapolis, IN 46240
        SSN: ▮
        My Date of Birth: ▮
        Credit Report No./OR Date of Credit Report: 368055265 dated 01/06/2020

To Whom It May Concern:

Your company provided me with a consumer credit report with the above number. I identified several derogatory items which were being misreported and that are harming my credit rating. Some of the items are not correct. Please immediately review the following incorrect account information, make the requested corrections, and then **send me a copy of the corrected consumer credit report including the pay history for each entry.**

**Incorrect Furnisher Account Information**

1) **Furnisher Name/Address**: Bank of America
   **Furnisher Acct. No.**: ▮
   **Opened**: 01/30/2018

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please delete this tradeline immediately.**

2) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.**: ▮
   **Opened**: 10/12/2017

This account does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This identity theft has been reported to the Indianapolis Metropolitan Police Department. This account was also disputed to US Bank directly. **Please delete this tradeline immediately.**

**Incorrect "Regular Inquiry" Information**

1) **Entity Requesting Inquiry**: US Bank
   **Requested On**: 12/21/2018
   **Inquiry Type**: Individual

Exhibit V

This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. This account was also disputed to US Bank directly. **Please remove this inquiry from my credit report immediately.**

**Incorrect "Account Review Inquiry" Information**

1) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 12/16/2019**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

2) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 12/19/2019**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

3) **Entity Requesting Inquiry:** Professional Recovery via Credit Control
   **Requested On: 12/05/2019**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

3) **Entity Requesting Inquiry:** Stenger Stenger
   **Requested On: 08/19/2019**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This identity theft has been reported to the Indianapolis Metropolitan Police Department. **Please remove this inquiry from my credit report immediately.**

**Inaccurate Personal Information**

1) The following telephone numbers are incorrect—these numbers do not belong to me and they have never belonged to me before. **Please remove these telephone numbers from my credit report.**

   509 209 8643
   509 396 1366
   509 581 0013

Exhibit V

2) The following employment data is incorrect—I do not work for this employer and I have never worked for this employer before. **Please remove this employer from my credit report. Please also update my employment data to show employment with <u>Indiana University Health</u>.**

    Kennewick General Hospital

Thank you and I look forward to your immediate reply.

    Sincerely,

    *Thomas L. Whittaker*

    Thomas L. Whittaker

Exhibit V