*** 368055265-013 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

02/12/2020



PBM13800300852-I011915-068676520

THOMAS L. WHITTAKER
2260 E 75TH ST
INDIANAPOLIS, IN 46240-3102

Dear THOMAS L. WHITTAKER,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

Exhibit W

**File Number:** 368055265
**Date Issued:** 02/12/2020

Page 4 of 6

# Your Investigation Results

**INVESTIGATION RESULTS - DELETED:** The disputed item(s) was removed from your credit report.

**BANK OF AMERICA** ▮▮▮▮▮▮▮▮ ( PO BOX 982238, EL PASO, TX 79998-2235, (800) 421-2110 )
In response to your dispute, this item was **DELETED** from your credit report.

---



P BM138-003 00852-I011918 04/14

Exhibit W

File Number: 368055265
Date Issued: 02/12/2020

Page 5 of 6

**INVESTIGATION RESULTS - VERIFIED AS ACCURATE:** The disputed item was verified as accurate.

**US BANK** ▮▮▮▮▮▮▮ ATTN CBDH, PO BOX 3447, OSHKOSH, WI 54903, (844) 624-8230 )

We investigated the information you disputed and the disputed information was **VERIFIED AS ACCURATE**. Here is how this item appears on your credit report following our investigation.

| | | | | | |
|---|---|---|---|---|---|
| Date Opened: | 10/12/2017 | Date Updated: | 02/03/2020 | Pay Status: | >Charged Off< |
| Responsibility: | Individual Account | Payment Received: | 11/30/2017 ($0) | Terms: | Paid Monthly |
| Account Type: | Line of Credit Account | Last Payment Made: | 11/30/2017 | Date Closed: | 05/31/2018 |
| Loan Type: | LINE OF CREDIT | Original Charge-off: | $2,495 | | |

**High Balance:** High balance of $0 from 08/2018 to 09/2018; $2,495 from 10/2018 to 10/2018; $0 from 11/2018 to 02/2020
**Credit Limit:** Credit limit of $2,500 from 08/2018 to 02/2020
**Estimated month and year that this item will be removed:** 10/2024

| | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 |
| Remarks | PRL | PRL | PRL | PRL | PRL | PRL | PRL | PRL | PRL | PRL | PRL | PRL |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | $2,887 | | | | | |
| Remarks | PRL | PRL | PRL | PRL | PRL | PRL | PRL | | | | | |
| Rating | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | X | X | X | X |

| | 02/2018 | 01/2018 | 12/2017 | 11/2017 |
|---|---|---|---|---|
| Rating | X | X | X | X |

Exhibit W