

***368055265-018***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| | |
|---|---|
| File Number: | 368055265 |
| Page: | 1 of 2 |
| Date Issued: | 3/2/2020 |

PBPMYY00203710-I007419-069187231

THOMAS L WHITTAKER
2260 E 75TH ST
INDIANAPOLIS, IN 46240-3102

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Dispute Status

You recently submitted a dispute to TransUnion for an item(s) on your credit report. Our records show that we previously completed an investigation of the below item(s) and the data furnisher(s) verified the information on your credit file.

As outlined in the Fair Credit Reporting Act, unless you have additional relevant information that supports the change you are requesting (i.e., a letter from the creditor or courthouse, billing statement, letter from the IRS, cancelled check or money order showing payment, etc.), we are not required to reinvestigate the same item(s) again at this time. If you do have additional information to support your dispute, you may upload it via transunion.com/dispute and we will conduct a reinvestigation.

The names and addresses are listed below:

US BANK
Account#: █████████
ATTN CBDH
PO BOX 3447
OSHKOSH, WI 54903
(844) 624-8230

If you disagree with this result, you may add a consumer statement of 100 words or less to your credit report explaining the details of why you disagree. Please note: if you provide a consumer statement containing medical information, you expressly consent to allow TransUnion to include this information in every credit report we issue about you. You may also contact the data furnishers directly to discuss the item(s) using the contact information provided above.

If your dispute included additional items not listed above, that means we are conducting an investigation by:

1. Making changes to your credit report based on the information you provided; OR
2. Submitting an investigation request to the data furnisher(s) who provided the information

Once the investigation is complete, you will receive the results for those additional items in a separate communication that will include your file number 368055265.

Exhibit X

P BPMYY-002 03710-I007419 01/02

| | |
|---|---|
| File Number: | 368055265 |
| Page: | 2 of 2 |
| Date Issued: | 3/2/2020 |

**TransUnion**

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 368055265.



Exhibit X

P BPMYY-002 03710-I007420 02/0