*** 368055265-017 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

03/02/2020




PBPN4Q00201133-I014109-069204314

THOMAS L. WHITTAKER
2260 E 75TH ST
INDIANAPOLIS, IN 46240-3102

Dear THOMAS L. WHITTAKER,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
    - Review relevant information we sent them, including any provided documents
    - Investigate your dispute and verify whether the information they report is accurate
    - Provide us a response to your dispute and update any other information
    - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

---

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**



Exhibit Y

**File Number:** 368055265
**Date Issued:** 03/02/2020



## Your Investigation Results

**INFORMATION UPDATED: In response to your request, a change was made to this item(s).**

**TELEPHONE NUMBERS REPORTED:** (317) 626-0517 (317) 462-0290 (317) 948-1900 (849) 436-4365

**EMPLOYMENT INFORMATION:** This section of your report was updated as follows:

| Employer Name | Date Verified | Position |
|---|---|---|
| KENNEWICK GENERAL HOSPITAL | 09/12/2017 | PHYSICIAN |

*000001*



Exhibit Y