```
***368055265-020***            File Number:   368055265
TransUnion LLC                 Page:          1 of 1
PO Box 805                     Date Issued:   4/26/2020
Woodlyn, PA 19094-0805
```




PC11CV00200135-I000269-070353196

THOMAS L WHITTAKER
2260 E 75TH ST
INDIANAPOLIS, IN 46240-3102

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Ref: Explanation of the Inquiries on Your Credit Report

The inquiries listed on your credit report are a record of the companies that obtained your credit information. The identity of each company by trade name and contact information is provided. All inquiries remain on your credit report for two years. Credit information may be requested only for the following permissible purposes: credit transactions, employment consideration, review or collection of an existing account or other legitimate business need, insurance underwriting, government licensing, rental dwelling, or pursuant to a court order. Your written authorization may not be required to constitute permissible purpose. If you believe that an inquiry on your credit report was made without permissible purpose, then you may wish to contact the creditor directly, by phone or in writing, regarding its purpose. Please note that your specific consent to the release of your credit information is not necessary for a permissible purpose to exist.

Want to Do More to Protect Your Info?
We take protecting your identity seriously and we want to offer you these helpful tips you can take going forward:
-   Keep an eye on your credit. Look for signs of suspicious activity, like unfamiliar accounts or credit checks from companies you've never done business with.
-   Be careful on the internet. Use secure passwords on your computer and web accounts. Make sure to change them often.
-   Lock your credit report. With a service that offers credit lock, you can keep thieves out of your credit report in a matter of seconds.

You can do some of the above on your own, but you can do even more with TrueIdentity. TransUnion created this completely free identity protection service to help everyone with the above key steps. Sign up for TrueIdentity at trueidentity.com/free.

We're here to help. Should you have any further questions please contact us at:
-   www.transunion.com
-   (800) 916-8800
-   P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 368055265.

P C11CV-002 00135-I000269 01/02

Exhibit Z