*** 368055265-023 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

05/07/2020



PC3CX800201382-I017085-070574969

THOMAS L. WHITTAKER
2260 E 75TH ST
INDIANAPOLIS, IN 46240-3102

Dear THOMAS L. WHITTAKER,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you.

Our investigation of the dispute you submitted is now complete. After a review of your dispute and any provided documentation, we took one or more of the following action(s):

1. Updated your credit report based on the information you provided; OR
2. Determined that the information you disputed either does not appear on your credit file or already shows the requested status; OR
3. Determined that the data furnisher had previously verified the reported information. If any of the items you disputed were previously verified, a separate communication was sent to you listing those items along with the data furnisher's contact information; OR
4. Asked the data furnisher reporting the information you disputed to do all of the following:
   - Review relevant information we sent them, including any provided documents
   - Investigate your dispute and verify whether the information they report is accurate
   - Provide us a response to your dispute and update any other information
   - Update their records and systems, if necessary;

Your dispute is important. In the pages that follow, you will see your detailed investigation results, including the name and contact details of the source of the information. Please review the results carefully. To view a full copy of your credit report and for more information about how to read your credit report, please visit www.transunion.com/fullreport.

## How to Read Your Investigation Results

You will see that, for each disputed item, a summary explanation appears in the gray box, followed by a brief paragraph describing the results of our investigation, followed by a view of how the item appears in your updated credit report. Please note any changes we made to personal information (name, address, employment, SSN, date of birth) will appear at the end of **Your Investigation Results.**

Exhibit AA

P C3CX8-002 01382-I017085 01/14

File Number: 36905203
Date Issued: 05/07/2020

Page 4 of 5

## Your Investigation Results

> **INVESTIGATION RESULTS - DISPUTED INFORMATION UPDATED:** A change was made to the item(s) based on your dispute.

**US BANK** ▇▇▇▇▇▇▇▇ ATTN CBDH, PO BOX 3447, OSHKOSH, WI 54903, (844) 624-8230 )
We investigated the information you disputed and updated: **Not specified.** Here is how this item appears on your credit report following our investigation.

| | | | |
|---|---|---|---|
| Date Opened: | 10/12/2017 | Balance: | $2,887 |
| Responsibility: | Individual Account | Date Updated: | 04/02/2020 |
| Account Type: | Line of Credit Account | Last Payment Made: | 11/30/2017 |
| Loan Type: | LINE OF CREDIT | High Balance: | $0 |
| | | Original Charge-off: | $2,495 |
| | | Credit Limit: | $2,500 |
| | | Past Due: | >$2,887< |

| | |
|---|---|
| Pay Status: | >Charged Off< |
| Terms: | Paid Monthly |
| Date Closed: | 05/31/2018 |

Remarks: >UNPAID BALANCE CHARGED OFF<
Estimated month and year that this item will be removed: 10/2024

| Rating | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 | 07/2019 | 06/2019 | 05/2019 | 04/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O |

| Rating | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 | 07/2018 | 06/2018 | 05/2018 | 04/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | C/O | X | X | X |

| Rating | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 |
|---|---|---|---|---|---|
| | X | X | X | X | X |

Exhibit AA

P C3CX8-002 01382-I017088 04/14