May 15, 2020

TransUnion Consumer Solutions
P.O. Box 2000
Chester, PA 19022-2000

Re:   Consumer Name: Thomas L. Whittaker
      Home Address: 2260 E. 75th St. Indianapolis, IN 46240
      SSN:
      My Date of Birth:
      Reinvestigation No. 368055265-017 dated 03/02/2020

To Whom It May Concern:

Please immediately review the following incorrect account information, make the requested corrections, and then send me a copy of the corrected consumer credit report including the pay history for each entry. I am the victim of identity theft. **I have included an official copy of the police report from the Kennewick Washington Police Department (Case No. 20-12656). This has also been reported to the FTC (Ref. No. 117200750). I am also including mypreviously-submitted affidavit.**

**Incorrect Furnisher Account Information**
1) **Furnisher Name/Address**: US Bank
   **Furnisher Acct. No.:**
   **Opened: 10/12/2017**

   As I stated in my previous letter, this account and/or tradeline does not belong to me. I am a victim of identity theft and this is one of the accounts that was opened using my information as a result of the identity theft. This account was also disputed to US Bank directly. **Please delete this tradeline immediately**.

**Incorrect "Regular Inquiry" Information**

1) **Entity Requesting Inquiry:** US Bank
   **Requested On: 12/21/2018**
   **Inquiry Type:** Individual

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. This account was also disputed to US Bank directly. **Please remove this inquiry from my credit report immediately.**

1) **Entity Requesting Inquiry:** Professional Recovery via Credit Control
   **Requested On: 12/05/2019**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

Exhibit BB

3) **Entity Requesting Inquiry:** Stenger Stenger
   **Requested On: 08/19/2019**

   This inquiry resulted from the actions of someone other than me. I am a victim of identity theft and did not authorize these inquiries. **Please remove this inquiry from my credit report immediately.**

**Inaccurate Personal Information**

1) The following employment data is incorrect—I do not work for this employer and I have never worked for this employer before. **Please remove this employer from my credit report. Please also update my employment data to show employment with <u>Indiana University Health</u>.**

   Kennewick General Hospital

Sincerely,

*Thomas L. Whittaker* (signature)

Thomas L. Whittaker

Exhibit BB