

***368055265-027***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

| | |
|---|---|
| File Number: | 368055265 |
| Page: | 1 of 1 |
| Date Issued: | 5/26/2020 |

PC6QG200200502-I001003-070960130

CLARK QUINN
CLARK QUINN
320 N MERIDIAN ST STE 1100
INDIANAPOLIS, IN 46204

RE: THOMAS WHITTAKER, File: 368055265

We appreciate the time taken to contact us at TransUnion. Our goal is to maintain complete and accurate credit information.

Re: Request Status

We have received the request for the above-referenced consumer. The results will be forwarded to him or her to review.

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 368055265.

Sincerely,
TransUnion Support Team

Exhibit CC