07/16/2020

TransUnion
P.O. Box 2000
Chester, PA 19022-2000

Re:   Consumer Name: Thomas L. Whittaker
      Home Address:  2260 E. 75th St. Indianapolis, IN 46240
      SSN: ██████████
      My Date of Birth: ██████████
      Report No./ Date of Report: 368055265 / May 7, 2020

Sent Via Certified Mail No.: 7019 2280 0000 1171 4656

## REQUEST TO BLOCK CREDIT REPORTING INFORMATION
## PURSUANT TO SECTION 605B OF THE FAIR CREDIT REPORTING ACT

To Whom It May Concern:

       Your company provided me with consumer credit reports containing fraudulent information.
I identified the specific information that is not mine and is harming my credit rating. I am a victim of
identity theft. I have disputed this information to you four times to limited avail, even after providing
an official police report, an affidavit of fraud filed with the Marion, County Indiana Superior Court,
and an FTC Report reference number (Ref. No. 117200750). In your most recent responsive
correspondence dated June 3, 2020, you deleted the US Bank tradeline and inquiry, but failed to
address the other disputed items.

       I am now explicitly requesting that you BLOCK the below-indicated information
immediately pursuant to Section 605B of the Fair Credit Reporting Act as it resulted from identity
theft. In support thereof, I am including (1) the police report from the Kennewick, Washington Police
Department (under the Fair Credit Reporting Act, this report qualifies as an "identity theft court");
(2) an affidavit of fraud filed with the Marion County, Indiana Superior Court; (3) a copy of my
driver's license; (4) a copy of a utility bill; (5) a notarized TransUnion Identity Theft Victim
Assistance Affidavit; and (6) a complete list of the addresses I have lived at for the last two years.
**Please BLOCK the following account information as requested**.

**Incorrect Furnisher Account Information**

   1) **Furnisher Name/Address**: Bank of America
      **Furnisher Acct. No.**: ██████████
      **Opened: 01/30/2018**

   2) **Furnisher Name/Address**: US Bank
      **Furnisher Acct. No.**: ██████████
      **Opened: 10/12/2017**

Exhibit EE

**Incorrect "Regular Inquiry" Information**

1) **Entity Requesting Inquiry:** US Bank
   **Requested On: 12/21/2018**
      **Inquiry Type:** Individual

**Incorrect "Account Review Inquiry" Information**

1) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 12/16/2019**


2) **Entity Requesting Inquiry:** Bank of America
   **Requested On: 12/19/2019**

3) **Entity Requesting Inquiry:** Professional Recovery via Credit Control
   **Requested On: 12/05/2019**


4) **Entity Requesting Inquiry:** Stenger Stenger
   **Requested On: 08/19/2019**

   **Inaccurate Personal Information**

1) The following telephone numbers are incorrect—these numbers do not belong to me and they have never belonged to me before.

   509 209 8643
   509 396 1366
   509 581 0013

2) The following employment data is incorrect—I do not work for this employer and I have never worked for this employer before.

   Kennewick General Hospital

This request to BLOCK the above-indicated information is not being made in error as evidenced by three prior disputes. This request to BLOCK the above-indicated information is not being made on the basis of any misrepresentation of fact relevant to the request to block as evidenced by the Kennewick, Washington police report, notarized affidavit of fraud filed with the Marion County, Indiana Superior Court, and FTC report reference number. And, I have not obtained possession of goods, services, or money as a result of the transactions which I am requesting be BLOCKED.

Sincerely,


/s/Thomas L. Whittaker

Exhibit EE

| | File Number: | 36985563 |
|---|---|---|
| Page: | | 3 of 5 |
| Date Issued: | | 5/26/2020 |

**TransUnion** ®

## TransUnion Identity Theft Victim Assistance Affidavit

Please complete this form and return it to TransUnion Fraud Victim Assistance Department at, P.O. Box 2000, Chester, PA 19016-2000.

