

```
***368055265-035***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805
```

| | |
|---|---|
| File Number: | 368055265 |
| Page: | 1 of 2 |
| Date Issued: | 7/28/2020 |

PCIOPP00202412-I004823-072805214

THOMAS LEE WHITTAKER
2260 E 75TH ST
INDIANAPOLIS, IN 46240-3102

We appreciate you taking the time to contact us at TransUnion. Our goal is to maintain complete and accurate credit information. It's our commitment to you.

Re: Your Identity Theft-Related Request

We received the identity theft block request you recently sent to TransUnion. TransUnion takes cases of identity theft very seriously and investigates all such allegations thoroughly. However, TransUnion at this time declines to block the information you have identified for one or more of the following reasons:

- In accordance with Section 605B of the FCRA, we have determined that your request has either a) been made in error; b) is a misrepresentation of material fact relevant to the request to block and/or c) you have obtained possession of goods, services or money as a result of the transaction issue.

Although we cannot process your request for the reasons stated above, you may submit additional information or documentation supporting your request. Additionally, we have opened a reinvestigation of the disputed information. TransUnion will contact the source of the disputed information to advise them of your dispute. We will ask them to verify the accuracy of the reported information. When the reinvestigation is completed, you will receive the results of that reinvestigation by mail.

If the disputed information is not blocked or otherwise deleted from your file as a result of the reinvestigation, you will receive a prompt notice of:

(I) The disputed information that has been retained on your file.

(II) The business name and address (and a telephone number if available) of any furnisher of information contacted in connection with the retention of the information.

(III) Your right to add a consumer statement to your file disputing the accuracy or completeness of the disputed information.

Want to Do More to Protect Your Info?
We take protecting your identity seriously and we want to offer you these helpful tips you can take going forward:
- Keep an eye on your credit. Look for signs of suspicious activity, like unfamiliar accounts or credit checks from companies you've never done business with.
- Be careful on the internet. Use secure passwords on your computer and web accounts. Make sure to change them often.
- Lock your credit report. With a service that offers credit lock, you can keep thieves out of your credit report in a matter of seconds.

Exhibit FF

| | |
|---|---|
| File Number: | 368055265 |
| Page: | 2 of 2 |
| Date Issued: | 7/28/2020 |

TransUnion

You can do some of the above on your own, but you can do even more with TrueIdentity. TransUnion created this completely free identity protection service to help everyone with the above key steps. Sign up for TrueIdentity at trueidentity.com/free.

We're here to help. Should you have any further questions please contact us at:
- www.transunion.com
- (800) 916-8800
- P.O. Box 2000
Chester, PA 19016-2000

Please have your file number ready 368055265.



Exhibit FF