*** 368055265-034 ***
TransUnion LLC
PO Box 805
Woodlyn, PA 19094-0805

07/28/2020



Information for Good.

PCIP6Z00202526-I033349-072823641

THOMAS LEE WHITTAKER
2260 E 75TH ST
INDIANAPOLIS, IN 46240-3102

Dear THOMAS LEE WHITTAKER,

We understand that recently something on your credit report did not seem right to you. We take this matter seriously, and we want to make sure your TransUnion credit report is accurate. It's our commitment to you. In the pages that follow you will see a full copy of your credit report.

Exhibit GG

File Number: 368053345
Date Issued: 07/28/2020

**TransUnion**

## Personal Information

SSN: XXX-XX-1647

You have been on our files since 05/01/1984
Date of Birth: 03/19/1960

**Names Reported:** THOMAS LEE WHITTAKER

### Addresses Reported:

| Address | Date Reported | Address | Date Reported |
|---|---|---|---|
| 2260 E 75TH ST, INDIANAPOLIS, IN 46240-3102 | 07/21/2017 | 3742 HAVERHILL DR, INDIANAPOLIS, IN 46240-3680 | 07/01/1995 |
| 2111 HOLLY HALL ST APT 1010, HOUSTON, TX 77054-3950 | 03/01/1995 | 6128 HAVERFORD AVE, INDIANAPOLIS, IN 46220-2010 | 07/01/1995 |
| 2270 E 75TH ST, INDIANAPOLIS, IN 46240-3102 | 04/27/2019 | | |

### Telephone Numbers Reported:

(317) 626-0517    (317) 462-0290    (849) 436-4365

## Account Information

Typically, creditors report any changes made to your account information monthly. This means that some accounts listed below may not reflect the most recent activity until the creditor's next reporting. This information may include things such as balances, payments, dates, remarks, ratings, etc. The key(s) below are provided to help you understand some of the account information that could be reported.

### Rating Key

Some creditors report the timeliness of your payments each month in relation to your agreement with them. The ratings in the key below describe the payments that may be reported by your creditors. Any rating that is shaded indicates that it is considered adverse. Please note: Some but not all of these ratings may be present in your credit report.

| N/R | X | OK | 30 | 60 | 90 | 120 | COL | VS | RPO | C/O | FC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Not Reported | Unknown | Current | 30 days late | 60 days late | 90 days late | 120+ days late | Collection | Voluntary Surrender | Repossession | Charge Off | Foreclosure |

### Remark Key

Additionally, some creditors may notate your account with comments each month. We refer to these creditor comments as "Remarks". The key below gives the descriptions of the abbreviated remarks contained in your credit file. Any remark containing brackets > < indicates that this remark is considered adverse.

CBG  CLOSED BY CREDIT GRANTOR       CLO  CLOSED

## Satisfactory Accounts

**AMERICAN EXPRESS** ████████   PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )
Date Opened: 08/20/1997                           Date Updated: 07/08/2020        Pay Status: Current; Paid or Paying as Agreed
Responsibility: Individual Account                                                 Terms: $39 per month, paid Monthly
Account Type: Revolving Account
Loan Type: CREDIT CARD
High Balance: High balance of $4,141 from 01/2018 to 07/2020
Credit Limit: Credit limit of $19,400 from 01/2018 to 07/2020

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $649 | $269 | $212 | $290 | $1,655 | $619 | $1,180 | $217 | $1,682 | $560 | $2,068 | $1,024 |
| Scheduled Payment | $39 | $39 | $39 | $39 | $39 | $39 | $39 | $39 | $39 | $39 | $69 | $35 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $1,726 | $1,968 | $1,181 | $1,014 | $1,604 | $985 | $1,287 | $938 | $2,717 | $2,834 | $938 | $1,830 |
| Scheduled Payment | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 | $35 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $852 | $1,508 | $799 | $1,200 | $889 | $1,097 | $2,045 | | | | | |
| Scheduled Payment | $35 | $35 | $35 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

