**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**Indianapolis Division**

| | | |
|---|---|---|
| THOMAS D. WHITTAKER | ) | |
|    *Plaintiff,* | ) | |
| | ) | |
|    v. | ) | Case No. 1:20-cv-2816-JMS-MJD |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, | ) | |
| TRANS UNION, LLC, EXPERIAN | ) | |
| INFORMATION SOLUTIONS, INC, | ) | |
| U.S. BANK, NA, BANK OF AMERICA, NA, | ) | |
| ABSOLUTE RESOLUTIONS INVESTMENTS, | ) | |
| LLC, RADIUS GLOBAL SOLUTIONS, LLC, | ) | |
| CAPITAL MANAGEMENT SERVICES, LP | ) | |
| and CREDIT CONTROL, LLC. | ) | |
|    *Defendants.* | ) | |

## NOTICE OF APPEARANCE

TO: The Clerk of Court and all parties of record:

I am admitted or otherwise authorized to practice in this court, and I appear in this case as

counsel for: **Thomas D. Whittaker, Plaintiff.**

Dated this 30th day of October, 2020.

 

                                                */s/ Travis W. Cohron*
                                                Travis W. Cohron, No. 29562-30
                                                **CLARK, QUINN, MOSES, SCOTT & GRAHN, LLP**
                                                320 N. Meridian Street, Suite 1100
                                                Indianapolis, IN 46204
                                                Telephone: (317) 637-1321
                                                Fax: (317) 687-2344
                                                tcohron@clarkquinnlaw.com
                                                ***Attorney for Plaintiff***