UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| THOMAS L. WHITTAKER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:20-cv-02816-JMS-MJD |
| | ) | |
| EQUIFAX INFORMATION SERVICES, LLC, et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**REPORT AND RECOMMENDATION**
**HON. MAGISTRATE JUDGE MARK J. DINSMORE**

On February 25, 2021, the Court issued an Order to Show Cause stating in relevant part:

> In accordance with Rule 4(m), Plaintiff is ordered to show cause on or before **March 12, 2021**, why this action should not be dismissed against Defendant Absolute Resolutions Investments, LLC for failure to comply with Fed. R. Civ. P. 4(m). If good cause is not shown by that date, the Court will recommend dismissal of this action against Defendant Absolute Resolutions Investments, LLC without prejudice.

[Dkt. 71 (emphasis in original).]

To date, Plaintiff has neither responded to the Court's Order to Show Cause to show good cause why Defendant Absolute Resolutions Investments, LLC should not be dismissed without prejudice, nor has Plaintiff otherwise complied with Fed. R. Civ. P. 4(m). Accordingly, the Magistrate Judge recommends that Plaintiff's claims against Defendant Absolute Resolutions Investments, LLC in this matter be **DISMISSED without prejudice** for Plaintiff's failure to comply with Fed. R. Civ. P. 4(m).

Any objections to the Magistrate Judge's Report and Recommendation shall be filed with the Clerk in accordance with 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b), and failure to timely file objections within fourteen days after service of this Order shall constitute a waiver of subsequent review absent a showing of good cause for such failure.

SO ORDERED.

Dated:   31 MAR 2021

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record
via email generated by the Court's ECF system.