UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS L. WHITTAKER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )  No. 1:20-cv-02816-JMS-MJD |
| | ) |
| EQUIFAX INFORMATION SERVICES, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER ADOPTIONG REPORT AND RECOMMENDATION**

The Magistrate Judge has submitted his Report and Recommendation, dkt. [89] recommending that Plaintiff's claims against Defendant Absolute Resolutions Investments, LLC, in this matter be dismissed without prejudice for Plaintiff's failure to comply with Federal Rule of Civil Procedure 4(m). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections, but none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation in its entirety [89]. Plaintiff's claims against Defendant Absolute Resolutions Investments, LLC, are hereby **dismissed without prejudice**.

SO ORDERED.

Date: 4/30/2021

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution:

Service will be made electronically on all ECF-registered counsel of record via email generated by the Court's ECF system.