### Please choose from one or more the following options:

☑ I wish to add an Extended Fraud Alert to my file. I would like credit grantors contact me before extending credit or modifying credit accounts.
*Note: If you would like to add an Initial Fraud Alert or Active Duty Alert please visit us at, https://transunion.com/fraud, or call, (800) 680-7289.*

☑ I am submitting this sworn statement that I am a victim of identity theft and I am requesting that specific items be blocked from appearing on my credit report.
*Note: If you are not a victim of identity theft, and would like to dispute items of information on your credit report, you may initiate an investigation online by visiting us at, www.transunion.com/disputeonline, or call, (800) 916-8800.*

Upon receipt of your request, we will review the information. If we are unable to block the information, an investigation will be initiated. Upon completion, you will receive a written notice of the results of the investigation. We recommend that you do not apply for credit while your request for block or investigation is pending.

### (A) Information About You

(1) My full legal name: _Thomas Lee Whittaker_
(2) My date of birth: ▓▓▓▓▓▓
(3) My Social Security Number: ▓▓▓▓▓▓
(4) My driver's license: State: _Indiana_    Number: ▓▓▓▓▓▓
(5) My current address: _2260 E. 75th St._
_Indianapolis, IN 46240_
(6) I have lived at this address since: _08-11-2017_
(7) My daytime phone: ▓▓▓▓▓▓
My evening phone:
My email: _tho_▓▓▓

### (B) Information at the time of the fraud (if different than information listed above)

(8) My full legal name was: _____
(9) My address was: _3742 Haverhill Drive_
_Indianapolis, IN 46240_
(10) My daytime phone: ▓▓▓▓▓▓
My evening phone: ▓▓▓▓▓▓
My email: _twh_▓▓▓

### (C) Declarations

(11) I ☐ did OR ☑ did not   authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services - or for any other purpose - as described in this report.

(12) I ☐ did OR ☑ did not receive any money, goods, services, or other benefits as a result of the events described in this report.

(13) I ☑ am OR ☐ am not willing to work with law enforcement if charges are brought against the person(s) who committed the fraud.

### (D) Details About the Credit Report Items Impacted by the Identity Theft

Use the form provided at the end of this affidavit to list the incorrect information that is reporting to your credit file as a result of identity theft. Make copies of the blank form if additional space is needed.

### (E) About the Fraud (complete this section if you know the information for the person who committed the fraud against you)

I believe the following person used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud:

Name: _____

Exhibit EE

P C6QG2-002 09073-I027677 03/06

File Number: 368055265
Page: 4 of 5
Date Issued: 5/26/2020

**TransUnion**®

**TransUnion Identity Theft Victim Assistance Affidavit**

Address: _____
_____

Phone Numbers: ( )_____    ( )_____

**Additional Information about this person:**
_____
_____
_____
_____

**Additional information about the crime (for example, how the identity thief gained access to your information or which documents or information were used):**
_____
_____
_____
_____

**(F)  Signature**

I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith.  I understand that this complaint or the information it contains may be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate.  I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

*Thomas Lee Whittaker*                          06 - 10 - 2020
Signature                                                        Date Signed

If possible, sign and date in the presence of a law enforcement officer or notary.

**Law Enforcement Officer:**

N/A
Officer's Signature                                          Badge Number

_____                    _____
Law Enforcement Department                    Date Signed

**Notary:**

State of *Marion/Indiana*

County of *Marion*

Subscribed and sworn to (or affirmed) before me on this *10th* day of *June* , 20 *20* , by *Thomas Whittaker* , proved to me on the basis of satisfactory evidence to the person(s) who appeared before me.

**(SEAL)**

JULIE M SPICER
Seal
Notary Public • State of Indiana
Marion County
My Commission Expires Jun 26, 2024

Signature *Julie M. Spicer*

Exhibit EE

P C6QG2-002 09073-I027678 04/06

**TransUnion Identity Theft Victim Assistance Affidavit**

File Number: 368055265
Page: 5 of 5
Date Issued: 5/26/2020

**TransUnion**

## (D) Details About the Credit Report Items Impacted by the Identity Theft

The following personal information (Name, address, Social Security number, or date of birth) in my credit report is not accurate and I believe it was added as a result of the identity theft:

(A) Kennewick General Hospital (employment info)