Exhibit GG

P-CIP67-002 02526-I033351 03/16

| | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**CAPITAL ONE BANK USA NA**   P O Box 30281, Salt Lake City, UT 84130-0281, (800) 955-7070 )
Date Opened: 03/17/2012                Date Updated: 07/13/2020           Pay Status: Current; Paid or Paying as Agreed
Responsibility: Authorized Account     Last Payment Made: 07/08/2020      Terms: $157 per month, paid Monthly
Account Type: Revolving Account
Loan Type: FLEXIBLE SPENDING CREDIT CARD
Credit Limit: Credit limit of $45,000 from 01/2018 to 07/2020

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $15,774 | $41,993 | $27,293 | $18,709 | $12,017 | $9,654 | $18,185 | $10,781 | $14,836 | $13,674 | $11,339 | $12,593 |
| Scheduled Payment | $157 | $419 | $156 | $187 | $120 | $96 | $181 | $107 | $148 | $136 | $113 | $125 |
| Amount Paid | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $44,929 | $41,993 | $33,252 | $26,007 | $24,710 | $24,710 | $24,710 | $24,710 | $24,710 | $24,710 | $24,710 | $24,710 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $5,413 | $16,217 | $8,698 | $19,115 | $13,812 | $8,079 | $11,619 | $12,221 | $6,708 | $11,441 | $15,057 | $5,100 |
| Scheduled Payment | $54 | $162 | $86 | $191 | $138 | $80 | $116 | $122 | $67 | $114 | $150 | $51 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| High Balance | $24,710 | $24,710 | $24,710 | $24,256 | $24,256 | $24,256 | $24,256 | $24,256 | $24,256 | $24,256 | $24,256 | $24,256 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $5,761 | $20,234 | $13,416 | $9,225 | $4,402 | $4,161 | $12,839 | | | | | |
| Scheduled Payment | $57 | $202 | $134 | $92 | $44 | $41 | $128 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| High Balance | $24,256 | $24,256 | $20,360 | $20,360 | $20,360 | $20,360 | $20,360 | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | | | | | |

| | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 | 12/2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2014 | 10/2014 | 09/2014 | 08/2014 | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**DSNB/MACYS**   PO BOX 8218, MASON, OH 45050, (800) 289-6229 )
Date Opened: 01/18/2015               Date Updated: 07/25/2020         Pay Status: Current; Paid or Paying as Agreed
Responsibility: Individual Account    Payment Received: $0             Terms: Paid Monthly
Account Type: Revolving Account       Last Payment Made: 12/05/2017    Date Closed: 06/23/2020
Loan Type: CHARGE ACCOUNT                                              Date Paid: 12/05/2017
High Balance: High balance of $321 from 01/2018 to 07/2020
Credit Limit: Credit limit of $1,200 from 01/2018 to 07/2018; $100 from 08/2018 to 07/2020

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Remarks | CBG/CLO | CBG/CLO | | | | | | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

To dispute online go to: http://transunion.com/disputeonline

Exhibit GG

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2017 | 06/2017 | 05/2017 | 04/2017 | 03/2017 | 02/2017 | 01/2017 | 12/2016 | 11/2016 | 10/2016 | 09/2016 | 08/2016 | 07/2016 | 06/2016 | 05/2016 | 04/2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2016 | 02/2016 | 01/2016 | 12/2015 | 11/2015 | 10/2015 | 09/2015 | 08/2015 | 07/2015 | 06/2015 | 05/2015 | 04/2015 | 03/2015 | 02/2015 | 01/2015 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | N/R | N/R | N/R | OK | OK | OK | OK | OK | OK | OK | OK |