(B) _____    (E) _____

(C) _____    (F) _____

Credit Inquiries from these companies appear on my credit report as a result of this identity theft:

Company Name: US Bank    Date: 12/21/2018
Company Name: Professional Recovery via Credit Control    Date: 12/05/2019
Company Name: Stenger + Stenger    Date: 08/19/2019

Public Record information on my credit report as a result of this identity theft:

Public Record: _____

Docket Number: _____    Date Filed: _____

Provide additional details describing this item: _____

_____

_____

Account information from these companies appear on my credit report as a result of this identity theft:

Account Name: US Bank
Account Number: ███████████
This account was:
☑ opened fraudulently
☐ was an existing account that someone tampered with
Date Opened: October 12, 2017    Amount: _____

Account Name: _____
Account Number: _____
This account was:
☐ opened fraudulently
☐ was an existing account that someone tampered with
Date Opened: _____    Amount: _____

Account Name: _____
Account Number: _____
This account was:
☐ opened fraudulently
☐ was an existing account that someone tampered with
Date Opened: _____    Amount: _____

Account Name: _____
Account Number: _____
This account was:
☐ opened fraudulently
☐ was an existing account that someone tampered with
Date Opened: _____    Amount: _____

Exhibit EE

# Incident/Investigation Report

**Agency:** KPD          **Case Number:** ██████          **Date:** 05/04/2020 12:22:52

## Incident Information

| Date/Time Reported | Occ From Date/Time | Date/Time Found | Officer |
|---|---|---|---|
| 04/01/2020  11:12 | 04/01/2020  11:12 | 04/01/2020  11:12 | (1130) VALDEZ, TONY |

| Incident Location | |
|---|---|
| 3600 W 42ND AVE, KENNEWICK, WA | |

## Charges

| 1 | Charge Type | Description | | Statute | UCR | ☐ Att |
|---|---|---|---|---|---|---|
| | State | IDENTITY THEFT | | 9.35.000 | 26F | ☑ Com |

| Alcohol, Drugs or Computers Used | Location Type | Premises Entered | Forced Entry | Weapons |
|---|---|---|---|---|
| ☐ Alcohol  ☐ Drugs  ☐ Computers | RESIDENCE / HOME / APT / | | ☐ Yes  ☑ No | 1. |
| Entry | Exit | Criminal Activity | | 2. |
| | | | | 3. |
| Bias Motivation | Bias Target | Bias Circumstances | | Hate Group |

## Victims

| Seq. # | Type | Injuries | | Residency Status | Ethnicity |
|---|---|---|---|---|---|
| 1 | INDIVIDUAL | None | | | Non-Hispanic |

| Name(Last, First, M) | | Race | Sex | DOB | Age |
|---|---|---|---|---|---|
| WHITTIAKER, THOMAS LEE | | W | M | 03/19/1960 | 60 |

| Address | Home Phone |
|---|---|
| 2260 E 75TH ST, INDIANAPOLIS, IN 46240 | (317) 626-0517 |

| Employer Name/Address | Business Phone |
|---|---|
| | |

| Victim of Crimes | Cell Phone |
|---|---|
| 1 | |

Exhibit EE

## Incident/Investigation Report

**Agency:** KPD          **Case Number:** ███████          **Date:** 05/04/2020 12:22:52

| Property | | | | | |
|---|---|---|---|---|---|

| Seq. # **1** | Description<br>IDENTITY NAME | | | Serial Number | Make/Model |
|---|---|---|---|---|---|
| Owner<br>WHITTIAKER, THOMAS LEE | | | | License / State | Color |

| Status<br>STOLEN | Status Officer<br>(1130) VALDEZ, TONY | | Quantity<br>1.00 | Units of Measure | Value<br>$1.00 |
|---|---|---|---|---|---|

| Gun Type | Caliber | Finish | Grip | | Gun Stock |
|---|---|---|---|---|---|

| Condition | Gun Test<br>☐ Yes ☑ No | Test Type | Sight Test<br>☐ Yes ☑ No | Sight Type | |
|---|---|---|---|---|---|

**Property Notes**
Name of: WHITTIAKER, THOMAS LEE

Property Code changed from 66   to 77   by User TVALDEZ 04/01/2020

---

Exhibit EE

# Incident/Investigation Report

**Agency:** KPD          **Case Number:** ▇▇▇▇          **Date:** 05/04/2020 12:22:52

## Notes/Narrative

▇▇▇▇

Identity Theft - Report
3600 W 42nd Ave - Residence
Officer Tony Valdez, K37 (1130)
Report Date/Time: 04/01/2020 11:12 Hrs.