**JPMCB CARD SERVICES** #438857606957**** ( PO BOX 15369, WILMINGTON, DE 19850, (800) 945-2000 )

| | | | |
|---|---|---|---|
| Date Opened: 02/01/1995 | Balance: $0 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: Joint Account | Date Updated: 08/21/2014 | Terms: | Paid Monthly |
| Account Type: Revolving Account | Payment Received: $0 | Date Closed: | 03/25/2014 |
| Loan Type: FLEXIBLE SPENDING CREDIT CARD | Last Payment Made: 04/30/2014 | Date Paid: | 04/30/2014 |
| | High Balance: $20,810 | | |
| | Credit Limit: $48,700 | | |

Remarks: ACCOUNT CLOSED BY CONSUMER; CLOSED

| | 07/2014 | 06/2014 | 05/2014 | 04/2014 | 03/2014 | 02/2014 | 01/2014 | 12/2013 | 11/2013 | 10/2013 | 09/2013 | 08/2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2013 | 06/2013 | 05/2013 | 04/2013 | 03/2013 | 02/2013 | 01/2013 | 12/2012 | 11/2012 | 10/2012 | 09/2012 | 08/2012 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2012 | 06/2012 | 05/2012 | 04/2012 | 03/2012 | 02/2012 | 01/2012 | 12/2011 | 11/2011 | 10/2011 | 09/2011 | 08/2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2011 | 06/2011 | 05/2011 | 04/2011 | 03/2011 | 02/2011 | 01/2011 | 12/2010 | 11/2010 | 10/2010 | 09/2010 | 08/2010 | 07/2010 | 06/2010 | 05/2010 | 04/2010 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 03/2010 | 02/2010 | 01/2010 | 12/2009 | 11/2009 | 10/2009 | 09/2009 | 08/2009 | 07/2009 | 06/2009 | 05/2009 | 04/2009 | 03/2009 | 02/2009 | 01/2009 | 12/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 11/2008 | 10/2008 | 09/2008 | 08/2008 | 07/2008 | 06/2008 | 05/2008 | 04/2008 | 03/2008 | 02/2008 | 01/2008 | 12/2007 | 11/2007 | 10/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

**NORDSTROMTDBANKUSA** ███████████████ 13531 E CALEY AVE, ENGLEWOOD, CO 80111, (800) 964-1800 )

| | | | |
|---|---|---|---|
| Date Opened: 07/17/2017 | Date Updated: 07/21/2020 | Pay Status: | Current; Paid or Paying as Agreed |
| Responsibility: Individual Account | Payment Received: $0 | Terms: | Paid Monthly |
| Account Type: Revolving Account | Last Payment Made: 08/04/2017 | Date Paid: | 08/04/2017 |
| Loan Type: CREDIT CARD | | | |

High Balance: High balance of $128 from 01/2018 to 07/2020
Credit Limit: Credit limit of $7,500 from 01/2018 to 05/2019; $1,000 from 06/2019 to 07/2020

| | 07/2020 | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 | 01/2020 | 12/2019 | 11/2019 | 10/2019 | 09/2019 | 08/2019 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2019 | 06/2019 | 05/2019 | 04/2019 | 03/2019 | 02/2019 | 01/2019 | 12/2018 | 11/2018 | 10/2018 | 09/2018 | 08/2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2018 | 06/2018 | 05/2018 | 04/2018 | 03/2018 | 02/2018 | 01/2018 | 12/2017 | 11/2017 | 10/2017 | 09/2017 | 08/2017 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Scheduled Payment | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Amount Paid | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Past Due | $0 | $0 | $0 | $0 | $0 | $0 | $0 | | | | | |
| Rating | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK | OK |

| | 07/2017 |
|---|---|
| Rating | OK |

**SYNCB/LOWES** ▮▮▮▮▮▮▮▮▮▮ BOX 965005, ORLANDO, FL 32896, (800) 444-1408 )

| | | | | | |
|---|---|---|---|---|---|
| **Date Opened:** 02/20/2020 | | | **Date Updated:** 06/25/2020 | **Pay Status:** | Current; Paid or Paying as Agreed |
| **Responsibility:** Individual Account | | | **Payment Received:** $0 | **Terms:** | $24 per month, paid Monthly |
| **Account Type:** Revolving Account | | | **Last Payment Made:** 04/19/2020 | | |
| **Loan Type:** CHARGE ACCOUNT | | | | | |