Synopsis:
On the reported date and time, the victim called police to report his identity was stolen and three (3) credit cards were open in his name.  At this time there are no suspect(s) or leads.

Report:
On Wednesday, April 1, 2020 at 11:12 hours, I was on routine uniformed patrol for the City of Kennewick Police Department which is in Benton County when I was dispatched to an identity theft report by phone.

I called the reporting party and victim, Thomas Whittiaker, who advised that someone had stolen his identity and used his personal information to open at least three credit cards in his name using the address of 3600 W 42nd Ave, Kennewick, WA 99337-2628 and using the phone numbers of (509) 209-8643 for the home and (509) 396-1366 for the cell phone.

Mr. Whittiaker advised he has never lived in Kennedwick, WA and lives in Indiana.  Mr. Whittiaker gave me his listed information for this report and advised he did not open these credit cards.

I checked the address of 3600 W 42nd Ave and discovered it was a physical address and two story home in the City of Kennewick and in a newer subdivision.

I searched I/Leads for the phone number of (509) 209-8643 and found no one associated with that number.  I completed two unreliable internet searches of this phone number and both times it came back to a phone in Spokane, WA with no other information.

I then searched I/Leads for the phone number of (509) 396-1366 and found no one associated with that number.  I also completed two unreliable internet searches of this phone number and both times it came back to a phone in Kennewick, WA with no other information.

At this time, Mr. Whittiaker advised that he did not have any information on the credit cards except one had made an on-line purchase at Fred Meyer Store at https://www.fredmeyer.com/.  Mr. Whittiaker advised that he would forward any further documents or information for this report to include any location where the credit cards were used within the City of Kennewick.  He would also give this report`s case number to the credit agencies and his attorney.

I contacted the homeowner of 3900 W 42nd Ave and updated them on this case and that their address was used.  They did not know anything about the victim or anything strange by mail at their home.  He did say that he was a realtor and people have access to his address and last year he was also a victim of credit card identity theft.

Disposition:  At this time, there are no suspect(s) or leads.  Case Closed pending further information.

Complete.

Officer Tony Valdez, K37 (1130)

_____

Exhibit EE

## Incident/Investigation Report

**Agency:** KPD          **Case Number:** ███████          **Date:** 05/04/2020 12:22:52

OCCURED IN 2017 AND 2018

CALL RP

** LOI search completed at 04/01/20 11:12:02

** Case number KPD2012656 has been assigned for KPD:KPD

Exhibit EE

| STATE OF INDIANA | ) | MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | )ss: | |
| COUNTY OF MARION | ) | CASE NO. ██████████ |

Re: Your former U.S. Bank National Associationaccount with Absolute Resolutions Investments LLC
Account Number ************9606

## AFFIDAVIT OF FRAUD

I, Thomas Whittaker, being duly sworn, deposes and says:

1. My mailing address is 2260 E 75th St, Indianapolis IN 46240-3102. My primary telephone number is _317-626-0517_

2. The account, account number ██████████ "the Account") was issued by U.S. Bank National Association in my name.

3. The Account was / was not requested by me (circle one).

4. The following persons had their names listed as users of the Account:

| Name | Address | Telephone number |
|---|---|---|
| Thomas L Whittaker | 3600 W 42nd Ave | 509-209-8643 Residential |
| | Kennewick, WA 99337-2628 | 509-396-1366 Cell |
| | | |

5. To the best of my knowledge, the funds, items, and/or services provided on the Account or in case of a credit card account, the credit card was/were (Check one):

   ☐ Lost ........................ approximately _____ (Month/Day/Year)

   ☐ Stolen ..................... approximately _____ (Month/Day/Year)

   ☐ Never received

   ☒ Other: _Account established fraudulently_

6. I learned that the Account had been used or opened fraudulently on approximately _08/01/2018_ (Month/Day/Year). I reported the fraud on _09/21/2018_ (Month/Day/Year) to the issuer and to law enforcement authorities on _04/01/2020_ (Month/Day/Year). (Attach copy of Police Report).