**High Balance:** High balance of $0 from 02/2020 to 02/2020; $500 from 03/2020 to 06/2020
**Credit Limit:** Credit limit of $500 from 02/2020 to 06/2020

| | 06/2020 | 05/2020 | 04/2020 | 03/2020 | 02/2020 |
|---|---|---|---|---|---|
| Balance | $24 | $0 | $0 | $500 | $0 |
| Scheduled Payment | $24 | $0 | $0 | $28 | $0 |
| Amount Paid | $0 | $0 | $500 | $0 | $0 |
| Past Due | $0 | $0 | $0 | $0 | $0 |
| Rating | OK | OK | OK | OK | OK |

## Regular Inquiries

**SYNCBLOWES PLCC** ( PO BOX 965005, ORLANDO, FL 32896, (800) 444-1408 )  **Inquiry Type:** Individual
Requested On: 02/20/2020

**INDIANA MEMBERS CU** ( POB 47769, INDIANAPOLIS, IN 46247, Phone number not available )  **Inquiry Type:** Individual
Requested On: 07/12/2019

## Promotional Inquiries

**FIFTH THIRD BANK** ( 5050 KINGSLEY DR, MD # 1MOC2N, CINCINNATI, OH 45263, (513) 358-6299 )
Requested On: 12/13/2019, 11/07/2019, 10/08/2019, 09/16/2019, 08/11/2019

**CAPITAL ONE BANK USA NA** ( P O Box 30281, Salt Lake City, UT 84130-0281, (800) 955-7070 )
Requested On: 12/02/2019, 11/04/2019, 10/08/2019, 09/03/2019, 08/06/2019

**PROGRESSIVE INSURANCE** ( PO BOX 43258, RICHMOND HEIG, OH 44123, (216) 732-3038 )
Requested On: 11/11/2019

**MERRICK BANK** ( 10705 S JORDAN GATEWAY, SUITE 200, SOUTH JORDAN, UT 84095, (800) 253-2322 )
Requested On: 11/08/2019

## Account Review Inquiries

**BANK OF AMERICA** ( PO BOX 982238, EL PASO, TX 79998, (800) 421-2110 )
Requested On: 07/15/2020

**SYNCB/LOWES** ( PO BOX 965005, ORLANDO, FL 32896, (800) 444-1408 )
Requested On: 07/06/2020

**SYNCB/SYNCB** ( C/O PO BOX 965036, ORLANDO, FL 32896-5036, (866) 396-8254 )
Requested On: 06/30/2020

**AMERICAN EXPRESS** ( PO BOX 981537, EL PASO, TX 79998, (800) 874-2717 )
Requested On: 06/11/2020

**ALLSTATE** ( 1819 ELECTRIC RD, ROANOKE, VA 24018, (800) 255-7828 )
Permissible Purpose: INSURANCE UNDERWRITING
Requested On: 03/20/2020

**SB BRANCH via SYNCHRONY BANK** ( PO BOX 965005, ORLANDO, FL 32896, (866) 834-3206 )
Permissible Purpose: CREDIT TRANSACTION
Requested On: 02/20/2020

**BANK OF AMERICA** ( PO BOX 982238, EL PASO, TX 79998, (800) 421-2110 )
Requested On: 01/20/2020

**FACTACT FREE DISCLOSURE** ( P O BOX 1000, CHESTER, PA 19016, (800) 888-4213 )
Requested On: 01/06/2020

**THOMAS WHITTAKER via TRANSUNION INTERACTIVE IN** ( 100 CROSS ST, STE 202, SAN LUIS OBISPO, CA 93401, (855) 681-3196 )
Permissible Purpose: CONSUMER REQUEST
Requested On: 01/06/2020