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit EE

7. The transactions made on this Account were (**check the box next to each true statement**):

☑ not made, nor authorized, by me;
☐ to the best of my knowledge, not made by any person who was authorized to act on my behalf;

8. I did not receive any benefit from the transactions made on this Account.

9. I do ☐ do not ☑ (**check one**) have any knowledge of the identity of the person(s) responsible for fraudulently making charges on the Account (*If you have such knowledge, please provide this information in the section provided on the last page*).

10. I believe the balance I owe to be $ ___0___ _____ (*please complete this question if you believe that a part of the balance is due to fraud, but that you remain responsible for part of the balance*)

11. I give my consent to Absolute Resolutions Investments LLC and its successors-in-interests to release any information regarding the Account to any federal, state or local law enforcement agency so that the information maybe used in the investigation and/or prosecution of any person(s) who may be responsible for fraud involving the Account.

---

PLEASE SIGN BELOW BEFORE A NOTARY PUBLIC AND PROVIDE ADDITIONAL SIGNATURE SAMPLES

---

Signature: *Thomas L. Whother* Date: 04-24-2020

Signature (Second Party, if applicable): *NA* Date: _____

Subscribed and sworn to before me
on this 24 day of April, 2020

*Julie M. Spicer* (seal) *Notary Public*

My commission expires: June 26, 2024

JULIE M SPICER
Seal
Notary Public - State of Indiana
Marion County
My Commission Expires Jun 26, 2024

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit EE

Please provide five (5) examples of you signature below:

Signature                                                     Signature (Second Party, if applicable)

*Thomas L. Whitaker*                                          _____

*Thomas L. Whitaker*                                          _____

*Thomas L. Whitaker*                                          _____

*Thomas L. Whitaker*                                          _____

*Thomas L. Whitaker*                                          _____

If you have any knowledge of the identity of the person(s) who fraudulently used the account, please provide any information you have in the space below. If you have filed a police report, please attach a copy of the report, or provide the name of the police station, the phone number, and the case number (if you were given one).

*Kennewick, Washington Police Department*
*Officer Tony Valdez*
[redacted]

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit EE

# STENGER & STENGER, P.C.

PHILLIP S. STENGER
ADMITTED IN MI, KY, MN, GA, CO & OH
KAY GRIFFITH HAMMOND
ADMITTED IN MI
JOSEPH M. JAMMAL
ADMITTED IN MI, MN, WI, TN & OH
AARON S. MURRAY
ADMITTED IN IN
ANTHONY J. HUSPASKA
ADMITTED IN OH
KEITH A. SPARKS
ADMITTED IN MI, IN, NJ, KY & CO
M. KYLE FLOYD
ADMITTED IN GA
PRESTON U. NATE
ADMITTED IN MI
ROBERT L. HENGGE
ADMITTED IN KY, IN & OH

2618 EAST PARIS AVE SE
GRAND RAPIDS, MICHIGAN 49546

TOLL FREE (888) 305-7775
TELEPHONE (616) 954-2300
FACSIMILE (616) 942-9657
TTY: 888-520-0466

OFFICE HOURS:
MONDAY-FRIDAY 8:00 AM - 6:00 PM EST

R. GARY MARSCHHAUSEN
ADMITTED IN CO
PHILLIP A. LAMERE
ADMITTED IN IN
CHRISTY L ZEPEDA
ADMITTED IN TN
DAVID B. BOKOR
ADMITTED IN OH
BRIAN L. GROEN
ADMITTED IN MI
CRAIG T. FAYE
ADMITTED IN MI, NJ, NY, FL
THOMAS B. BARBOUR
ADMITTED IN IN
OF COUNSEL:
DENISE M. HALLETT
ADMITTED IN IN & IL

**PLEASE REFER TO OUR FILE NO.** ███████

April 13, 2020

Quentin J. Collins
Clark, Quinn, Moses, Scott & Grahn, LLP
320 N. Meridian St.
Indianapolis, IN 46204

Re:     Your client's former U.S. Bank National Association/FRED MEYER REWARD account number
        ███████████
        Current Creditor: Absolute Resolutions Investments LLC
        Name on Account: Thomas Whittaker

Dear Quentin J. Collins:

     Enclosed please find an Affidavit of Fraud that we will need to be completed. In addition, please supply us with a police report that was filed with the local police department.