Consumer Credit Report for THOMAS LEE WHITTAKER

File Number: 368055265  Date Issued: 07/28/2020

**TU INTERACTIVE** ( 100 CROSS ST, 202, SAN LUIS OBISPO, CA 93401, (844) 580-6816 )
Requested On: 01/05/2020

**PROFESSIONL RECOVERY via CREDIT CONTROL** ( 5757 PHANTOM DR, STE 330, HAZELWOOD, MO 63042, (314) 442-7411 )
Permissible Purpose: COLLECTION
Requested On: 12/05/2019

**STENGER STENGER** ( 2618 E PARIS AVENUE SE, GRAND RAPIDS, MI 49546, (616) 940-1190 )
Requested On: 08/19/2019

**RADIUS GLOBAL SOLUTIONS** ( 7831 GLENROY RD, SUITE 145, EDINA, MN 55439, (866) 720-0820 )
Requested On: 06/04/2019

**NATIONAL ENTERPRISE SYS** ( 29125 SOLON ROAD, SOLON, OH 44139, (800) 973-0600 )
Requested On: 04/04/2019

**ABSOLUTE RESOLUTIONS INVE** ( 8000 NORMAN CENTER DR, 350, BLOOMINGTON, MN 55437, (866) 578-6167 )
Requested On: 01/04/2019, 08/24/2018

**NORTHSTAR PRIM CRED CRDS** ( 4285 GENESEE STREET, CHEEKTOWAGA, NY 14225, (866) 224-9822 )
Requested On: 12/05/2018

**BANK OF AMERICA** ( PO BOX 982238, EL PASO, TX 79998, (800) 421-2110 )
Requested On: 11/01/2018

**FRONTLINE ASSET STRATEGIE** ( 2700 SNELLING AVE NORTH, SUITE 250, ROSEVILLE, MN 55113, (877) 258-1590 )
Requested On: 09/07/2018

**FRONTLINE ASSET STRATEGIE** ( 2700 SNELLING AVE NORTH, SUITE 250, ROSEVILLE, MN 55113, (877) 258-1590 )
Requested On: 09/06/2018

**CAPITAL MANAGEMENT SVCS** ( 698 5 S OGDEN ST, BUFFALO, NY 14206, (716) 870-9050 )
Requested On: 09/06/2018

**ALLTRAN FINANCIAL LP** ( 5800 NORTH COURSE DRIVE, HOUSTON, TX 77072, (800) 568-0399 )
Requested On: 08/09/2018

## Credit Report Messages

**SECURITY FREEZE:** This file has been frozen or locked at the consumer's request.
(Note: This statement has no expiration date.)

**SECURITY ALERT:** Extended Fraud Alert: Action may be required under FCRA before opening or modifying an account. Contact consumer at (317) 626-0517 or (317) 626-0517.
(Note: This alert is set to expire in 08/2027.)

**PROMOTIONAL OPT-OUT:** This file has been opted out of promotional lists supplied by TransUnion.
(Note: This opt-out is set to expire in 08/2025.)
The opt out on your file will remain in effect until the expiration date specified above, unless you request it to be made permanent. To permanently opt out of promotional lists provided by TransUnion, you must send us a signed 'Notice of Election' form, which can be obtained by writing us or calling us at 800-916-8800 and speaking with a representative.

## Should you wish to contact TransUnion, you may do so,

**Online:**
To dispute information contained in your credit report, please visit: www.transunion.com/disputeonline
For answers to general questions, please visit: www.transunion.com

**By Mail:**
Fraud Victim Assistance Department
P.O. Box 2000
Chester, PA 19016-2000

**By Phone:**
(800) 916-8800
You may contact us between the hours of 8:00 a.m. and 11:00 p.m. Eastern Time, Monday through Friday, except major holidays.

For all correspondence, please have your TransUnion file number available (located at the top of this report).

To dispute online go to: http://transunion.com/disputeonline

Exhibit GG