     Should you have any questions, please do not hesitate to contact our office.

Very truly yours,

**STENGER & STENGER P.C.**

Enclosures

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE. RZ066569

Exhibit EE

Page 1

QUENTIN J. COLLINS
CLARK, QUINN, MOSES, SCOTT & GRAHN,
LLP
320 N. MERIDIAN ST.
INDIANAPOLIS, IN 46204

THIS IS A COMMUNICATION FROM A DEBT COLLECTOR. WE ARE ATTEMPTING TO COLLECT A DEBT AND
ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.  RZ066569

Exhibit EE



Indianapolis Power & Light Company
P.O. Box 110 Indianapolis, IN 46206-0110
IPLpower.com

**Account Number**

| Due Date | 06/23/2020 |
|---|---|
| **Amount Due** | **$14.41** |

Page 1 of 1

THOMAS L WHITTAKER
2260 E 75TH ST
INDIANAPOLIS IN  46240-3102

| Monthly Account Summary | Billing Date: 06/01/2020 |
|---|---|
| Previous Balance | $23.64 |
| 05/13/2020 Payment - Thank You | -23.64 |
| Metered Electric and Other Services | 13.47 |
| State Tax | 0.94 |
| **Total Account Balance** | **$14.41** |

### Message Center

### Metered Electric and Other Services

**Service Address:** 5350 N CAPITOL AVE INDIANAPOLIS IN 46208-2605
**Service ID:** 82662   **Next Reading Date:** 07/01/20   **Rate:** RS - Resident/1 Family

#### Meter Reading Detail

| Meter Number | Meter Use | Billing Period From | To | Billing Days | Previous | Current | Difference | Multiplier | Usage |
|---|---|---|---|---|---|---|---|---|---|
| 1174500 | P | 04/30/20 | 06/01/20 | 32 | 04860 | 04849 | 00009 | 1 | 9 |

#### Service Charges Summary

| | |
|---|---|
| Customer Charge | 12.50 |
| Metered Electric Charge | 0.97 |
| State Tax | 0.94 |
| Subtotal | 14.41 |

 **Emergency "Lights Out" (24/7/365)** 317.261.8111

 **Online Anytime** IPLpower.com

 **Customer Service** Residential 317.261.8222 Business 317.261.8444

See reverse side for Customer Service hours & telephone numbers, payment options, and electric rate definitions

▲ Please detach and return only this portion with your check made payable to Indianapolis Power & Light Company. ▲   IPIP_IPL_06022020.txt-16695-000005288



Indianapolis Power & Light Company
P.O. Box 110 Indianapolis, IN 46206-0110
IPLpower.com

| Account Number | |
|---|---|
| Amount to be paid by  06/23/2020 | $14.41 |
| Amount to be paid after  06/23/2020 | $15.02 |
| Amount Enclosed | $ _____ |

008348  000005288

THOMAS L WHITTAKER
2260 E 75TH ST
INDIANAPOLIS IN  46240-3102

P.O. Box 110
Indianapolis, IN 46206-0110



018  0000019911007  0000015021  0000014415  000000000  00

Exhibit EE

Thomas Lee Whittaker

Addresses for past 3+ years:


3742 Haverhill Drive

Indianapolis, IN 46240

February 1994 to June 30, 2017


11821 W Grandview Drive

Columbus, IN 47201

July 1, 2017 to August 10, 2017

Our owned lake house – interim residence after sale of the Haverhill house and awaiting completion of the new home on 75th Street in Indianapolis.


2260 E 75th Street

Indianapolis, IN 46240

August 11, 2017 to present

Exhibit EE